# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 02, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60626   Alli Fair Bd Recruitment v. SEC
                    Agency No. 34-92590

The court has taken the following action in this case:

Denying motion to establish briefing. The request is premature. Once the administrative record is filed and the briefing notice issues, the motion can be refiled.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Connie Brown, Deputy Clerk
                    504-310-7671

Mr. Jonathan Berry
Ms. Vanessa Ann Countryman
Mr. Daniel Matro
R. Trent McCotter