# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60626   Alliance for Fair Board Recrui v. SEC
                          Agency No. 34-92590

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Majella A. Sutton, Deputy Clerk
                          504-310-7680

Mr. Jonathan Berry
Ms. Vanessa Ann Countryman
Ms. Allyson Newton Ho
Mr. Daniel Matro
R. Trent McCotter