# United States Court of Appeals for the Fifth Circuit

---

No. 21-60626

---

Alliance for Fair Board Recruitment,

*Petitioner,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review of an Order of
the Securities and Exchange Commission
No. 34-92590

---

O R D E R:

     IT IS ORDERED that the unopposed motion of The Nasdaq Stock Market LLC for leave to intervene on behalf of respondent is GRANTED.

                                                  __/s/ Jerry E. Smith_____
                                                  Jerry E. Smith
                                                  *United States Circuit Judge*