## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD
RECRUITMENT,

     *Petitioner*,

     v.

SECURITIES AND EXCHANGE COMMISSION,

     *Respondent,*

---------------------------------------

NASDAQ STOCK MARKET, L.L.C.,

     *Intervenor*.

No. 21-60626

### **CERTIFIED LIST DESCRIBING**
### **THE RECORD IN PROCEEDINGS**
### **BEFORE THE SECURITIES AND EXCHANGE COMMISSION**

Pursuant to Section 25(a)(2) of the Securities Exchange Act of 1934, 15

U.S.C. 78y(a)(2), and Federal Rule of Appellate Procedure 17, the Securities and

Exchange Commission certifies that the items listed below constitute the record

upon which the order under review in this Court was entered, with the exception of

materials that are publicly available such as statutes, rules, judicial decisions,

Commission orders and releases, books, treatises, and other similar materials.

| Doc. No. | Description |
|---|---|

1. Notice of Filing of Proposed Rule Change To Adopt Listing Rules Related to Board Diversity, Securities Exchange Act Release No. 90574 (Dec. 4, 2020), published at 85 Fed. Reg. 80,472 (Dec. 11, 2020).

Comment Letters (all letters available at https://www.sec.gov/comments/sr-nasdaq-2020-081/srnasdaq2020081.htm)

2. Jerry D. Guess, Founder, Chairman & CEO, Guess & Co. Corporation, December 2, 2020.

3. Kit Wong, December 4, 2020.

4. Kit Wong, December 4, 2020.

5. Mark Blair, December 4, 2020.

6. Peter Samson, December 5, 2020.

7. John Reddy, December 5, 2020.

8. Carol Glazer, CEO, National Organization on Disability, December 9, 2020.

9. Alex Magid, Private Investor, December 10, 2020.

10. John Richter, Private Investor, December 12, 2020.

11. Faye Sahai, Partner, Mirai Global, San Francisco, CA US, December 14, 2020.

12. Walter Donnellan, December 14, 2020.

13. Dr. Richard Pan, California State Senator, Chair, Asian Pacific Islander Legislative Caucus and David Chiu, Assemblymember, 17th A.D., Asian Pacific Islander Legislative Caucus, December 14, 2020.

14. Fiona Ma, CPA, Treasurer, California State, December 15, 2020.

| Doc. No. | Description |
|---|---|

15.     Kerrie Waring, Chief Executive Officer, International Corporate Governance Network, December 16, 2020.

16.     Julie Park, University of Maryland, College Park, December 16, 2020.

17.     Seth Brody, Partner and Global Head of the Operational Excellence Practice, Apax Partners, December 16, 2020.

18.     Paolo Gaudiano, PhD, President, Aleria Research Corporation, Chief Scientist, Aleria PBC, Executive Director, Quantitative Studies of Diversity & Inclusion at the City College of New York, Adjunct Associate Professor, NYU Stern School of Business, Contributor, Forbes, December 17, 2020.

19.     Mr. Jay Huish, Executive Director and Mr. William J. Coaker Jr., Chief Investment Officer, San Francisco Employees' Retirement System (SFERS), December 17, 2020.

