# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60626   Alliance for Fair Board Recrui v. SEC
                    Agency No. 34-92590

The court has granted an extension of time to and including November 22, 2021 for filing petitioner's brief in this case.

The court has denied the motion to establish briefing. The court has denied all other requests as premature.

Counsel may request for an extension if necessary, for their brief as the briefs become due.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Majella A. Sutton, Deputy Clerk
                    504-310-7680

Mr. Jonathan Berry
Ms. Vanessa Ann Countryman
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Daniel Matro
R. Trent McCotter
Mr. Amir Cameron Tayrani

---

Case No. 21-60626

---

Alliance for Fair Board Recruitment,

    Petitioner

v.

Securities and Exchange Commission,

    Respondent