# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2021

Mr. Michael A. Conley, Solicitor
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

    No. 21-60626   Alli for Fair Bd Recruitment v. SEC
                         Agency No. 34-92590

(PETITION FOR REVIEW FILED BY NATIONAL CENTER FOR PUBLIC POLICY RESEARCH)

Dear Mr. Conley, Solicitor,

We received an order from the United States Court of Appeals for the Third Circuit transferring their case number 21-2860 to us. We have docketed that petition under our case number shown above. Please refer to this docket number on all correspondence pertaining to this case.

A certified list has been filed in this case in lieu of the record.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. and 5TH CIR. R. 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from our docket.

Petitioner is advised to pay the Court of Appeals $500.00 docketing fee within 15 days from the date above; otherwise we will dismiss the petition under 5TH CIR. R. 42.3. An electronic payment can be submitted via pay.gov, if you are a registered electronic filer. To register, visit www.pacer.gov. If paying by check, the check must be payable to United States Courts, and mailed to the Clerk's Office, USCA, Mail Remittance, 600 S. Maestri Place, New Orleans, LA, 70130.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process. We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

**Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Enclosure(s)

cc w/encl:
    Mr. Jonathan Berry
    Mr. Aditya Dynar
    Ms. Tracey A. Hardin
    Ms. Allyson Newton Ho
    Mr. Bradley G. Hubbard
    Ms. Margaret A. Little
    Mr. Daniel Matro
    Mr. R. Trent McCotter
    Mr. Amir Cameron Tayrani

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any

discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

_____

No. 21-60626

_____

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

              Petitioners

v.

Securities and Exchange Commission,

              Respondent