UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-005

No. 21-2860

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
Petitioner

v.

SECURITIES AND EXCHANGE COMMISSION

(No. SEC-Rel-34-92590)

Present: JORDAN, PORTER, and MATEY, Circuit Judges

1. Motion filed by Petitioner National Center for Public Policy Research to Transfer Proceedings to the United States Court of Appeals for the Fifth Circuit;

2. Response filed by Respondent SEC to motion to transfer case.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motion to transfer is hereby GRANTED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: October 27, 2021
JK/cc: All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk