# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2021

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626   Alli for Fair Bd Recruitment v. SEC
                         Agency No. 34-92590

Dear Mr. Berry,

Your motion does not contain a certificate of compliance, pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A). You must **email your sufficient motion to**: Majella_Sutton@ca5.uscourts.gov for review within 5 days of this date. If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Ms. Vanessa Ann Countryman
    Mr. Aditya Dynar
    Ms. Tracey A. Hardin
    Ms. Allyson Newton Ho
    Mr. Bradley G. Hubbard
    Mr. Sheng Tao Li
    Ms. Margaret A. Little
    Mr. Daniel Matro
    Mr. R. Trent McCotter
    Mr. Amir Cameron Tayrani