# AFFIDAVIT OF EDWARD BLUM

1. My name is Edward Blum. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I am morally committed to the principle that the law should be color-blind, believing that all persons are created equal and should therefore be subject to equal treatment under law. I vigorously oppose classification and discrimination on the basis of race, ethnicity, and national origin, as well as classification and discrimination on the basis of sex stereotypes.

3. I am a dues-paying member of the Alliance for Fair Board Recruitment ("AFBR"), which is the Petitioner in this action.

4. I am also the President of Students for Fair Admission, Inc. ("SFFA"), which is a nonprofit association with thousands of members, committed to defending human and civil rights secured by law. SFFA has brought lawsuits challenging discriminatory admissions policies at multiple colleges, including Harvard and the University of North Carolina.

5. I have seen first-hand how members of groups like AFBR and SFFA fear retaliation for their association with these groups, and many have stated that they joined based on the understanding that their identity and involvement would remain confidential.

6. The retaliation and harassment are real—I saw it firsthand with SFFA when it began bringing lawsuits. Numerous articles, Internet blog posts, and social media campaigns have described SFFA as a racist, manipulative organization. The lead plaintiff of one lawsuit—Abigail Fisher—was persistently harassed and targeted, as she explains in an affidavit submitted in the Harvard litigation. There is no reason to believe the same would not occur for members of AFBR whose identities are publicly revealed.

7. I have also suffered immense personal hostility as a result of my involvement with groups like AFBR and SFFA, and my advocacy efforts generally. I routinely receive hate mail and threats, including multiple death threats, and at one point I was even compelled to hire an off-duty law enforcement officer because of the threats. I frequently receive vile emails, phone calls, and text messages. Those messages have called me a "racist bigot" and an "asshole," and they have maligned my Jewish heritage in derogatory terms. I have also been the target of numerous highly critical news publications and internet postings impugning my character. *See, e.g.*, B. Clark, *Meet the Suspected*

*White Supremacists Who Are Financing Abigail Fisher*, Melanoid Nation (Dec. 14, 2015).

8. Based on my experiences interacting with prospective and current members of both AFBR and SFFA, I believe that fewer members would join if it were known that the organizations might be compelled to disclose their members' identities involuntarily. It is also likely that many current members would limit their participation or withdraw their membership entirely under such circumstances.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November __3__, 2021

*[signature: Edward Blum]*

Edward Blum