# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT, *et al.*,

*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

NASDAQ STOCK MARKET, L.L.C.,

*Intervenor*.

No. 21-60626

## [PROPOSED] STIPULATED PROTECTIVE ORDER

Because of the risk of retaliation, harassment, invasion of privacy, business disadvantages, and chilling First Amendment rights as a result of involuntarily revealing publicly the identity of Petitioner's members, *see, e.g.*, *NAACP v. State of Ala. ex rel. Patterson*, 357 U.S. 449, 462 (1958); *Americans for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2384 (2021), the Court finds that good cause exists under Federal

1

Rule of Appellate Procedure 25(a)(5) (incorporating Federal Rule of Civil Procedure 5.2(e)) to issue this Protective Order ("Order"), which shall govern the production, use, and submission of Identifying and Sensitive Information ("ISI") in the course of this action and preclude inappropriate use of such ISI for purposes other than this action, *see Nat'l Treasury Emps. Union v. U.S. Dep't of Treasury*, 25 F.3d 237, 242 (5th Cir. 1994).

    1. ISI shall include information that reveals, directly or indirectly:

        a. The identity of any of Petitioner's members, including (but not limited to) information such as their names, titles, employers, locations, professional experiences, income, and backgrounds.

        b. The race, sex, or other identity characteristics of any of Petitioner's members, including whether they identify as members of a particular race or sex, or whether they identify as gay, lesbian, bisexual, or transgender.

    2. For purposes of this matter, ISI shall be designated, marked, and managed as follows:

a. Any page of briefs, pleadings, or other material containing unredacted ISI shall be labeled with "SUBJECT TO PROTECTIVE ORDER IN CASE NO. 21-60626 (5TH CIR.)."

b. No document containing, referring to, or otherwise disclosing ISI shall be publicly filed with the Court.

c. If any party in good faith believes any brief, pleading, or other filing will refer to or disclose ISI, that party must submit a motion to seal at least 5 days before the due date for filing. As appropriate, motions to seal may be filed electronically under seal. If a party opposes the designation of ISI in a motion to seal, that party may file a response in opposition to the motion to seal.

d. If a motion to seal is not granted, or is denied without prejudice to renewal, the parties may meet to confer about whether redactions or other measures may be appropriate to allow for submission. If for any reason a party's request to submit any ISI under seal is not granted, the material

      sought to be sealed shall remain publicly inaccessible on the docket. All parties would remain bound to protect ISI despite the Court's denial of leave to file under seal, except that any party may use ISI that Petitioner discloses in a non-sealed, publicly-accessible filing in this case.

  e. If any brief, pleading, or other material is filed under seal with the Court and contains or discloses ISI, the filing party shall also file a public version that redacts ISI.

  f. A party who intends, during any hearing, to present argument or other material containing ISI shall so advise the parties and the Court so that any appropriate steps may be taken before such presentation or reference is made.

  3.    ISI shall be held in strict confidence by counsel to the parties and shall be used only for the purposes of this action. It shall not be used (except by the owner of the information) for any purpose outside

this action. Except as provided in Paragraph 6 of this Order, ISI may be disclosed only to:

    a. The Court and Court personnel, provided that any pleading or other document filed with the Court that contains or discloses material designated as ISI is filed under seal according to Paragraph 2 of this Order; and

    b. Counsel who have filed appearances at the Fifth Circuit in this case for Petitioner National Center for Public Policy Research, Intervenor Nasdaq, or Respondent.

    c. Those counsel's clerical, secretarial, and paralegal support staff assigned to this case. Counsel of record shall have the obligation to limit and control the number of employees and support staff who have access to ISI and to ensure that each such person is aware of and complies with the terms and conditions of this Order.

4. No one covered by Paragraph 3 of this Order may further disseminate any ISI except as expressly authorized in this Order unless required by law, including a court order.

5

5. Counsel of record for each party shall be responsible for ensuring compliance with this Order and may secure written confirmation of receipt and review of this order and an acknowledgment that any person given access to ISI will not further disseminate any ISI except as expressly authorized by this Order, unless it is required by law.

6. Nothing in this Order shall limit the use by a party of its own ISI, nor prevent a party from disclosing its own ISI to any person. Such disclosures shall not affect any ISI designation made pursuant to the terms of this Order, so long as disclosure is made in a manner that is reasonably calculated to maintain the confidentiality of the information.

7. The terms of this Order shall be maintained both during and after the final disposition of this petition for review. Any paper copies containing identifying or sensitive information shall be destroyed or returned to the producing party at the conclusion of all proceedings. An exception, however, is that counsel may retain a hard copy of any pleadings, including briefs, that were filed in this Court.

8.	The production, use, and submission, pursuant to the terms of this Order, of ISI shall not be construed as a waiver by any person or entity of any claim of ISI.

9.	This Order shall apply to any parties who join this action after entry of this Order.

10.	The panel of judges ultimately assigned to consider this petition for review may, in its discretion, revisit any provision or requirement outlined here.

**IT IS SO ORDERED.**