# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 04, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60626   Alli for Fair Bd Recruitment v. SEC
                  Agency No. 34-92590

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

Mr. Jonathan Berry
Ms. Vanessa Ann Countryman
Mr. Aditya Dynar
Ms. Tracey A. Hardin
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Sheng Tao Li
Ms. Margaret A. Little
Mr. Daniel Matro
R. Trent McCotter
Mr. Amir Cameron Tayrani