# United States Court of Appeals for the Fifth Circuit

---

No. 21-60626

---

ALLIANCE FOR FAIR BOARD RECRUITMENT;
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review of an Order of
the Securities and Exchange Commission
No. 34-92590

---

O R D E R:

IT IS ORDERED that the unopposed motion of petitioner Alliance for Fair Board Recruitment to enforce the restrictions as set out in the proposed protective order governing confidentiality is GRANTED.

    /s/ Jerry E. Smith
JERRY E. SMITH
*United States Circuit Judge*