# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2021

No. 21-60626　　Alli for Fair Bd Recruitment v. SEC
　　　　　　　　　Agency No. 34-92590

Dear Counsel,

All parties must adhere to the proposed order procedure set out within the petitioner Alliance for Fair Board Recruitment's motion. Documents that are required to be sealed must be filed under 'doc temp seal ', which should be used on any future filings that apply.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Majella A. Sutton, Deputy Clerk
　　　　　　　　　　　　　　　504-310-7680

cc:
　　Mr. Jonathan Berry
　　Ms. Vanessa Ann Countryman
　　Mr. Aditya Dynar
　　Ms. Tracey A. Hardin
　　Ms. Allyson Newton Ho
　　Mr. Bradley G. Hubbard
　　Mr. Sheng Tao Li
　　Ms. Margaret A. Little
　　Mr. Daniel Matro
　　Mr. R. Trent McCotter
　　Mr. Amir Cameron Tayrani