# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2021

Mr. Aditya Dynar
Pacific Legal Foundation
3100 Clarendon Boulevard
Suite 610
Arlington, VA 22201

Mr. Sheng Tao Li
1055 Papermill Court
Washington, DC 20007

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

 No. 21-60626   Alli for Fair Bd Recruitment v. SEC
   Agency No. 34-92590
 (BRIEFING NOTICE AS TO PETITIONER NATIONAL CENTER
  FOR PUBLIC POLICY RESEARCH)

Dear Mr. Dynar, Mr. Li, Ms. Little,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See **Fed. R. App. P.** and **5th Cir. R.** 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also **5th Cir. R.** 30.1.2 and **5th Cir. R.** 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also **5th Cir. R.** 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by **5th Cir. R.** 31.2. **5th Cir. R.** 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see **5TH CIR. R.** 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Enclosure(s)

cc w/encl:
　　Mr. Jonathan Berry
　　Ms. Tracey A. Hardin
　　Ms. Allyson Newton Ho
　　Mr. Bradley G. Hubbard
　　Mr. Daniel Matro
　　Mr. R. Trent McCotter
　　Ms. Amalia Elizabeth Reiss
　　Mr. Amir Cameron Tayrani

Case No. 21-60626

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

        Petitioners

v.

Securities and Exchange Commission,

        Respondent