# United States Court of Appeals for the Fifth Circuit

No. 21-60626

Alliance for Fair Board Recruitment;
National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

Petition for Review of an Order of
the Securities and Exchange Commission
No. 34-92590

O R D E R:

IT IS ORDERED that the unopposed motion of petitioner Alliance for Fair Board Recruitment to file the accompanying motion under seal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of petitioner Alliance for Fair Board Recruitment to place exhibits in support of the petition for review under seal is GRANTED.

    /s/ Jerry E. Smith
Jerry E. Smith
*United States Circuit Judge*