# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2021

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626   Alli for Fair Bd Recruitment v. SEC
                         Agency No. 34-92590

Dear Mr. Berry,

Your Addendum to the Brief of Appellant is filed.  It requires the following corrections within 10 days of the date of this letter:

Addendum may only contain opinions, statutes, rules and/regulations pursuant to Fed. R. App. 28(f) and 32.1. The Affidavits must be removed.

Once you have prepared your sufficient addendum, you must email it to: whitney_jett@ca5.uscourts.gov for review.  If the addendum is in compliance, you will receive a notice of docket activity advising you that the sufficient addendum has been filed.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                */s/ Whitney M. Jett*
                          By: _____
                          Whitney M. Jett, Deputy Clerk
                          504-310-7772

cc:
- Mr. Seth D. Berlin
- Ms. Vanessa Ann Countryman
- Mr. Aditya Dynar
- Ms. Tracey A. Hardin
- Ms. Allyson Newton Ho
- Mr. Bradley G. Hubbard
- Mr. Stephen J. Kastenberg
- Mr. Paul Lantieri III
- Mr. Sheng Tao Li
- Ms. Margaret A. Little
- Mr. Daniel Matro
- R. Trent McCotter
- Ms. Joanne Pedone
- Ms. Amalia Elizabeth Reiss
- Mr. Amir Cameron Tayrani
- Mr. John Zecca