# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> *Respondent*, <br><br> NASDAQ STOCK MARKET, L.L.C., <br><br> *Intervenor*. | No. 21-60626 |

## NOTICE OF FILING OF REDACTED AFFIDAVITS

Pursuant to the process required by the protective order operative in this case, *see* Order, *Alliance for Fair Board Recruitment v. SEC*, No. 21-60626 (Nov. 4, 2021) (Smith, J.) (adopting the parties' proposed Protective Order filed November 3), Petitioner Alliance for Fair Board Recruitment hereby provides notice of the filing of redacted copies of the affidavits that the Court ordered filed under seal, *see* Order, *id.* (Nov. 18,

1

2021) (Smith, J.); Protective Order ¶ 2(e) (requiring the public filing of redacted copies of documents containing Identifying and Sensitive Information that are accepted for sealed filing). The redacted versions are attached to this notice.

Dated: November 22, 2021　　　　　　　Respectfully submitted,

/s/ Jonathan Berry
C. BOYDEN GRAY
JONATHAN BERRY
　*Counsel of Record*
R. TRENT MCCOTTER
MICHAEL BUSCHBACHER
JORDAN E. SMITH
BOYDEN GRAY & ASSOCIATES
801 17th St NW, #350
Washington, DC 20006
(202) 955-0620
berry@boydengrayassociates.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

Dated: November 22, 2021  /s/ Jonathan Berry
Jonathan Berry
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 955-0620