# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2021

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626   Alli for Fair Bd Recruitment v. SEC
                            Agency No. 34-92590

Dear Mr. Berry,

We received your Redacted Exhibits. In light of redacted copies not being requested by the court, we are taking no action on these documents.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

cc:
    Mr. Seth D. Berlin
    Ms. Vanessa Ann Countryman
    Mr. Aditya Dynar
    Ms. Tracey A. Hardin
    Ms. Allyson Newton Ho
    Mr. Bradley G. Hubbard
    Mr. Stephen J. Kastenberg
    Mr. Paul Lantieri III
    Mr. Sheng Tao Li
    Ms. Margaret A. Little
    Mr. Daniel Matro
    R. Trent McCotter
    Ms. Joanne Pedone
    Ms. Amalia Elizabeth Reiss
    Mr. Amir Cameron Tayrani
    Mr. John Zecca