

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **Office of the**<br>**General Counsel** | **Daniel E. Matro**<br>202-551-8248<br>matrod@sec.gov |

December 22, 2021

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Alliance for Fair Board Recruitment et al. v. SEC* (No. 21-60626)

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4, the undersigned counsel for the Securities and Exchange Commission respectfully request an unopposed, 30-day (Level 1) extension of time to file the Commission's consolidated response brief in the above-captioned matter. The Commission's brief is currently due on Wednesday, January 19, 2022. With a 30-day extension, the new deadline for the Commission's brief would be Friday, February 18, 2022.

The undersigned counsel respectfully submit that good cause supports this request. This case involves an extensive administrative record and petitioners' separate opening briefs present a range of complex jurisdictional, statutory, and constitutional issues. The Commission's consolidated response brief will require the input of a number of stakeholders within the agency and multiple layers of review due to the nature and significance of the issues raised. The requested period for the Commission's response brief, which includes the December holidays, will allow sufficient time for the Commission to complete the consultation, drafting, and review process.

In addition, the undersigned counsel, who are the attorneys primarily responsible for handling this matter for the Commission, face several upcoming deadlines and commitments in other matters. Mr. Matro has an oral argument in this Court on January 5, 2022 in *SEC v. World Tree Financial, L.L.C., et al.*, No. 21-30063 (5th Cir.). Ms. Hardin also has supervisory responsibility in two appellate matters with upcoming briefing deadlines: *The Nasdaq Stock Market, et al. v. SEC*, 21-1167 (D.C. Cir.) (response brief due December 27, 2021) and *Saliba v. SEC*, 21-71114 (9th

Mr. Langer, Clerk of Court
Page 2

Cir.) (response brief due January 19, 2021). Mr. Matro and Ms. Hardin also represent the Commission in two ongoing district court proceedings. *Interfaith Center on Corporate Responsibility et al. v. SEC*, No. 1:21-cv-1620 (D.D.C.); *National Association of Manufacturers et al. v. SEC*, No. 7:21-cv-183 (W.D. Tex.). The Commission filed cross-motions for summary judgment in these cases on November 19, 2021 and December 8, 2021, respectively, and the undersigned counsel anticipate that oral argument may be held in one or both of them in January or February, 2022. Finally, Mr. Matro and Ms. Hardin have additional commitments in connection with several internal Commission matters.

  Counsel for petitioners Alliance for Fair Board Recruitment and the National Center for Public Policy Research, and for intervenor The Nasdaq Stock Market, L.L.C., have indicated that they consent to this request. Please do not hesitate to contact Mr. Matro if you have any questions.

                  Sincerely yours,

                  /s/ Tracey A. Hardin
                  /s/ Daniel E. Matro