# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 04, 2022

Mr. Drew C. Ensign
Attorney General's Office
for the State of Arizona
2005 N. Central Avenue
Phoenix, AZ 85004

    No. 21-60626   Alliance for Fair Board Recrui v. SEC
                    USDC No. 34-92590

Dear Mr. Ensign,

The following pertains to your brief electronically filed on December 27, 2021.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Signatures required on the certificate of compliance and the conclusion see FED. R. APP. P. 32(d).

Concise statement of the identity of the amicus curiae, its interest, and the source of its authority. FRAP 29(a)(4)(D)

Statement pursuant to FRAP 29(a)(4)(E)  4. Update the table of contents

    a. a party's counsel authored the brief in whole or in part

    b. a party or counsel contributed money intended to fund preparing or submitting the brief
    c. a person - other than the amicus curiae, its members, or its counsel - contributed money intended to fund preparing or submitting the brief and, if so identifies each person

Please update the table of contents as necessary to reflect all changes.

Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office.  If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Mr. Seth D. Berlin
    Mr. Jonathan Berry
    Ms. Vanessa Ann Countryman
    Mr. Aditya Dynar
    Ms. Tracey A. Hardin
    Ms. Allyson Newton Ho
    Mr. Bradley G. Hubbard
    Mr. Stephen J. Kastenberg
    Mr. Paul Lantieri III
    Mr. Sheng Tao Li
    Ms. Margaret A. Little
    Mr. Daniel Matro
        R. Trent McCotter
    Ms. Joanne Pedone
    Mr. John Robert Rady
    Ms. Amalia Elizabeth Reiss
    Mr. Amir Cameron Tayrani
    Mr. John Yetter
    Mr. John Zecca