# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 21-60626

Alliance for Fair Board Recruitment et al.   vs.   SEC
(Short Title)

The Clerk will enter my appearance as Counsel for

Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance

(Please see appendix for full list of names)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☒ Amicus Curiae

☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Elaine P. Golin                                    (917) 592-4349
(Signature)                                             (e-mail address)

Elaine P. Golin                                         New York/2887586
(Type or print name)                                    (State/Bar No.)

_____
(Title, if any)

Wachtell Lipton Rosen & Katz
(Firm or Organization)

Address: 51 West 52nd Street

City & State: New York, NY        Zip: 10019

Primary Tel. (212) 403-1000     Cell Phone: (917) 679-0792

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Marc Wolinsky

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes  ☒ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes  ☒ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☒ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case: No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
N/A

Name of Court or Agency: N/A

Status of Appeal (if any): N/A

Other Status (if not appealed): N/A

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED January 2022

## APPENDIX: LIST OF AMICI

1. Luis A. Aguilar
2. Frederick H. Alexander
3. Harvey Anderson
4. Michelle Banks
5. Michal Barzuza
6. Lucian A. Bebchuk
7. Carolyn Berger
8. David J. Berger
9. Margaret Mendenhall Blair
10. Matthew T. Bodie
11. April Miller Boise
12. Amelia H. Boss
13. Andre G. Bouchard
14. William Wilson Bratton
15. Brian V. Breheny
16. Chris Brummer
17. Mercer Bullard
18. Mary Ann Carlson
19. William B. Chandler, III
20. Yen D. Chu
21. Robert C. Clark
22. Patrick T. Clendenen
23. John C. Coffee, Jr.
24. Marcy Sharon Cohen

25. James D. Cox

26. Jens Christian Dammann

27. Barbara Daniele

28. Deneen L. Donnley

29. Karl John Ege

30. Lisa M. Fairfax

31. Robert Falk

32. Celeste Ferber

33. Gina-Gail S. Fletcher

34. Michael E. Flowers

35. Raquel L. Fox

36. Jeannie Carmedelle Frey

37. Vijaya Gadde

38. Henry E. Gallagher, Jr.

39. Elisa D. Garcia

40. Craig B. Glidden

41. Jeffrey N. Gordon

42. Holly J. Gregory

43. Joseph A. Grundfest

44. Mitu Gulati

45. Keir D. Gumbs

46. Lawrence A. Hamermesh

47. Grant M. Hayden

48. Keith F. Higgins

49. Shannon Higginson

50. Randy J. Holland
51. Erik T. Hoover
52. Cathy Hwang
53. Howell E. Jackson
54. Robert J. Jackson, Jr.
55. Matthew Jennejohn
56. Cherée Haswell Johnson
57. Roberta Karmel
58. Denise Keane
59. Stanley Keller
60. Richard G. Ketchum
61. Sung Eun (Summer) Kim
62. Sung Hui Kim
63. William M. Lafferty
64. Stephen P. Lamb
65. Don Langevoort
66. Jannie K. Lau
67. Susan Lindberg
68. Paul L. Lion, III
69. Martin Lipton
70. Lindsay Llewellyn
71. Dorothy S. Lund
72. Jonathan Macey
73. David B.H. Martin
74. Veronica Root Martinez

75. David C. McBride
76. Brett McDonnell
77. Norman M. Monhait
78. Yaron Nili
79. John W. Noble
80. Richard W. Painter
81. Donald F. Parsons
82. Frank Partnoy
83. Robert K. Rasmussen
84. Anne E. Robinson
85. Edward Rock
86. Kim K.W. Rucker
87. Kathryn H. Ruemmler
88. Hillary A. Sale
89. Christina M. Sautter
90. Mary L. Schapiro
91. Larry P. Scriggins
92. Joel Seligman
93. Kevin R. Shannon
94. Nicola Sharpe
95. David C. Shelton
96. Omari Scott Simmons
97. Laurie A. Smiley
98. D. Gordon Smith
99. Larry Sonsini

100. Holger Spamann
101. A. Gilchrist Sparks, III
102. James C. Spindler
103. Dev Stahlkopf
104. Robert Stebbins
105. Myron T. Steele
106. Marc I. Steinberg
107. Joseph A. Stern
108. Rachel Stern
109. Leo E. Strine, Jr.
110. Kristin Sverchek
111. Eric Talley
112. Vicki O. Tucker
113. E. Norman Veasey
114. Cheryl L. Wade
115. Elisse B. Walter
116. David H. Webber
117. Cynthia A. Williams
118. Gregory P. Williams