# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

Fifth Cir. Case NO. __21-60626__

__Alliance for Fair Board Recruitment et al.__ vs. __SEC__
(Short Title)

The Clerk will enter my appearance as Counsel for

__Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance__

__(Please see appendix for full list of names)__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☒ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Carrie M. Reilly__                                  __CMReilly@wlrk.com__
(Signature)                                                        (e-mail address)

__Carrie M. Reilly__                                        __New York/4397451__
(Type or print name)                                          (State/Bar No.)

_____
(Title, if any)

__Wachtell Lipton Rosen & Katz__
(Firm or Organization)
Address __51 West 52nd Street__

City & State __New York, NY__                                             Zip __10019__

Primary Tel. __(212) 403-1000__   Cell Phone: __(332) 234-0993__

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Marc Wolinsky__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__N/A__

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☒ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☒ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☒ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __No__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__N/A__

Name of Court or Agency __N/A__

Status of Appeal (if any) __N/A__

Other Status (if not appealed) __N/A__

**NOTE:** Attach sheet to give further details.                                              DKT-5A REVISED January 2022

# APPENDIX: LIST OF AMICI

1. Luis A. Aguilar
2. Frederick H. Alexander
3. Harvey Anderson
4. Michelle Banks
5. Michal Barzuza
6. Lucian A. Bebchuk
7. Carolyn Berger
8. David J. Berger
9. Margaret Mendenhall Blair
10. Matthew T. Bodie
11. April Miller Boise
12. Amelia H. Boss
13. Andre G. Bouchard
14. William Wilson Bratton
15. Brian V. Breheny
16. Chris Brummer
17. Mercer Bullard
18. Mary Ann Carlson
19. William B. Chandler, III
20. Yen D. Chu
21. Robert C. Clark
22. Patrick T. Clendenen
23. John C. Coffee, Jr.
24. Marcy Sharon Cohen

25. James D. Cox
26. Jens Christian Dammann
27. Barbara Daniele
28. Deneen L. Donnley
29. Karl John Ege
30. Lisa M. Fairfax
31. Robert Falk
32. Celeste Ferber
33. Gina-Gail S. Fletcher
34. Michael E. Flowers
35. Raquel L. Fox
36. Jeannie Carmedelle Frey
37. Vijaya Gadde
38. Henry E. Gallagher, Jr.
39. Elisa D. Garcia
40. Craig B. Glidden
41. Jeffrey N. Gordon
42. Holly J. Gregory
43. Joseph A. Grundfest
44. Mitu Gulati
45. Keir D. Gumbs
46. Lawrence A. Hamermesh
47. Grant M. Hayden
48. Keith F. Higgins
49. Shannon Higginson

50. Randy J. Holland
51. Erik T. Hoover
52. Cathy Hwang
53. Howell E. Jackson
54. Robert J. Jackson, Jr.
55. Matthew Jennejohn
56. Cherée Haswell Johnson
57. Roberta Karmel
58. Denise Keane
59. Stanley Keller
60. Richard G. Ketchum
61. Sung Eun (Summer) Kim
62. Sung Hui Kim
63. William M. Lafferty
64. Stephen P. Lamb
65. Don Langevoort
66. Jannie K. Lau
67. Susan Lindberg
68. Paul L. Lion, III
69. Martin Lipton
70. Lindsay Llewellyn
71. Dorothy S. Lund
72. Jonathan Macey
73. David B.H. Martin
74. Veronica Root Martinez

75. David C. McBride
76. Brett McDonnell
77. Norman M. Monhait
78. Yaron Nili
79. John W. Noble
80. Richard W. Painter
81. Donald F. Parsons
82. Frank Partnoy
83. Robert K. Rasmussen
84. Anne E. Robinson
85. Edward Rock
86. Kim K.W. Rucker
87. Kathryn H. Ruemmler
88. Hillary A. Sale
89. Christina M. Sautter
90. Mary L. Schapiro
91. Larry P. Scriggins
92. Joel Seligman
93. Kevin R. Shannon
94. Nicola Sharpe
95. David C. Shelton
96. Omari Scott Simmons
97. Laurie A. Smiley
98. D. Gordon Smith
99. Larry Sonsini

100. Holger Spamann
101. A. Gilchrist Sparks, III
102. James C. Spindler
103. Dev Stahlkopf
104. Robert Stebbins
105. Myron T. Steele
106. Marc I. Steinberg
107. Joseph A. Stern
108. Rachel Stern
109. Leo E. Strine, Jr.
110. Kristin Sverchek
111. Eric Talley
112. Vicki O. Tucker
113. E. Norman Veasey
114. Cheryl L. Wade
115. Elisse B. Walter
116. David H. Webber
117. Cynthia A. Williams
118. Gregory P. Williams