# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

Fifth Cir. Case NO.  21-60626

Alliance for Fair Board Recruitment et al. _____ vs. SEC _____

(Short Title)

The Clerk will enter my appearance as Counsel for _____

Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance

(Please see appendix for full list of names)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae

☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jeohn Salone Favors _____     JFavors@wlrk.com _____
(Signature)                                   (e-mail address)

Jeohn Salone Favors _____     New York/5649132 _____
(Type or print name)                          (State/Bar No.)

_____
(Title, if any)

Wachtell Lipton Rosen & Katz _____
(Firm or Organization)

Address ___ 51 West 52nd Street _____

City & State ___ New York, NY _____     Zip 10019 _____

Primary Tel. (212) 403-1000 _____ Cell Phone: (929) 446-6016 _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Marc Wolinsky _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

N/A _____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case   No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

N/A _____

_____

Name of Court or Agency  N/A _____

Status of Appeal (if any)  N/A _____

Other Status (if not appealed)  N/A _____

**NOTE: Attach sheet to give further details.**                                    DKT-5A REVISED January 2022

**APPENDIX: LIST OF AMICI**

1. Luis A. Aguilar

2. Frederick H. Alexander

3. Harvey Anderson

4. Michelle Banks

5. Michal Barzuza

6. Lucian A. Bebchuk

7. Carolyn Berger

8. David J. Berger

9. Margaret Mendenhall Blair

10. Matthew T. Bodie

11. April Miller Boise

12. Amelia H. Boss

13. Andre G. Bouchard

14. William Wilson Bratton

15. Brian V. Breheny

16. Chris Brummer

17. Mercer Bullard

18. Mary Ann Carlson

19. William B. Chandler, III

20. Yen D. Chu

21. Robert C. Clark

22. Patrick T. Clendenen

23. John C. Coffee, Jr.

24. Marcy Sharon Cohen

1

25. James D. Cox

26. Jens Christian Dammann

27. Barbara Daniele

28. Deneen L. Donnley

29. Karl John Ege

30. Lisa M. Fairfax

31. Robert Falk

32. Celeste Ferber

33. Gina-Gail S. Fletcher

34. Michael E. Flowers

35. Raquel L. Fox

36. Jeannie Carmedelle Frey

37. Vijaya Gadde

38. Henry E. Gallagher, Jr.

39. Elisa D. Garcia

40. Craig B. Glidden

41. Jeffrey N. Gordon

42. Holly J. Gregory

43. Joseph A. Grundfest

44. Mitu Gulati

45. Keir D. Gumbs

46. Lawrence A. Hamermesh

47. Grant M. Hayden

48. Keith F. Higgins

49. Shannon Higginson

50. Randy J. Holland

51. Erik T. Hoover

52. Cathy Hwang

53. Howell E. Jackson

54. Robert J. Jackson, Jr.

55. Matthew Jennejohn

56. Cherée Haswell Johnson

57. Roberta Karmel

58. Denise Keane

59. Stanley Keller

60. Richard G. Ketchum

61. Sung Eun (Summer) Kim

62. Sung Hui Kim

63. William M. Lafferty

64. Stephen P. Lamb

65. Don Langevoort

66. Jannie K. Lau

67. Susan Lindberg

68. Paul L. Lion, III

69. Martin Lipton

70. Lindsay Llewellyn

71. Dorothy S. Lund

72. Jonathan Macey

73. David B.H. Martin

74. Veronica Root Martinez

75. David C. McBride

76. Brett McDonnell

77. Norman M. Monhait

78. Yaron Nili

79. John W. Noble

80. Richard W. Painter

81. Donald F. Parsons

82. Frank Partnoy

83. Robert K. Rasmussen

84. Anne E. Robinson

85. Edward Rock

86. Kim K.W. Rucker

87. Kathryn H. Ruemmler

88. Hillary A. Sale

89. Christina M. Sautter

90. Mary L. Schapiro

91. Larry P. Scriggins

92. Joel Seligman

93. Kevin R. Shannon

94. Nicola Sharpe

95. David C. Shelton

96. Omari Scott Simmons

97. Laurie A. Smiley

98. D. Gordon Smith

99. Larry Sonsini

100.    Holger Spamann

101.    A. Gilchrist Sparks, III

102.    James C. Spindler

103.    Dev Stahlkopf

104.    Robert Stebbins

105.    Myron T. Steele

106.    Marc I. Steinberg

107.    Joseph A. Stern

108.    Rachel Stern

109.    Leo E. Strine, Jr.

110.    Kristin Sverchek

111.    Eric Talley

112.    Vicki O. Tucker

113.    E. Norman Veasey

114.    Cheryl L. Wade

115.    Elisse B. Walter

116.    David H. Webber

117.    Cynthia A. Williams

118.    Gregory P. Williams