# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 25, 2022

Mr. Marc Wolinsky
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

　　No. 21-60626    Alliance for Fair Board Recruitment v. SEC
　　　　　　　　　　Agency No. 34-92590

Dear Mr. Wolinsky,

The following pertains to your brief electronically filed on February 24, 2022.

Table of contents must include the supplemental certificate of interested persons; statement pursuant to Fed. R. App. P. 29; table of authorities; certificate of compliance and certificate of service with page references is required, see **FED. R. APP. P. 28(a)(2)**.

Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Majella A. Sutton
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Seth D. Berlin
    Mr. Jonathan Berry
    Ms. Vanessa Ann Countryman
    Mr. Aditya Dynar
    Mr. Drew C. Ensign
    Ms. Tracey A. Hardin
    Ms. Allyson Newton Ho
    Mr. Bradley G. Hubbard
    Mr. Stephen J. Kastenberg
    Mr. Paul Lantieri III
    Mr. Sheng Tao Li
    Ms. Margaret A. Little
    Mr. Daniel Matro
    Mr. R. Trent McCotter
    Ms. Paulette Miniter
    Ms. Joanne Pedone
    Mr. John Robert Rady
    Ms. Amalia Elizabeth Reiss
    Mr. Amir Cameron Tayrani
    Mr. John Yetter
    Mr. John Zecca