☘ New Civil Liberties Alliance

March 2, 2022

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 Maestri Street, Suite 115
New Orleans, LA 70130
              Via ECF filing with the U.S. Court of Appeals for the Fifth Circuit

Re:     <u>Alliance for Fair Board Recruitment v. SEC, Case No. 21-60626</u>

Dear Mr. Cayce,

      Pursuant to Fifth Circuit Rule 31.4, the undersigned counsel for Petitioners National Center for Public Policy Research (NCPPR) and Alliance for Fair Board Recruitment (AFBR) respectfully request an unopposed, 21-day extension of time to file their reply briefs and the joint appendix in the above-captioned matter. Petitioners' reply briefs and the joint appendix are currently due on Friday, March 11, 2022. With a 21-day extension, the new deadline would be Friday, April 1, 2022. The undersigned counsel respectfully submit that good cause supports this request. This case involves an extensive administrative record, and Intervenor's brief, Respondent's separate brief, and numerous *amicus* briefs present a range of complex statutory and constitutional issues.

      In addition, the undersigned counsel, who are the attorneys primarily responsible for handling this matter for NCPPR and AFBR, respectively, face several upcoming deadlines and commitments in other matters. Ms. Little, the primary attorney for NCPPR, has a cert petition and amicus briefs due at the Supreme Court and the Sixth Circuit, and an ongoing adversary administrative proceeding over the next few weeks and the additional time is necessary to meet each of these commitments.

      Mr. McCotter, the primary attorney for AFBR, also has primary responsibility in several matters with upcoming deadlines: oral argument before this Court on March 8, as well as a petition at the Oregon Supreme Court due March 2 and briefs due at the U.S. Supreme Court on March 7 and March 9.

      Counsel for Respondent Securities and Exchange Commission and Intervenor Nasdaq Stock Market, LLC, do not oppose this request. Please do not hesitate to contact Ms. Little or Mr. McCotter if you have any questions.

                  Very truly yours,

                  /s/ Margaret Little
                  /s/ Trent McCotter