# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>*Petitioners*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | CASE NO: 21-60626 |

## PETITIONERS' JOINT UNOPPOSED MOTION
## FOR A 14-DAY EXTENSION OF TIME TO FILE
## THEIR REPLY BRIEFS AND THE JOINT APPENDIX

Pursuant to Fifth Circuit Rule 31.4, the Petitioners National Center for Public Policy Research (NCPPR) and Alliance for Fair Board Recruitment (AFBR) respectfully request a 14-day extension of time to file their reply briefs and the joint appendix, which are currently due March 18. With this extension, the new deadline would be Friday, April 1, 2022. Counsel for Securities and Exchange Commission and Intervenor Nasdaq Stock Market, LLC, confirmed that this motion is unopposed.

The undersigned counsel respectfully submit that good cause supports this request. This case is not an ordinary civil appeal but is a direct-to-the-Circuit review of a controversial agency order that involves an extensive administrative record and sets new requirements for all corporations listed on a major stock exchange. In addition to replying to Respondent's brief, NCPPR and AFBR must also address a range of complex statutory and constitutional issues raised in Intervenor's separate brief and six *amicus* briefs, all filed recently.

Moreover, the undersigned counsel, who are the attorneys primarily responsible for handling this matter for NCPPR and AFBR, respectively, face several upcoming deadlines and commitments in other matters. Ms. Little, the primary attorney for NCPPR, has a cert petition and amicus briefs due at the Supreme Court and the Sixth Circuit, and an ongoing adversary administrative proceeding over the next few weeks and the additional time is necessary to meet each of these commitments.

Mr. McCotter, the primary attorney for AFBR, also has primary responsibility in several matters with upcoming deadlines: oral argument before this Court on March 8, a brief due in this Court on March 28, and briefs due at the U.S. Supreme Court on March 7 and March 9.

For the foregoing reasons, Petitioners respectfully request that the Court grant this unopposed motion and extend the deadline to file their reply briefs and the joint appendix to April 1, 2022.

March 3, 2022

        Respectfully submitted,

        <u>/s/ *Margaret A. Little*</u>
        Margaret A. Little
        Sheng Li
        New Civil Liberties Alliance
        1225 19th St. NW, Suite 450
        Washington, DC 20036
        Telephone: 202-869-5210
        peggy.little@ncla.legal

        *Counsel for Petitioner*
        *National Center for Public Policy Research*

        <u>/s/ *Jonathan Berry*</u>
        Jonathan Berry
        R. Trent McCotter
        Michael Buschbacher
        Jared M. Kelson
        BOYDEN GRAY & ASSOCIATES
        801 17th Street NW, Suite 350 Washington, DC 20006
        Telephone: 202-809-5613
        berry@boydengrayassociates.com

        *Counsel for Petitioner*
        *Alliance for Fair Board Recruitment*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service

*/s/ Margaret A. Little*

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Garamond, 14-point font. Based on a word count under Microsoft Word, the body of this motion contains 308 words.

*/s/ Margaret A. Little*