**BOYDEN GRAY & ASSOCIATES PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

April 2, 2022

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

Re:   *Alliance for Fair Board Recruitment et al. v. SEC*, No. 21-60626

Dear Mr. Cayce:

Petitioner Alliance for Fair Board Recruitment filed its opening brief in this case on November 22, 2021. Petitioner left blank "JA__" cites to be completed when the parties later filed the Joint Appendix. The Joint Appendix was filed and accepted by the Court on April 1, 2022.

Petitioner Alliance for Fair Board Recruitment provides this notice that it will imminently re-file its opening brief, with the "JA__" cites now containing references to the appropriate portions of the Joint Appendix.

    Respectfully,

    /s/ JONATHAN BERRY

    *Counsel of Record for Petitioner*
    *Alliance for Fair Board Recruitment*

    BOYDEN GRAY & ASSOCIATES PLLC
    801 17th Street NW, Suite 350
    Washington, DC 20006

cc:   All Counsel