# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 04, 2022

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626    Alliance for Fair Board Recruitment v. SEC
                     USDC No. 34-92590

Dear Mr. Berry,

We received your Petitioner's Brief.  In light of the petitioner's brief was filed to revise the opening brief containing appropriate reference to the joint appendix must be filed attached to the letter filed, not as a separate document. We are taking no action on this motion.

The clerk's office has attached your brief to your letter filed for processing.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

cc:
    Mr. Getzel Berger
    Mr. Seth D. Berlin
    Ms. Elisabeth Catherine Butler
    Ms. Vanessa Ann Countryman
    Ms. Juliana DeVries
    Mr. Jeffrey B. Dubner
    Mr. Aditya Dynar
    Mr. Drew C. Ensign
    Mr. Jeohn Salone Favors
    Ms. Elaine Patricia Golin

Ms. Tracey A. Hardin
Mr. Brian Matthew Hauss
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Stephen J. Kastenberg
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Ms. Sandra Park
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca