# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2022

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                       USDC No. 34-92590

Dear Mr. Berry,

We received your paper copies of the opening brief. The brief does not match the brief on file. Also, paper copies were not requested by the court, we are taking no action on the paper copies.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

cc:  Mr. Getzel Berger
     Mr. Seth D. Berlin
     Ms. Elisabeth Catherine Butler
     Ms. Vanessa Ann Countryman
     Ms. Juliana DeVries
     Mr. Jeffrey B. Dubner
     Mr. Aditya Dynar
     Mr. Drew C. Ensign
     Mr. Jeohn Salone Favors
     Ms. Elaine Patricia Golin
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Ms. Allyson Newton Ho
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li

```
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Ms. Sandra Park
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca
```