

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **OFFICE OF THE<br>GENERAL COUNSEL** | **Daniel E. Matro**<br>202-551-8248<br>matrod@sec.gov |

April 7, 2022

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Alliance for Fair Board Recruitment et al. v. SEC* (No. 21-60626)

Dear Mr. Cayce:

     Please find attached a final version of the Securities and Exchange Commission's response brief in the above-captioned case. The Commission's initial brief, filed on February 18, 2022, included blank "JA__" cites, with bracketed references to the relevant portions of the record, to be replaced when the parties filed a joint appendix pursuant to Fifth Circuit Rule 30.2. The attached brief includes completed citations to the joint appendix that was filed on April 1, 2022.

     Respectfully submitted,

     /s/ Daniel E. Matro
     Daniel E. Matro
     *Counsel for Respondent*
     *Securities and Exchange Commission*

cc:   All Counsel Via CM/ECF