☀ **New Civil Liberties Alliance**

April 8, 2022

**VIA ELECTRONIC FILING**

Honorable Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit

      *Re:   Alliance for Fair Board Recruitment et. al. v. SEC,*
            *No. 21-60626*

Dear Mr. Cayce,

    Petitioner National Center for Public Policy Research (NCPPR) filed its opening brief in this case on December 20, 2021. That opening brief did not have citations to the Joint Appendix, which was filed and accepted by the Court on April 1, 2022. NCPPR is thus re-filing its opening brief with revised citations to appropriate portions of the Joint Appendix. NCCPR's re-filed opening brief is attached to this letter as an Addendum.

April 8, 2021                                            Respectfully submitted,

                                                              */s/ Margaret A. Little*
                                                              Margaret A. Little
                                                              Sheng Li
                                                              New Civil Liberties Alliance
                                                              1225 19th St. NW, Suite 450
                                                              Washington, DC 20036
                                                               Telephone: 202-869-5210
                                                              *Attorneys for Petitioner National Center for*
                                                              *Public Policy Research*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/EFC filing system and that service will be accomplished using the appellate CM/ECF system.

*/s/ Margaret A. Little*