**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Allyson N. Ho
Direct: +1 214.698.3233
Fax: +1 214.571.2971
AHo@gibsondunn.com

April 11, 2022

<u>VIA ELECTRONIC FILING</u>

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130

Re:   No. 21-60626, *Alliance for Fair Board Recruitment, et al. v. Securities and Exchange Commission*

Dear Mr. Cayce:

Please find attached a final version of The Nasdaq Stock Market LLC's brief in the above-captioned case. Nasdaq's initial brief, filed on February 25, 2022, included blank "JA__" cites, with bracketed references to the relevant portions of the record, to be replaced when the parties filed a joint appendix pursuant to Fifth Circuit Rule 30.2. The attached brief includes completed citations to the Joint Appendix filed on April 1, 2022.

Respectfully submitted,

*Allyson N. Ho*

Allyson N. Ho

GIBSON DUNN

Lyle Cayce, Clerk of Court
April 11, 2022
Page 2

### CERTIFICATE OF SERVICE

I certify that, on April 11, 2022, a true and correct copy of the foregoing letter was served via the Court's CM/ECF system on all counsel of record.

/s/ *Allyson N. Ho*
Allyson N. Ho
*Counsel of Record*