New Civil Liberties Alliance

April 14, 2022

**VIA ELECTRONIC FILING**

Honorable Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit

        Re:   *Alliance for Fair Board Recruitment et. al. v. SEC,*
                  *No. 21-60626*

Dear Mr. Cayce,

      The reply brief Petitioner National Center for Public Policy Research (NCPPR) filed on April 1, 2022, contains cross-references to Respondent SEC's brief filed on February 18, 2022 and Intervenor Nasdaq's brief filed on February 25, 2022. SEC and Nasdaq subsequently re-filed their briefs with revised citations to the Joint Appendix on April 7, 2022, and April 11, 2022, respectively. The addition of Joint Appendix citations changed the pagination of SEC and Nasdaq's re-filed briefs. NCPPR is thus re-filing its reply brief with revised cross-references to the appropriate pages of SEC and Nasdaq's re-filed briefs. NCCPR's re-filed reply brief is attached to this letter as an Addendum.

      April 14, 2021                                       Respectfully submitted,

                                                   */s/ Sheng Li*
                                                   Margaret A. Little
                                                   Sheng Li

New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
Telephone: 202-869-5210

*Attorneys for Petitioner National Center for Public Policy Research*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/EFC filing system and that service will be accomplished using the appellate CM/ECF system.

*/s/ Sheng Li*