# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

April 20, 2022

Mr. Getzel Berger
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Mr. Seth D. Berlin
Ballard Spahr, L.L.P.
1909 K Street, N.W.
12th Floor
Washington, DC 20006-1157

Mr. Jonathan Berry
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Elisabeth Catherine Butler
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Ms. Juliana DeVries
Akin Gump Strauss Hauer & Feld, L.L.P.
2001 K Street, N.W.
Washington, DC 20006

Mr. Jeffrey B. Dubner
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Drew C. Ensign
Attorney General's Office
for the State of Arizona
2005 N. Central Avenue
Phoenix, AZ 85004

Mr. Jeohn Salone Favors

Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Ms. Elaine Patricia Golin
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Ms. Tracey A. Hardin
U.S. Securities & Exchange Commission
100 F Street, N.E.
Room 9254
Washington, DC 20549

Mr. Brian Matthew Hauss
American Civil Liberties Union Foundation
Speech, Privacy & Technology Project
125 Broad Street
18th Floor
New York, NY 10004

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Bradley G. Hubbard
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Stephen J. Kastenberg
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Mr. Paul Lantieri III
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Mr. Sheng Tao Li
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Ms. Karen Lee Loewy
Lambda Legal Defense & Education Fund
1776 K Street, N.W.
8th Floor
Washington, DC 20006

Mr. Daniel Matro
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Paulette Miniter
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Ms. Sandra Park
American Civil Liberties Union Foundation
Women's Rights Project
125 Broad Street
18th Floor
New York, NY 10004

Ms. Joanne Pedone
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

Mr. John Robert Rady
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Carrie M. Reilly
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Ms. Amalia Elizabeth Reiss
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. Peter C. Renn
Lambda Legal Defense & Educational Fund, Incorporated
4221 Wilshire Boulevard
Suite 280
Los Angeles, CA 90010-3512

Mr. Kevin S. Schwartz
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Mr. Pratik A. Shah
Akin Gump Strauss Hauer & Feld, L.L.P.
2001 K Street, N.W.
Washington, DC 20006

Mr. Steven Shepard
Susman Godfrey, L.L.P.
1301 Avenue of the Americas
32nd FLoor
New York, NY 10019

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Amir Cameron Tayrani
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. Marc Wolinsky
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Mr. John Yetter
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

Mr. John Zecca

Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

No. 21-60626     Alliance for Fair Board Recruitment v. SEC
                 Agency No. 34-92590

Dear Mr. Berger, Mr. Berlin, Mr. Berry, Ms. Butler, Ms. DeVries, Mr. Dubner, Mr. Ensign, Mr. Favors, Ms. Golin, Ms. Hardin, Mr. Hauss, Ms. Ho, Mr. Hubbard, Mr. Kastenberg, Mr. Lantieri, Mr. Li, Ms. Little, Ms. Loewy, Mr. Matro, Mr. McCotter, Ms. Miniter, Ms. Park, Ms. Pedone, Mr. Rady, Ms. Reilly, Ms. Reiss, Mr. Renn, Mr. Schwartz, Mr. Shah, Mr. Shepard, Mr. Streett, Mr. Tayrani, Mr. Wolinsky, Mr. Yetter, and Mr. Zecca,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

```
Petitioners         filed 11/22/2021
Addendum            filed 11/22/2021
Petitioners         filed 12/20/2021
Amicus Curiae       filed 12/27/2021
Record Excerpts     filed 01/06/2022
Record Excerpts     filed 01/06/2022
Respondents         filed 02/18/2022
All Amicus Curiae   filed 02/24/2022 & 02/25/2022
Intervenor          filed 02/25/2022
Addendum            filed 02/25/2022
Reply               filed 04/01/2022
Appendix            filed 04/01/2022
Reply               filed 04/01/2022
Addendum            filed 04/01/2022
```

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680