# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 25, 2022

Mr. Steven Shepard
Susman Godfrey, L.L.P.
1301 Avenue of the Americas
32nd FLoor
New York, NY 10019

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                         USDC No. 34-92590

Dear Mr. Shepard,

The paper copies of your brief require the following corrections within the next 3 days.

You need to correct or add:

Your brief cannot be printed on both sides of the paper. Must be printed on single side only.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Peter A. Conners, Deputy Clerk
                                  504-310-7685

cc:
    Mr. Getzel Berger
    Mr. Seth D. Berlin
    Mr. Jonathan Berry
    Ms. Elisabeth Catherine Butler
    Ms. Juliana DeVries
    Mr. Jeffrey B. Dubner
    Mr. Drew C. Ensign
    Mr. Jeohn Salone Favors
    Ms. Elaine Patricia Golin
    Ms. Tracey A. Hardin

```
Mr. Brian Matthew Hauss
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Stephen J. Kastenberg
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Ms. Sandra Park
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca
```