UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



ALLIANCE FOR FAIR BOARD RECRUITMENT,
Petitioner,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

No. 21-60626

MOTION TO FILE BRIEF AMICUS CURIAE OUT OF TIME

## MOTION TO FILE BRIEF AMICUS CURIAE OUT OF TIME

PLEASE TAKE NOTICE that upon the annexed Affidavit of William Michael Cunningham, and the proposed brief amicus curiae annexed thereto, William Michael Cunningham shall move this Court for leave to file the proposed amicus brief out of time in support of the Respondent as set forth in Fifth Circuit Rule 27-5 and 29-4.

Movant endeavored to obtain the consent of all parties before moving the Court for permission to file the proposed brief but has not been granted permission as of the date of this filing. Movant begs the Court's understanding. Good cause exists: the lingering, continuing impact of the COVID crisis has delayed and interrupted our participation in proceedings and procedures. Further, upon review it appears the research and economic factors cited in the Amicus Brief, which the movant respectfully hopes will help the Court in its deliberation, have been excluded from the discussion.

William Michael Cunningham, as pro se, further moves the Court waive all defects in this filing.

Dated: Washington, DC

August 31, 2022

/S/

William Michael Cunningham, pro se

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE OUT OF TIME |

I, William Michael Cunningham, hereby declare:

I am a citizen of the United States of America.

I submit this Declaration to provide the Court with a motion to file out of time, a motion to file an amicus brief and copy of the brief I propose to file in support of the Respondent.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2022.

/S/

William Michael Cunningham, pro se

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE OUT OF TIME |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit via email to pro_se@ca5.uscourts.gov.

I distributed the motion and brief to all parties via electronic mail on August 30, 2022 and request that it be distributed via the appellate CM/ECF system. I certify that all participants in the case are represented on CM/ECF and that service will be accomplished by the CM/ECF system.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE OUT OF TIME |

MOTION IN SUPPORT OF THE MEMORANDUM OF AMICUS CURIAE BY
WILLIAM MICHAEL CUNNINGHAM

William Michael Cunningham

Economist and Social Investing Advisor

PO Box 75574

Washington, DC 20013

(202) 455-0430

Pro Se

5

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## Introduction

According to The Free Dictionary[1], an amicus curiae is:

"A person with strong interest in or views on the subject matter of an action, but not a party to the action, may petition the court for permission to file a brief, ostensibly on behalf of a party but actually to suggest a rationale consistent with its own views. Such amicus curiae briefs are commonly filed in appeals concerning matters of a broad public interest; e.g., civil rights cases. They may be filed by private persons or the government.

Whether participating by leave or by invitation, in an appearance or with a brief amicus curiae, a friend of the court is a resource person who has limited capacity to act."

William Michael Cunningham respectfully submits this memorandum in support of his motion for leave to file a brief amicus curiae in the above captioned matter. We provide proven or admitted facts upon which, we hope, the Court may exercise a degree of independent judgment.

## Interest of the Proposed Amicus

## Background

William Michael Cunningham ("WMC") registered with the U.S. Securities and Exchange Commission as an Investment Advisor on February 2, 1990. He registered with the D.C. Public Service Commission as an Investment Advisor on January 28, 1994. Mr. Cunningham manages an impact research firm, Creative Investment Research. The firm creates impact investments and provides investing research services. Mr. Cunningham holds an MA in Economics and an MBA in Finance, both from the University of Chicago in Chicago, Illinois.

Mr. Cunningham's understanding of capital markets is based on firsthand knowledge obtained in a number of positions at a diverse set of major financial institutions. He served as Senior Investment Analyst for an insurance company. Mr. Cunningham was an Institutional Sales Representative in the Fixed Income and Futures and Options Group for a leading Wall Street firm. Mr. Cunningham

---

[1] Online at: http://legal-dictionary.thefreedictionary.com/Friend-of-the-court+brief

also served as Director of Investor Relations for a New York Stock Exchange-traded firm. On November 16, 1995, he launched one of the first investment websites.

Mr. Cunningham has long been concerned with the integrity of securities markets:

- On July 3, 1993, Mr. Cunningham wrote to Mary Schapiro, the former Chair of the SEC, to notify the Commission about a certain, specific investing "scam." A timely warning was not issued to the investing public. That letter to the SEC described correspondence to Mr. Cunningham dated July 2, 1993 from an "officer" of the Nigerian Ministry of Finance. The SEC acknowledged receiving this warning, in a letter to Mr. Cunningham dated October 29, 1993. Several American citizens were, in the interim, "taken" by these scam artists. At least one U.S. citizen was killed when they went to the country in an attempt to retrieve their funds. In response to these and other complaints, the SEC launched retaliatory regulatory actions *against Mr. Cunningham, culminating in the removal of his investment advisor registration*. See: https://www.creativeinvest.com/SECNigerianLetter.pdf

- Mr. Cunningham designed the first mortgage security backed by home mortgage loans to low and moderate income persons and originated by minority-owned institutions. (See: *Security Backed Exclusively by Minority Loans*, The American Banker. Friday, December 2, 1994. Online at https://www.creativeinvest.com/mbsarticle.html

