UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE |

MOTION TO FILE BRIEF AMICUS CURIAE

PLEASE TAKE NOTICE that upon the annexed Affidavit of William Michael Cunningham, and the proposed brief amicus curiae annexed thereto, William Michael Cunningham shall move this Court for leave to file the proposed amicus brief in support of the Respondent as set forth in Fifth Circuit Rule 27-5 and 29-4.

Movant endeavored to obtain the consent of all parties before moving the Court for permission to file the proposed brief and believes the post-disposition deliberations involve novel or particularly complex issues. Movant also requests the ability to file using CM/ECF, since information is distributed instantaneously.

Dated: Washington, DC

August 31, 2022

/S/

William Michael Cunningham, pro se

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE |

I, William Michael Cunningham, hereby declare:

I am a citizen of the United States of America.

I submit this Declaration to provide the Court with a copy of the brief I propose to file as amicus curiae in support of the Respondent, attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2022.

/S/

William Michael Cunningham, pro se

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>Respondent. | No. 21-60626<br><br>MOTION TO FILE BRIEF AMICUS CURIAE |

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit via email to pro_se@ca5.uscourts.gov.

I distributed the motion brief to all parties via electronic mail on August 30, 2022 and request that it be distributed via the appellate CM/ECF system. I certify that all participants in the case are represented on CM/ECF and that service will be accomplished by the CM/ECF system.