20.     Kimberly Jeffries Leonard, Ph.D., National President, The Links, Incorporated, December 17, 2020.

21.     Douglas B. Sieg, Managing Partner, Lord Abbett, December 18, 2020.

22.     Lorraine Hariton, President & Chief Executive Officer, Catalyst, December 18, 2020.

23.     Fiona Reynolds, CEO, Principles for Responsible Investment, December 18, 2020.

24.     Sarah Keohane Williamson, CAIA, CFA, Chief Executive Officer, et al., FCLTGlobal, December 18, 2020.

25.     Suzanne Wertheim, Ph.D., Founder and CEO, Worthwhile Research & Consulting, December 18, 2020.

26.     Cathrin M. Stickney, Founder and Chief Executive Officer, Parity.org, December 18, 2020.

| Doc.<br>No. | Description |
|---|---|
| 27. | Anna W. Mok, President, Ascend, Co-Founder, Ascend Pinnacle and Janet S. Wong, Lead Executive Advisor, Ascend Pinnacle, December 18, 2020. |
| 28. | Johanna Brickman, December 18, 2020. |
| 29. | Laura Gluhanich, December 18, 2020. |
| 30. | Chris R. Holden, Assemblymember, 41st District, California State Assembly, December 18, 2020. |
| 31. | Morgan Flake, MPH, University of Washington, December 21, 2020. |
| 32. | W. Andrew Mims, Trustee and Partner and Larisa Ruoff, Director of Shareholder Advocacy, Loring, Wolcott & Coolidge Office, December 21, 2020. |
| 33. | Barb Smoot, President & CEO, Women for Economic and Leadership Development, December 21, 2020. |
| 34. | Rick Chavez Zbur, Executive Director, Equality California, December 21, 2020. |
| 35. | Betty T. Yee, California State Controller, December 21, 2020. |
| 36. | Laurie Robinson Haden, President and CEO, Corporate Counsel Women of Color, December 22, 2020. |
| 37. | Luan Jenifer, President, Miller/Howard Investments, Inc., December 22, 2020. |
| 38. | Rachel Stern, Executive Vice President, Chief Legal Officer and Global Head of Strategic Resources, FactSet Research Systems Inc., December 22, 2020. |
| 39. | Robert W. Lovelace, Chief Executive Officer, Capital Research and Management Company, December 22, 2020. |

Doc.
No.                          Description

40.        Cristina Garcia, Chair, California Legislative Women's Caucus,
           Assemblymember, 58th District, December 22, 2020.

41.        James Morgan, December 22, 2020.

42.        Mercy Investment Services, Inc. ("Mercy"), December 22, 2020.

43.        Frances E. Tuite, Partner and Portfolio Manager, Fairpointe Capital,
           December 22, 2020.

44.        Hershel Harper, Chief Investment Officer, UAW Retiree Medical
           Benefits Trust, December 22, 2020.

45.        Mindy Grossman, President & CEO, WW International, Inc.,
           December 22, 2020.

46.        Aaron Meder, CEO, LGIM America, December 23, 2020.

47.        Jeff Ray, CEO, Brightcove, Inc., December 23, 2020.

48.        Aeisha Mastagni, Portfolio Manager, Sustainable Investment and
           Stewardship Strategies, California State Teachers' Retirement System,
           December 23, 2020.

49.        Ronald C. Parker, President & CEO, The National Association of
           Securities Professionals, December 23, 2020.

50.        Theresa Whitmarsh, Executive Director, Washington State Investment
           Board, December 23, 2020.

51.        Anthony D. Romero, Executive Director, American Civil Liberties
           Union, December 23, 2020.

52.        Suzanne Rothwell, Managing Member, Rothwell Consulting LLC,
           December 23, 2020.

53.        Patricia Gazda, Corporate Governance Officer, Ohio Public
           Employees Retirement System, December 23, 2020.

| Doc. No. | Description |
|---|---|
| 54. | Edie Fraser, CEO, Women Business Collaborative and Ana Dutra, WBC Board and Chair, WBC Board Initiative, Women Business Collaborative, December 23, 2020. |
| 55. | Amy Goodman and John Olson, December 24, 2020. |
| 56. | Grace Reyes, CEO, The Investment Diversity Exchange, December 27, 2020. |
| 57. | Publius Oeconomicis, December 28, 2020. |
| 58. | Alfred P. Poor, Chief Executive Officer, Ideanomics, Inc., December 28, 2020. |
| 59. | Ricardo Lara, Insurance Commissioner, California Department of Insurance, December 28, 2020. |
| 60. | Brenda Chia, Co-Chair, Association of Asian American Investment Managers and Sanjiv Shah, Co-Chair, Association of Asian American Investment Managers, December 28, 2020. |
| 61. | Buck Gee, retired Vice President, Cisco Systems, December 28, 2020. |
| 62. | Douglas K. Chia, President, Soundboard Governance LLC, December 29, 2020. |
| 63. | Eugene F. Kelly, December 29, 2020. |
| 64. | Chuck Roberts, VP Operations, Metro NY Chapter, National Black MBA Association, December 29, 2020. |
| 65. | Thomas J. Fitton, President, Judicial Watch, Inc., December 29, 2020. |
| 66. | Theo Vermaelen, December 29, 2020. |
| 67. | William J. Stromberg, President & CEO, T. Rowe Price Group, Inc. and David Oestreicher, General Counsel & Corporate Secretary, T. Rowe Price Group, Inc., December 29, 2020. |