- On November 16, 1995, Mr. Cunningham launched the first website devoted to minority economic education and empowerment. https://www.creativeinvest.com/images/be1996.jpg

- On April 30, 1997, in Case 97-1256 at the US Court of Appeals for the DC Circuit, Mr. Cunningham opposed the merger of Citigroup and Travelers and the elimination of the Glass–Steagall Act.[2]

---

[2] On July 25, 2012, "Former Citigroup Chairman & CEO Sanford I. Weill called for the return of the Glass–Steagall Act, which imposed banking reforms that split banks from other financial institutions such as insurance companies." Mr. Weill was the primary mover in the Citigroup and Travelers merger that led to the elimination of Glass Steagall.

- On June 15, 2000, Mr. Cunningham testified before the House Financial Services Committee on H.R. 3703, the Housing Finance Regulatory Improvement Act. He warned about risks in the supervision and regulation of Fannie Mae and Freddie Mac, and suggested a way to reduce these risks via a "Social Audit." See: https://creativeinvest.com/fnma/

- In 2001, he helped design a refinancing plan for victims of predatory lending that led to the creation of targeted community development investments. (See: https://www.creativeinvest.com/antipredatory.html )

- On December 22, 2003, statistical models created by Mr. Cunningham using the Fully Adjusted Return ® Methodology signaled the probability of system-wide economic and market failure. (See page 6: http://www.sec.gov/rules/proposed/s71903/wmccir122203.pdf)

- On Monday, April 11, 2005, Mr. Cunningham testified before Judge William H. Pauley III in the U.S. District Court for the Southern District of New York on behalf of the public and investors at a fairness hearing regarding the $1.4 billion-dollar Global Research Analyst Settlement.

- In 2005, Mr. Cunningham served as an expert witness for homeowners in a case against PMI Group, Credit Suisse First Boston, Moody's, Standard and Poor's, Fairbanks Capital Corporation, Select Portfolio Servicing, US Bank National Association, as Trustee of CSFB ABS Series 2002-HEI, et. al., in the New Jersey Superior Court Law Division - Monmouth County. His testimony sought to establish that the corporate parties listed above were in fact responsible for facilitating unfair and predatory lending practices.

- On December 22, 2005, Mr. Cunningham met with Ms. Elaine M. Hartmann of the Division of Market Regulation at the U.S. Securities and Exchange Commission. At that meeting, he issued a strongly worded warning that system-wide economic and market failure was a growing possibility.

- On February 6, 2006, statistical models created by WMC using the Fully Adjusted Return ® Methodology confirmed that system-wide economic and market failure was a growing possibility. (See page 2: http://www.sec.gov/rules/proposed/s71005/wcunningham5867.pdf)

- Our chart from the April, 2006 issue of *DiversityInc Magazine* showed the performance of the DiversityInc Top 50 versus major stock market indicators.[3] See: https://www.creativeinvest.com/DiversityInvesting2006CIR.jpg

- On April 7, 2006, Mr. Cunningham submitted a proposal to US Department of Housing and Urban Development (HUD) to create a collaborative, market-based approach to increase participation in HUD's Energy Efficient Mortgage (EEM) Program as an alternative to the predatory lending practices that Mr. Cunningham projected would damage the marketplace. The proposal, submitted to the Senior Energy Management Officer in the Office of Environment and Energy, identified a utility company willing to manage "the process of having energy ratings and evaluations done on properties," at no cost to the borrower. He identified a pension fund to purchase the resulting GNMA EEM pool. Rather than support greed induced, faulty lending practices that negatively impacted the mortgage market and the country, he proposed to develop green, socially responsible methods to enhance homeownership opportunities specifically benefiting minorities and women. This proposal was rejected by an incompetent, racially biased Agency in favor of the lending practices that ultimately damaged global and US markets.

- On June 18, 2009, he testified before the House Ways and Means Select Revenue Measures Subcommittee at a joint hearing with the Subcommittee on Domestic Monetary Policy and Technology of the Financial Services Committee: Testimony on the New Markets Tax Credit Program. He suggested ways to improve the program.

---

[3] "The DiversityInc Top 50 ranking is based on empirical data obtained through organizations filling out the survey. Participation is free and companies that do business with DiversityInc receive no preferential treatment. The survey is the most extensive, data-driven analysis gauging detailed demographics based on race/ethnicity and gender at some of the largest U.S. employers, all in an effort to benchmark organizations' programs, practices, policies, and outcomes to hire, retain, develop, and promote women, people of color, people with disabilities, LGBTQ and veteran employees. The Top 50 survey tracks human capital outcomes and connects them with best practices utilized to attract, retain, develop and promote the advancement of underrepresented groups in the workplace. In addition, the survey captures information on Supplier Diversity and Philanthropy-related spending and practices. Results are highly regarded by corporations, government agencies, academia, and the public at large, thanks to the exhaustive vetting of data tracking real diversity, inclusion, and equity in the workplace."