| Doc. No. | Description |
|---|---|
| 68. | John W. Rogers, Jr., Chairman and Co-CEO, Ariel Investments, LLC and Mellody Hobson, President and Co-CEO, Ariel Investments, LLC, December 29, 2020. |
| 69. | Kristin Hull, PhD, CEO, Founder, Nia Impact Capital, December 30, 2020. |
| 70. | William H. Apfel, CFA, Chief Investment Officer, Boston Trust Walden Company and Amy D. Augustine, Director, ESG Investing, Boston Trust Walden Company, December 30, 2020. |
| 71. | Maria Elena Durazo, Chair, CA Latino Legislative Caucus, Senator, 24th District and Robert Rivas, Vice Chair, CA Latino Legislative Caucus, Assemblymember, 30th District, December 30, 2020. |
| 72. | Esther Aguilera, President & CEO, Latino Corporate Directors Association and Roel C. Campos, Chair of the Board, Former SEC Commissioner, Latino Corporate Directors Association, December 30, 2020. |
| 73. | Mary Pryshlak, Head of Investment Research, Wellington Management Company LLP, December 30, 2020. |
| 74. | Gary A. LaBranche, FASAE, CAE, President & CEO, National Investor Relations Institute, December 30, 2020. |
| 75. | Benjamin Colton, Global Co-head of Asset Stewardship, State Street Global Advisors and Robert Walker, Global Co-head of Asset Stewardship, State Street Global Advisors, December 30, 2020. |
| 76. | Justin Danhof and Scott Shepard, Free Enterprise Project, National Center for Public Policy Research, The National Center, December 30, 2020. |
| 77. | Thomas P. DiNapoli, Comptroller of the State of New York, December 30, 2020. |

| Doc. No. | Description |
|---|---|
| 78. | Jeffrey P. Mahoney, General Counsel, Council of Institutional Investors, December 30, 2020. |
| 79. | Robert Ludke, Founder, Ludke Consulting, LLC and Regina Kline, Founder and CEO, SmartJob, LLC, December 30, 2020. |
| 80. | Dieter Waizenegger, Executive Director, CtW Investment Group, December 31, 2020. |
| 81. | Marcie Frost, Chief Executive Officer, California Public Employees' Retirement System (CalPERS), December 31, 2020. |
| 82. | Margaret M. Chin, Professor of Sociology, December 31, 2020. |
| 83. | Matthew Glen, December 31, 2020. |
| 84. | Paul M. Kinsella, Partner, Emily J. Oldshue, Partner and Jeremiah Williams, Partner, Ropes & Gray LLP, December 31, 2020. |
| 85. | Christopher A. Iacovella, Chief Executive Officer, American Securities Association, December 31, 2020. |
| 86. | Michael W. Frerichs, Illinois State Treasurer, December 31, 2020. |
| 87. | Mark Ferguson & Miguel Nogales, Co-Chief Investment Officers, Global Equity Strategy, Generation Investment Management LLP, December 31, 2020. |
| 88. | Roger W. Ferguson, Jr., President and CEO, TIAA and Jose Minaya, CEO, Nuveen, a TIAA Company, December 31, 2020. |
| 89. | Cassandra H.B. Jennings, President and CEO, Greater Sacramento Urban League, December 31, 2020. |
| 90. | Dennis E. Nixon, President, International Bancshares Corporation, December 31, 2020. |
| 91. | Seth Magaziner, General Treasurer, State of Rhode Island, December 31, 2020. |