- The California State Teachers Retirement System (CalSTRS) seeded US$ 250 million into the Gender Diversity Index ETF (ticker: SHE). Given the nature of the racial discrimination in the industry, we cannot claim the fund as a client but we can and do note that this style of investing is based on the Diversity Investing methodology we created in 2006 (see: http://diversityfund.net/, http://www.diversityfund.net/PaxWSJ.pdf and https://www.creativeinvest.com/DiversityFundArticles.pdf ).

- WMCs December 26, 2016 forecast stated that: "Under any conceivable scenario, the current situation is very bad, and I mean toxic, for **democratic institutions** in general and for **people of color** specifically. Bottom line: our Fully Adjusted Return Forecast** indicates that, over time, **things will get much, much worse**....." From: Trumpism: https://www.linkedin.com/pulse/trumpism-william-michael-cunningham-am-mba/

- Mr. Cunningham is the author of *The JOBS Act: Crowdfunding for Small Businesses and Startups* and *Thriving as a Minority-Owned Business in Corporate America: Building a Pathway to Success for Minority Entrepreneurs 1st ed.* both published by Apress Books. See: https://www.amazon.com/dp/1484224086/ref=cm_sw_r_tw_dp_BDNJ1DZAQ2XDDWADG9DQ and https://www.amazon.com/Thriving-Minority-Owned-Business-Corporate-America/dp/1484272390

- In an interview with Pulitzer Prize-winning journalist Stephen Henderson titled "Some Companies Have Done Better Than Others Keeping Racial Justice Pledges" on NPR's Detroit Today dated May 28, 2021, WMC stated that:

    > "Last year, after the murder of George Floyd, 251 American companies vowed to combat systemic racism within their own organizations. In aggregate, these companies pledged $65 billion to bolster their diversity and equity initiatives."
    > https://wdet.org/posts/2021/05/28/91024-some-companies-have-done-better-than-others-keeping-racial-justice-pledges/

As this record clearly shows, over the past 30 years, Mr. Cunningham has sought to protect the public by working with Federal regulatory agencies, including the Department of Housing and Urban Development (HUD) , Federal Reserve Board (FRB), the Securities and Exchange Commission (SEC), the Federal Deposit Insurance Corporation (FDIC), the Financial Crisis Inquiry Commission (FCIC), the U.S. Department of Justice (DOJ), the Consumer Financial Protection Bureau (CFPB), the Federal Housing Finance Agency (FHFA), the Department of Commerce (Minority Business Development Agency) and the U.S. Department of the Treasury, as an employee or as a contractor. Despite his education and experience, all offers to provide consulting services and all employment applications have been denied (due to age, racial and class discrimination.) In addition, Mr. Cunningham suffered economic retaliation at the hands of these agencies and from private sector actors, in violation of common and civil law, due to his testimony on behalf of the public interest in Federal Court. Further attempts to work with these institutions would be a futile gesture.

This leaves Mr. Cunningham no option but to appeal to this Court in order to have his knowledge, experience and analysis given proper consideration. Mr. Cunningham's interest in this matter stems from his role as an economist and citizen of the United States. He has no connection with any of the parties in this case and no one paid him to submit this brief.

## Argument

As noted by Charles R. Nesson, William F. Weld Professor of Law at Harvard Law School and Director of the Berkman Center for Internet & Society in a motion to support the filing of an amicus curiae brief in Case No.: 00 Civ. 0277 (LAK):

"'Federal courts have discretion to permit participation of amici where such participation will not prejudice any party and may be of assistance to the court.' Strougo v. Scudder, Stevens & Clark, Inc., 1997 WL 473566 (S.D.N.Y. Aug. 18, 1997) (citing Vulcan Society of New York City Fire Dep't, Inc. v. Civil Service Comm'n, 490 F.2d 387, 391 (2d Cir. 1973)). *See also:* Zell/Merrill Lynch Real Estate Opportunity Partners Limited Partnership III v. Rockefeller Center Properties, Inc., 1996 WL 120672 (S.D.N.Y. March 19, 1996) (granting amicus leave to appear and argue, citing cases 'uniform in support of a district court's

broad discretion to permit or deny amici appearances'); United States v. Gotti, 755 F.Supp. 1157, 1158 (E.D.N.Y 1991) (amici can 'provide supplementary assistance to existing counsel and insur[e]a complete and plenary presentation of difficult issues so that the court may reach a proper decision')."

## Conclusion

Neither the questionably titled Petitioner nor the Respondent, captured by the industry they ostensibly regulate, can fully speak to the public interest. This highlights the need for independent and objective viewpoints in the public interest on this matter, which the movant, based on his education and experience, attempts to provide.

For the reasons above, I respectfully submit that the Court should grant leave to file the proposed brief amicus curiae.

Dated: August 31, 2022

Respectfully submitted,

/S/

/William Michael Cunningham/

Economist

PO Box 75574

Washington, DC 20013

(202) 455-0430

Pro Se