| Doc. No. | Description |
|---|---|
| 92. | Constance Armstrong, Executive Director, The Boston Club, December 31, 2020. |
| 93. | Charlotte Laurent-Ottomane, Executive Director, Thirty Percent Coalition and Toni Wolfman, Co-Chair, Public Policy Outreach Committee, Thirty Percent Coalition, January 1, 2021. |
| 94. | Dan Dees, Co-Head Investment Banking Division, Goldman Sachs Group, Inc., January 1, 2021. |
| 95. | Concerned American Executives, January 2, 2021. |
| 96. | Phil Goldstein, January 2, 2021. |
| 97. | Sheryl Sandberg, Chief Operating Officer, Facebook, Inc., January 3, 2021. |
| 98. | Cynthia Overton, January 3, 2021. |
| 99. | Olivia D. Morgan, Executive Director and Co-Founder, California Partners Project, January 3, 2021. |
| 100. | Abraham Kim, Ph.D., Executive Director, Council of Korean Americans, January 3, 2021. |
| 101. | Ramiro A. Cavazos, President and CEO, United States Hispanic Chamber of Commerce, January 4, 2021. |
| 102. | Thomas Chow, Irene Liu and Andrew Song, Co-Chairs, Bay Area Asian American General Counsel, January 4, 2021. |
| 103. | Subha V. Barry, President, Working Mother Media, January 4, 2021. |
| 104. | Cristina Garcia, Chair, Assemblywoman, 58th District and Nancy Skinner, Vice Chair, State Senator, 9th District, California Legislative Women's Caucus, January 4, 2021. |
| 105. | Linda Akutagawa, Chair, The Alliance for Board Diversity, January 4, 2021. |

| Doc. No. | Description |
|---|---|
| 106. | Michelle Dunstan, SVP, Global Head of Responsible Investing, AllianceBernstein L.P. and Diana Lee, AVP, Director of Corporate Governance, AllianceBernstein L.P., January 4, 2021. |
| 107. | Stanley M. Bergman, Chairman and CEO, Henry Schein, Inc., January 4, 2021. |
| 108. | Brandi Nicole Johnson, January 4, 2021. |
| 109. | Josh Becker, Senator, 13th District, California State Senate, January 4, 2021. |
| 110. | Dr. Michelle McMurry-Heath, Chief Executive Officer, Biotechnology Innovation Organization and Elliott M. Francis, Chief Diversity & Inclusion Officer, Biotechnology Innovation Organization, January 4, 2021. |
| 111. | The Committee of 100, January 4, 2021. |
| 112. | Rosie Bichard & Patricia Rodriguez Christian, Co-Presidents, WomenExecs on Boards, January 4, 2021. |
| 113. | Amy Hepburn, CEO, Secretariat, Investor Leadership Network, January 4, 2021. |
| 114. | Marc H. Morial, President and CEO, National Urban League, January 4, 2021. |
| 115. | Snowdon Beinn Ltd., January 4, 2021. |
| 116. | Lisa Hayles, Investment Manager, Trillium Asset Management, January 4, 2021. |
| 117. | David R. Burton, Senior Fellow in Economic Policy, The Heritage Foundation, January 4, 2021. |
| 118. | Rear Admiral A.B. Cruz III, USN (ret.), President, National Asian Pacific American Bar Association, January 4, 2021. |

| Doc. No. | Description |
|---|---|
| 119. | Joseph M. Torsella, Pennsylvania State Treasurer, January 4, 2021. |
| 120. | Dev Stahlkopf, Corporate Vice President, General Counsel and Secretary, Microsoft Corporation, January 4, 2021. |
| 121. | Lisa M. Fairfax, Alexander Hamilton Professor of Business Law, George Washington University Law School, January 4, 2021. |
| 122. | Kerry E. Berchem, Akin Gump Strauss Hauer & Feld LLP, January 4, 2021. |
| 123. | Lisa Woll, CEO, US SIF: The Forum for Sustainable and Responsible Investment, January 4, 2021. |
| 124. | The Harkin Institute for Public Policy Citizen Engagement, Drake University, January 4, 2021. |
| 125. | Molly Gochman, Founder & President, Stardust, January 4, 2021. |
| 126. | Aldrin K. Enis, President, One Hundred Black Men, Inc. of New York, January 4, 2021. |
| 127. | Heidi Hardin, MFS Investment Management, January 4, 2021. |
| 128. | Steve Nelson, Chief Executive Officer, Institutional Limited Partners Association, January 4, 2021. |
| 129. | Jean Lee, President & Chief Executive Officer, Minority Corporate Counsel Association, January 4, 2021. |
| 130. | Dorri McWhorter, Chief Executive Officer, YWCA Metropolitan Chicago, January 4, 2021. |
| 131. | Edgar Hernandez, Assistant Director, Capital Stewardship, SEIU, January 4, 2021. |
| 132. | Brian V. Breheny, Skadden, Arps, Slate, Meagher & Flom LLP, January 4, 2021. |

| Doc. No. | Description |
|---|---|
| 133. | Tom Quaadman, Executive Vice President, U.S. Chamber of Commerce's Center for Capital Markets Competitiveness, January 4, 2021. |
| 134. | Project on Fair Representation, January 4, 2021. |
| 135. | Brandon J. Rees, Deputy Director, Corporations and Capital Markets, American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO"), January 4, 2021. |
| 136. | The Board of Directors, Brighthouse Financial, Inc., January 4, 2021. |
| 137. | Lisa Detwiler, President, The Forum of Executive Women, January 4, 2021. |
| 138. | Scott M. Stringer, Comptroller, New York City, January 4, 2021. |
| 139. | Christopher "Chip" Paucek, Co-Founder & CEO, 2U, Inc., January 4, 2021. |
| 140. | Joan Haffenreffer, President, Women's Forum of New York, January 4, 2021. |
| 141. | Kurt Schacht, CFA, JD, Head of Advocacy, CFA Institute Advocacy, CFA Institute and Karina Karakulova, Sr. Manager, Capital Markets Policy – Americas, CFA Institute, January 4, 2021. |
| 142. | Omar A. Karim, President, Banneker Ventures and Chairman, The Collective, January 4, 2021. |
| 143. | Henry D. Wolfe, Chairman, De la Vega Occidental & Oriental Holdings L.L.C., January 4, 2021. |
| 144. | David A. Bell, Co-Chair, Corporate Governance, Fenwick & West LLP, January 4, 2021. |
| 145. | Assemblymember Evan Low, Chair and Senator Susan Talamantes Eggman, Vice Chair, California Legislative LGBTQ Caucus, January 5, 2021. |

Doc.
No.                                    Description

146.        W. Fischer, Retired, January 6, 2021.

147.        Olshan Shareholder Activism Group, Olshan Frome Wolosky LLP,
            January 6, 2021.

148.        Elicia Banks-Gabriel, VP, Talent Culture at One All, January 6, 2021.

149.        Deanna Oppenheimer, Phyllis Campbell & Charlotte Guyman,
            BoardReady, January 6, 2021.

150.        Dianne Feinstein, United States Senator, January 6, 2021.

151.        Leslyek Killian, January 6, 2021.

152.        Henryk A. Kowalczyk, January 7, 2021.

153.        Karen Smith, Hillsboro, Texas, January 7, 2021.

154.        Catherine Cortez Masto, United States Senator, et al., January 7, 2021.

155.        Jeffrey S. Davis, Senior Vice President, Senior Deputy General
            Counsel, The Nasdaq Stock Market LLC, January 8, 2021.

156.        Wes Moore, CEO, Robin Hood, January 8, 2021.

157.        Colin Gallagher, January 8, 2021.

158.        Victor Calise, Commissioner, New York City Mayor's Office for
            People with Disabilities, January 8, 2021.

159.        Steven Bradford, Senator, 35th District of California, Chair,
            California Legislative Black Caucus, January 11, 2021.

160.        Kristi Mitchem, Chief Executive Officer, BMO Global Asset
            Management, January 11, 2021.

| Doc. No. | Description |
|---|---|
| 161. | Aron Szapiro, Head of Policy Research, Morningstar, Inc. and Michael Jantzi, Chief Executive Officer, Sustainalytics, January 13, 2021. |
| 162. | Stephen J. Kastenberg, Ballard Spahr, LLP, January 14, 2021. |
| 163. | Peter Flaherty, Chair, National Legal and Policy Center and Paul D. Kamenar, Counsel, National Legal and Policy Center, January 14, 2021. |
| 164. | Steve Ashe, January 15, 2021. |
| 165. | Clayton Butler, January 15, 2021. |
| 166. | Joseph Miller, January 15, 2021. |
| 167. | Nicholas D. Lawson, M.D., J.D. Candidate, Class of 2021, Georgetown University Law Center, January 15, 2021. |
| 168. | Titania McGrath, Chief Investment and Diversity Officer, Woke Capital, LLC, January 17, 2021. |
| 169. | Paul Kraft, January 18, 2021. |
| 170. | Janice S. Lintz, CEO Hearing Access & Innovations, Inc., January 25, 2021. |
| 171. | Zainab Alkebsi, President, Board of Directors, Deaf and Hard of Hearing Bar Association, January 25, 2021. |
| 172. | Jennifer Laszlo Mizrahi, President, RespectAbility; Carol Glazer, President, National Organization on Disability; The Hon Katherine McCary, CEO, Disability:IN DC Metro; William D. Goren, Esq., J.D., LL.M., Attorney and Consultant, Americans with Disabilities Act (ADA); Thomas Foley, President, National Disability Institute; and Sean Luechtefeld, Senior Director, Communications, ANCOR, January 25, 2021. |
| 173. | John R. Quigley, January 25, 2021. |

| Doc. No. | Description |
|---|---|
| 174. | Spencer Cleaves, January 27, 2021. |
| 175. | Tammy Flores, Executive Director, National Stuttering Association, January 28, 2021. |
| 176. | Brad Sherman, Chair, Subcommittee on Investor Protection, Entrepreneurship, and Capital Markets, Member of Congress, January 29, 2021. |
| 177. | Edward J. Shoen, Shareholder, UHAUL, January 29, 2021. |
| 178. | Jeremy Wichman, February 1, 2021. |
| 179. | Jason Negri, Law Offices of Jason Negri, PLLC, February 1, 2021. |
| 180. | Geoffrey White, February 1, 2021. |
| 181. | James Huggins, February 1, 2021. |
| 182. | Anonymous, February 1, 2021. |
| 183. | Cindy Brandt, February 1, 2021. |
| 184. | Robert Harold, February 1, 2021. |
| 185. | A. Christians, February 2, 2021. |
| 186. | Scott Young, February 2, 2021. |
| 187. | Christine Genge, CPA (ret.), February 2, 2021. |
| 188. | Maria Town, President & CEO, American Association of People with Disabilities and Jill Houghton, President & CEO, Disability:IN, February 2, 2021. |
| 189. | Stephen J. Kastenberg, Ballard Spahr LLP on behalf of The Nasdaq Stock Market LLC, February 5, 2021. |
| 190. | Werner Lind, February 6, 2021. |

| Doc. No. | Description |
|---|---|
| 191. | Eve Lewis, Chair, NAIC and Board of Directors, BetterInvesting, et al., February 8, 2021. |
| 192. | Scott A. Dahnke, Global Co-CEO, Catterton Management Company, LLC and J. Michael Chu, Co-CEO, Catterton Management Company, LLC, February 11, 2021. |
| 193. | Senator Pat Toomey, et al., February 12, 2021. |
| 194. | R. Harris, February 13, 2021. |
| 195. | Brad Gerstner, Founder & CEO, Altimeter Capital; Sukhinder Singh, Founder & Chair, The Boardlist; and Guy Primus, CEO, Valence, February 17, 2021. |
| 196. | Samuel R. Danziger, February 19, 2021. |
| 197. | William Michael Cunningham, Economist, Creative Investment Research, February 20, 2021. |
| 198. | Carolyn Maloney and Gregory Meeks, Members of Congress, February 22, 2021. |
| 199. | John A Zecca, Executive Vice President, Chief Legal Officer & Chief Regulatory Officer, The Nasdaq Stock Market LLC, February 26, 2021. |
| 200. | Fran Seegull, President, U.S. Impact Investing Alliance, March 5, 2021. |
| 201. | Nicholas D. Lawson, M.D., J.D. Candidate, Class of 2021, Georgetown University Law Center, March 7, 2021. |
| 202. | The Members of the National Disability Leadership Alliance, March 9, 2021. |
| 203. | Matt Maddox, Chief Executive Officer, Wynn Resorts, Limited, March 10, 2021. |

| Doc. No. | Description |
|---|---|
| 204. | Patrick Spence, Chief Executive Officer, Sonos, Inc., March 10, 2021. |
| 205. | Richard Morrison, Research Fellow, Competitive Enterprise Institute, March 11, 2021. |
| 206. | Mary F. Roche and Gerard J. Roche, March 15, 2021. |
| 207. | Kewsong Lee, Chief Executive Officer, The Carlyle Group, March 16, 2021. |
| 208. | Fiona Reynolds, Chief Executive Officer, Principles for Responsible Investment, March 23, 2021. |
| 209. | Ann Skeet, Senior Director of Leadership Ethics, Markkula Center for Applied Ethics, Santa Clara University and Neela Rajendra Executive Director, Co-Founder, Science of Diversity & Inclusion Initiative, March 24, 2021. |
| 210. | Art Ally, President and CEO, Timothy Plan, March 25, 2021. |
| 211. | National LGBT Chamber of Commerce, National Veteran-Owned Business Association, Out & Equal Workplace Advocates, U.S. Black Chambers, Inc., United States Hispanic Chamber of Commerce, US Pan Asian American Chamber of Commerce Education Foundation, and Women Impacting Public Policy, April 2, 2021. |
| 212. | The Herndon Directors Institute, Inaugural Class of Fellows, April 2, 2021. |
| 213. | Betsy Z. Cohen, Chairman of the Board, FinTech Masala, April 2, 2021. |
| 214. | Samuel S. Guzik, Guzik & Associates, April 5, 2021. |
| 215. | David A. Morken, Chief Executive Officer and Chairman of the Board, Bandwidth Inc., April 6, 2021. |

| Doc. No. | Description |
|---|---|
| 216. | Ted Kennedy, Jr., Board Chair, American Association of People with Disabilities (AAPD) and Chad T. Jerdee, Board Chair, Disability:IN, April 6, 2021. |
| 217. | Wade Henderson, Interim President and CEO, and LaShawn Warren, Executive Vice President for Government Affairs, The Leadership Conference on Civil and Human Rights, April 6, 2021. |
| 218. | Alliance for Fair Board Recruitment, April 6, 2021. |
| 219. | Luka Erceg, J.D., L.L.M., M.B.A., C.T.P., C.I.R.A., Disabled Professional, Attorney-and-Counselor at Law, April 7, 2021. |
| 220. | Jonathan Berry, Boyden Gray & Associates PLLC on behalf of Alliance for Fair Board Recruitment, April 9, 2021. |
| 221. | Kevin R. Eckert, Partner, Task Force X Capital, April 20, 2021. |
| 222. | Shundrawn Thomas, President, Northern Trust Asset Management, April 28, 2021. |
| 223. | Nicholas D. Lawson, M.D., J.D. Candidate, Class of 2021, Georgetown University Law Center, May 1, 2021. |
| 224. | Publius Oeconomicis, May 3, 2021. |
| 225. | Nicholas D. Lawson, M.D., J.D. Candidate, Class of 2021, Georgetown University Law Center, May 7, 2021. |
| 226. | Matthew Nord and David Sambur, Co-Lead Partners of Private Equity, Apollo Global Management, Inc., June 3, 2021. |
| 227. | Jonathan Nelson, Managing Partner, HACKFund, CEO, Hackers/Founders, July 2, 2021. |
| 228. | Ryan G., Technologist, July 11, 2021. |
| 229. | Duke Ashwood, JD, LLM, MBA, August 1, 2021. |

| Doc. No. | Description |
|---|---|
| 230. | Comments have been received from individuals and entities using the following Letter Type A:  5. |
| 231. | Comments have been received from individuals and entities using the following Letter Type B:  21. |
| 232. | Comments have been received from individuals and entities using the following Letter Type C:  3. |

Meetings with SEC Officials (https://www.sec.gov/comments/sr-nasdaq-2020-081/srnasdaq2020081.htm#meetings)

| | |
|---|---|
| 233. | Memorandum from the Office of the Investor Advocate regarding a December 4, 2020, telephone conference with Regina Kline and Robert Ludke, dated December 10, 2020. |
| 234. | Memorandum from the Office of the Investor Advocate regarding a February 25, 2021, meeting with representatives from the American Association of People with Disabilities and Disability:IN, dated February 25, 2021. |
| 235. | Memorandum from the Office of the Investor Advocate regarding a March 17, 2021, meeting with representatives from the American Association of People with Disabilities and Disability:IN, dated March 17, 2021. |
| 236. | Memorandum from the Office of the Investor Advocate regarding a March 26, 2021 meeting with representatives from the Ohio Public Employees Retirement System, dated March 26, 2021. |
| 237. | Memorandum from the Office of the Investor Advocate regarding a March 30, 2021 meeting with a representative from the Thirty Percent Coalition, dated March 30, 2021. |
| 238. | Memorandum from the Office of the Investor Advocate regarding a March 30, 2021 meeting with Regina Kline, Founder and CEO of SmartJob LLC and Robert Ludke, Governance and Sustainability Consultant for Ludke Consulting, dated March 30, 2021. |

| Doc. No. | Description |
|---|---|
| 239. | Memorandum from the Office of the Investor Advocate regarding an April 15, 2021 telephone conference with Jeff Mahoney, General Counsel for the Council of Institutional Investors (CII), dated April 16, 2021. |
| 240. | Memorandum from the Office of the Investor Advocate regarding an April 22, 2021 meeting with representatives from the American Association of People with Disabilities and Disability:IN, dated April 22, 2021. |

Additional Materials

| | |
|---|---|
| 241. | Notice of Designation of a Longer Period for Commission Action on a Proposed Rule Change to Adopt Listing Rules Related to Board Diversity, Securities Exchange Act Release No. 90951 (Jan. 19, 2021), published at 86 Fed. Reg. 7135 (Jan. 26, 2021). |
| 242. | Notice of Filing of Amendments No. 1 and Order Instituting Proceedings To Determine Whether To Approve or Disapprove Proposed Rule Changes, as Modified by Amendments No. 1, To Adopt Listing Rules Related to Board Diversity and To Offer Certain Listed Companies Access to a Complimentary Board Recruiting Solution To Help Advance Diversity on Company Boards, Securities Exchange Act Release No. 91286 (Mar. 10, 2021), published at 86 Fed. Reg. 14,484 (Mar. 16, 2021). |
| 243. | Notice of Designation of a Longer Period for Commission Action on Proceedings To Determine Whether To Approve or Disapprove a Proposed Rule Change, as Modified by Amendment No. 1, To Adopt Listing Rules Related to Board Diversity, Securities Exchange Act Release No. 92118 (June 7, 2021), published at 86 Fed. Reg. 31,355 (June 11, 2021). |

| Doc. No. | Description |
|---|---|
| 244. | Order Approving Proposed Rule Changes, as Modified by Amendments No. 1, To Adopt Listing Rules Related to Board Diversity and To Offer Certain Listed Companies Access to a Complimentary Board Recruiting Service, Securities Exchange Act Release No. 92590 (Aug. 6, 2021), published at 86 Fed. Reg. 44,424 (Aug. 12, 2021). |

For the Commission, by its Secretary, pursuant to delegated authority.


/s/ *Eduardo A. Aleman*
Eduardo A. Aleman
Deputy Secretary

Dated:  September 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically filed the foregoing Certified List Describing the Record in Proceedings Before the Securities and Exchange Commission using the Court's CM/ECF system, which will send notice to all the parties.

/s/ Daniel E. Matro
Daniel E. Matro
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9040

Dated:  September 20, 2021