UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

APPENDIX A

# 21-60626

# United States Court of Appeals
# for the Fifth Circuit

---

ALLIANCE FOR FAIR BOARD RECRUITMENT,
Petitioner,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

---

On Petition for Review of an Order of the
Securities and Exchange Commission

---

**BRIEF FOR WILLIAM MICHAEL CUNNINGHAM AS AMICUS CURIAE
IN SUPPORT OF THE RESPONDENT**

William Michael Cunningham
*Amicus Curiae* (Pro-Se)

(202) 455-0430
williamcunningham840@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

William Michael Cunningham is filing as an individual, has no parent company, nor has he issued any stock. He has no connection with any of the parties in this case and no one paid him to submit this brief.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

# Contents

**TABLE OF AUTHORITIES**............................................................................ 4

ARGUMENT .................................................................................................. 7

POINT I – Racially Biased, Incompetent Federal Regulators Damage the Public. 10

POINT II - The Public Interest............................................................... 11

POINT III – Respondent Should Conduct a Census of All Relevant Diversity Data Across ALL Firms ............................................................................... 12

Summary ...................................................................................... 12

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**TABLE OF AUTHORITIES**
CASES:

Supreme Court of the United States. No. 97–5066. William Michael Cunningham, Petitioner v. Board of Governors of the Federal Reserve System. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 97-1256 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. Decided April 30, 1997.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 98-1459 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. October, 1998.

Document 45, filed 09/24/2013. Opinion and Order, US v. Wells Fargo. 12 Civ, 7527 (JMF)

STATUTES:

Article VI, Paragraph 2 of the U.S. Constitution

42 U.S.C. §§ 3604, 3605

Other:

"50 years after the Kerner Commission..." Economic Policy Institute.  Janelle Jones, John Schmitt, and Valerie Wilson. February 26, 2018. https://www.epi.org/publication/50-years-after-the-kerner-commission/

Goldman Sachs pays $3bn over 1MDB corruption scandal. BBC News. 22 October 2020. https://www.bbc.com/news/business-54597256

Financial Crisis Response in Charts. US Dept. of Treasury. April 13 2012. Online at: https://drive.google.com/file/d/1NGkgOZygnpQ19QLxYyj05LXgjgG6cPJK/view?usp=sharing

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

George Stigler, "The Theory of Economic Regulation," Bell Journal of Economics, 2, 1971:3-21.

Gary S. Becker (1957, 1971, 2nd ed.). The Economics of Discrimination. Chicago, University of Chicago Press.

Transcript from the Global Research Analyst Settlement Fairness Hearing. April 11, 2005. Before Judge William H. Pauley. In the U.S. District Court for the District of New York. http://www.creativeinvest.com/sri/fairness.html

This Week in Socially Responsible Investing, August 16, 2011. (Published August 15, 2011) http://eepurl.com/fd3BE

Transaction Cost Theory of the Crisis http://www.prlog.org/10746429-firm-releases-transaction-cost-theory-of-the-financial-crisis.html

Racial Bias in Securitization and Community Lending http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html

The relationship between investment banks and the economy http://twisri.blogspot.com/2009/03/why-market-failed.html

Mortgage GSE's, Predatory Lending and Minority Banks (2007 Prediction: Bear Stearns Will Fail.) http://twisri.blogspot.com/2007/08/morgage-gses-predatory-lending-and.html

Adam Smith on the Current Financial Crisis. http://twisri.blogspot.com/2009/04/adam-smith-on-current-financial-crisis.html

Property Flipping Remediation Yields Investment-grade Security https://www.creativeinvest.com/antipredatory.html

Comments dated 12/22/2003 - Warning the SEC of the 2008 Crisis http://www.sec.gov/rules/proposed/s71903/wmccir122203.pdf

Letter to US Senator Richard Shelby. See: http://www.ethicalmarkets.com//wp-content/uploads/2008/12/financialbailoutcomment1.pdf

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Cunningham, William M. "The New Center of Power: China Overtakes the U.S. as the Globe's Biggest Energy Consumer." (2010): n. pages. Creative Investment Research, Inc., 1 Aug. 2010. Web.

Cunningham, William M. *US Economic and Market Forecast: 2014 to 2020. Fully Adjusted Return® Analysis.* Washington, DC: Creative Investment Research, 2013. Print.

Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative Investment Research, Inc., November, 2009.

Former Wells Fargo Subprime Loan Officer: Bank Targeted Black Churches as Part of Predatory Subprime Lending Scheme. Online at DemocracyNow.org: https://www.democracynow.org/2009/8/28/former_wells_fargo_subprime_loan_officer

Time to clean house at Wells Fargo. The American Banker Newspaper.  November 20, 2018.https://www.americanbanker.com/opinion/time-to-clean-house-at-wells-fargo

To Stop Next Crisis, Make S&P Own Up to Fraud in Settlement. The American Banker Newspaper. February 09, 2015. https://www.americanbanker.com/opinion/to-stop-next-crisis-make-s-amp-p-own-up-to-fraud-in-settlement

"Why Trump Will Win" June 11, 2016. https://www.linkedin.com/pulse/why-trump-win-william-michael-cunningham-am-mba

The Johns Hopkins Coronavirus Resource Center (CRC). Online at: https://coronavirus.jhu.edu/

Comment by William Michael Cunningham on Notice of Filing of Proposed Rule Change to Adopt Listing Rules Related to Board Diversity [Release No. 34-90574; File No. SR-NASDAQ-2020-081] https://www.sec.gov/comments/sr-nasdaq-2020-081/srnasdaq2020081-8394808-229419.pdf

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ARGUMENT

Repeatedly over the past thirty years, signal market participants, operating in the most materially advantaged country ever to exist, abandoned ethical principles in the pursuit of material well-being.[4] By 2016, marketplace ethics reached a new low. The simple facts supporting this statement are listed as Appendix B.

Appendix B is no trivial list. It exposes a multi-decade, multi-firm set of unethical business practices spanning every major firm in the domestic financial services industry, and this list is abbreviated: for each successfully prosecuted incident, nine others either go undetected or do not make it to the prosecution and settlement phase. Thus, within the financial services industry, unethical behavior has become standard, meaning just and equitable principles of trade are a myth, from both a monetary and social standpoint.

---

[4] We refer to the following, abbreviated list of market related ethical lapses:

- The National Association of Security Dealers was found by the U.S. Securities and Exchange Commission to be "failing to police wrongdoing the NASDAQ Stock market, the second largest stock market in the world." The Washington Post (August 8, 1996. Page A1.)
- The failure of Long-Term Capital, an investment partnership started in 1994, was "laid on the kind of capitalism .. where a closed, secretive and incestuous elite held absolute sway over politics, the economy and finance, where banks lent to cronies and crooks, and the state miraculously came to the rescue when the time came to balance (or cook) the books." From "LTCM, a Hedge Fund Above Suspicion," by Ibrahim Warde, *Le Monde Diplomatique*, November 1998.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Envy[5], hatred[6], and greed[7] have flourished in capital market institutions, propelling ethical standards of behavior downward. Without meaningful reform there remains a risk that our economic system will simply cease functioning.[8] With the introduction and potential of new digital currency-based technologies[9] to replace the US dollar (in large part due to the behavior of the Respondent and others in the industry), it is no exaggeration to say that the future of American democratic capitalism is at stake.

Fully identifiable entities engaged in illegal activities. They have, for the most part, evaded prosecution of any consequence. We note that Goldman Sachs, cited

---

[5] The relationship between investment banks and the economy
http://twisri.blogspot.com/2009/03/why-market-failed.html
[6] Racial Bias in Securitization and Community Lending
http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html
[7] Mortgage GSE's, Predatory Lending and Minority Banks (2007 Prediction: Bear Stearns Will Fail.) http://twisri.blogspot.com/2007/08/morgage-gses-predatory-lending-and.html and
Adam Smith on the Current Financial Crisis.
http://twisri.blogspot.com/2009/04/adam-smith-on-current-financial-crisis.html
[8]My Proportional hazard models, reflecting the probability of system wide market failure, first spiked in September, 1998. The models spiked again in January and August, 2001. They have continued, in general, to increase. On December 22, 2005, we met with Ms. Elaine M. Hartmann and others from the Division of Market Regulation, U.S. Securities and Exchange Commission and specifically noted our model findings.
6 "It is critical to understand that bitcoin was created in direct response to the failure of global regulators to protect the public in the years leading up to the financial crisis of 2007/2008. Thus, the social and monetary functionality of cryptocurrency is superior to that of paper money. Eventually, cryptocurrency is going to dominate." https://www.prlog.org/12785779-blockchain-cryptocurrency-and-the-future-of-monetary-policy.html

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

below, was fined $3 billion[10] by various regulators for multiple efforts to defraud the public. The firm continues to receive Federal Government tax credits.[11]

We have described several cases where corporate management unfairly transferred value from outsider to insider shareholders.[12] These abuses have been linked to the abandonment of ethical principles noted earlier. Faulty market practices, including diversity practices, mask true value and misallocates capital by moving investment dollars from deserving companies to unworthy companies. Market institutions cannot survive continuously elevated levels of fraud.

*Our brief focuses on one question: where the public interest lies with respect to the NASDAQ Board Diversity Rule.*

---

[10] Goldman Sachs to pay $3bn over 1MDB corruption scandal. BBC News. https://www.bbc.com/news/business-54597256

[11] The tax credits were awarded under the U.S. Department of the Treasury New Markets Tax Credit (NMTC) Program. (See: http://www.cdfifund.gov/programs/nmtc/ ).

[12] Including, but not limited to, Adelphia Communications, the aforementioned Alliance Capital Management, American Express Financial, American Funds, AXA Advisors, Bank of America's Nations Funds, Bank One, Canadian Imperial Bank of Commerce, Canary Capital, Charles Schwab, Cresap, Inc., Empire Financial Holdings, Enron, Federated Investors, FleetBoston, Franklin Templeton, Fred Alger Management, Freemont Investment Advisors, Gateway, Inc., Global Crossing, H.D. Vest Investment Securities, Heartland Advisors, Homestore, Inc., ImClone, Interactive Data Corp., Invesco Funds Group Inc., Janus Capital Group Inc., Legg Mason, Limsco Private Ledger, Massachusetts Financial Services Co., Millennium Partners, Mutuals.com, PBHG Funds, Pilgrim Baxter, PIMCO, Prudential Securities, Putnam Investment Management LLC, Raymond James Financial, Samaritan Asset Management, Security Trust Company, N.A., State Street Research, Strong Mutual Funds, Tyco, UBS AG, Veras Investment Partners, Wachovia Corp., and WorldCom. Accounting firms, including Arthur Andersen and Ernst & Young aided and abetted efforts to do so. We believe there are hundreds of other cases.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

POINT I – Racially Biased, Incompetent Federal Regulators Damage the Public.

The economic crisis[13] of 2006 to 2016 resulted in the loss of millions of jobs, cost thousands of lives and imposed trillions[14] of dollars in actual losses. It led[15] to the election, in 2016, of a true demagogue as president and the imposition of additional[16] social costs. The 2008 and 2020 downturns were entirely predictable[17] and preventable. Industry participants exercised a racially biased, incompetent[18] product development and distribution strategy that insured the public would be damaged. They did so, in part, because they were allowed to do so by federal regulators captured by the financial services industry[19] and incapable of

---

[13] Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative Investment Research, November, 2009.

[14] Financial Crisis Response in Charts. US Dept. of Treasury. April 13 2012. Online at https://drive.google.com/file/d/1NGkgOZygnpQ19QLxYyj05LXgjgG6cPJK/view?usp=sharing

12 "Why Trump Will Win" June 11, 2016. https://www.linkedin.com/pulse/why-trump-win-william-michael-cunningham-am-mba

13 U.S. COVID deaths as of Aug 30, 2022: 1,044,747. https://coronavirus.jhu.edu/us-map

[17] *See:* Supreme Court of the United States. No. 97–5066. William Michael Cunningham, Petitioner v. Board of Governors of the Federal Reserve System. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 97-1256 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. Decided April 30, 1997.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 98-1459 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. October, 1998. Also, see: This Week in Socially Responsible Investing, October 3, 2011. (Published October 2, 2011) http://eepurl.com/gage9

[18] Document 45, filed 09/24/2013. Opinion and Order, US v. Wells Fargo. 12 Civ, 7527 (JMF)

[19] George Stigler, "The Theory of Economic Regulation," Bell Journal of Economics, 2, 1971:3-21.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

competently protecting the public interest. Further, under current practices, federal
financial institution regulators settle with corporate violators, and do not seek jail
time in financial fraud cases involving large, non-minority corporations. This
protects the monetary interest of a narrow set of non-minority persons, short
circuits the justice process, fails to protect the interest of both the amicus and the
general public, does little to protect victims of this and other financial crimes, and
damages the Country's long term economic prospects. It also limits any
opportunity for interested parties to appear as Amicus Curiae, since these
settlements are rarely reviewed by an Appeals Court. Finally, this strategy leads to
recidivism.

More Board diversity may reduce the probability of recidivism, thus protecting the
public interest.

POINT II - The Public Interest

The overriding public interest is in fair, efficient, fully functioning markets. Fully
functioning markets minimize informational asymmetries, including diversity
related asymmetries. Information concerning the actual performance of
corporations in diversity related product development and distribution practices,
employment and other matters concerning corporate efforts to efficiently capture
profit opportunities is especially important in markets increasingly populated by
minority group members. Indeed, free, clear, and fully functioning markets operate
as value discovery mechanisms via "the process of determining the price of an
asset in the marketplace through the interactions of informed, rational buyers and
sellers."

White supremacy and racism impose massive costs on the market and on the
economy. Paradoxically, in the two group Black/White case, most of the damage
from racism is imposed on white people, not Black people. The Petitioner supports
a business model that depends upon the continuation of an informational
asymmetry with respect to racial and gender performance. They back hiding actual
NASDAQ member diversity performance. In other words, they favor a
continuation of a less-diverse, bigoted and biased status quo. This, in turn, leads to
lower overall economic activity and simultaneously, the continuation of unethical
business practices, which tend to be higher in non-diverse business environments.

Customers, potential employees and others use information on regulatory
compliance to determine, in part, with whom to conduct business. Without

11

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

accurate information on diversity performance, market participants are likely to continue to be at the mercy of discriminatory, unethical corporations and their managers. Informational asymmetries at the center of this case reassert themselves. Market failure, at some point, results.

POINT III – Respondent should conduct a census of all relevant diversity data across ALL firms

Recent advancements in information technology allow the calculation of the exact dollar value of diversity and inclusion practices.

We note the lack of a public database showing the diversity impact chain (company, community, market value impact, community value impact, individual impact) for each and every ethnic and gender group at issue. We first suggested this in 2008[20].

Summary

The Respondent's incompetence helped cost the nation $19.2 trillion in 2008-10, increased the speed with which China will overtake the U.S.[21] economically, and set the stage for the eventual replacement of the U.S. dollar as global reserve currency.[22] These events tend not to be in the public interest.

Petitioner's preference for discrimination contributed to this outcome. People and institutions discriminate because they have a preference (taste) for it.[23] They understand there is a cost, and are willing to pay it.

---

[20] Letter to US Senator Richard Shelby commenting on the financial rescue plan under consideration. In the appendix to that letter, we provided a four-step plan for dealing with the crisis. See: http://www.ethicalmarkets.com//wp-content/uploads/2008/12/financialbailoutcomment1.pdf

[21] Cunningham, William M. "The New Center of Power: China Overtakes the U.S. as the Globe's Biggest Energy Consumer." (2010): 88pp. Creative Investment Research, Inc. Creative Investment Research, Inc., 1 Aug. 2010.

[22] Cunningham, William M. *U.S. Economic and Market Forecast: 2014 to 2020. Fully Adjusted Return® Analysis.* Washington, DC: Creative Investment Research, 2013. Print.

[23] Gary S. Becker (1957, 1971, 2nd ed.). The Economics of Discrimination. Chicago, University of Chicago Press.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Until the generalized level of discriminatory and unethical behavior in the financial marketplace is lowered and trust is increased, aggregate economic activity will remain at lower-than-optimal levels.

Dated: August 31, 2022

Respectfully submitted,                                    /S/

William Michael Cunningham, Pro Se

Economist

PO Box 75574

Washington, DC 20013

(202) 455-0430

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), the typeface requirement of Fed. R. App. P. 32(a)(5), and the typestyle requirements of Fed. R. App. P. 32(a)(6). This brief contains 22,680 words, including Appendix B, other parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), and is prepared in a proportionally spaced typeface (14- point Times New Roman).

/s/ William Michael Cunningham

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court
for the United States Court of Appeals for the Fifth Circuit via email to
pro_se@ca5.uscourts.gov.

I distributed the brief to all parties via electronic mail on August 30, 2022 and
request that it be distributed via the appellate CM/ECF system. I certify that all
participants in the case are represented on CM/ECF and that service will be
accomplished by the CM/ECF system.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appendix B – Financial Institution Marketplace Behavior

- On April 28, 2003, every major US investment bank, including Merrill Lynch, Goldman Sachs, Morgan Stanley, Citigroup, Credit Suisse First Boston, Lehman Brothers Holdings, J.P. Morgan Chase, UBS Warburg, and U.S. Bancorp Piper Jaffray, were found to have aided and abetted efforts to defraud investors. The firms were fined a total of $1.4 billion dollars by the SEC, triggering the creation of a Global Research Analyst Settlement Fund.

- In May, 2003, the SEC disclosed that several "brokerage firms paid rivals that agreed to publish positive reports on companies whose shares..they issued to the public. This practice made it appear that a throng of believers were recommending these companies' shares." This was false. "From 1999 through 2001, for example, one firm paid about $2.7 million to approximately 25 other investment banks for these so-called research guarantees, regulators said. Nevertheless, the same firm boasted in its annual report to shareholders that it had come through investigations of analyst conflicts of interest with its 'reputation for integrity' maintained."

- On September 3, 2003, the New York State Attorney General announced he has "obtained evidence of widespread illegal trading schemes, 'late trading' and 'market timing,' that potentially cost mutual fund shareholders billions of dollars annually. This, according to the Attorney General, "is like allowing betting on a horse race after the horses have crossed the finish line."

- On September 4, 2003, a major investment bank, Goldman Sachs[24], admitted that it had violated anti-fraud laws. Specifically, the firm misused material, nonpublic information that the US Treasury would suspend issuance of the 30-year bond. The firm agreed to "pay over $9.3 million in penalties." On April 28, 2003, the same firm was found to have "issued research reports that were not based on principles of fair dealing and good faith .. contained exaggerated or unwarranted claims.. and/or contained opinions for which there were no reasonable bases." The firm was fined $110 million dollars, for a total of $119.3 million dollars in fines in six months.

- On December 18, 2003, the Securities and Exchange Commission "announced an enforcement action against Alliance Capital Management

---

[24] "On December 4, 1928, Goldman Sachs launched the Goldman Sachs Trading Corp. a closed-end fund." The funds failure was one factor leading to the Stock Market Crash of 1929. "In 1970,..the Penn Central Transportation Company went bankrupt with over $80 million in commercial paper outstanding, most of it issued by Goldman Sachs. It was this bankruptcy that resulted in credit ratings being created for every issuer of commercial paper today by several credit rating services."

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

L.P. (Alliance Capital) for defrauding mutual fund investors. The Commission ordered Alliance Capital to pay $250 million. The Commission also ordered Alliance Capital to undertake certain compliance and fund governance reforms designed to prevent a recurrence of the kind of conduct described in the Commission's Order. Finally, the Commission found that "Alliance Capital breached its fiduciary duty to (it's) funds and misled those who invested in them."

- On November 30, 2004, the Securities and Exchange Commission announced "the filing..of charges against American International Group, Inc. (AIG) arising out of AIG's offer and sale of an earnings management product." The company "agreed to pay a total of $126 million, consisting of a penalty of $80 million, and disgorgement and prejudgment interest of $46 million."

- On January 25, 2005, "the Securities and Exchange Commission announced the filing in federal district court of separate settled civil injunctive actions against Morgan Stanley & Co. Incorporated (Morgan Stanley) and Goldman, Sachs & Co. (Goldman Sachs) relating to the firms' allocations of stock to institutional customers in initial public offerings (IPOs) underwritten by the firms during 1999 and 2000."

- According to the Associated Press, on January 31, 2005, "the nation's largest insurance brokerage company, Marsh & McLennan Companies Inc., based in New York, will pay $850 million to policyholders hurt by" corporate practices that included "bid rigging, price fixing and the use of hidden incentive fees." The company will issue a public apology calling its conduct "unlawful" and "shameful," according to New York State Attorney General Elliott Spitzer. In addition, "the company will publicly promise to adopt reforms."

- On April 12, 2005, the Securities and Exchange Commission "instituted and simultaneously settled an enforcement action against the New York Stock Exchange, Inc., finding that the NYSE, over the course of nearly four years, failed to police specialists, who engaged in widespread and unlawful proprietary trading on the floor of the NYSE." As part of the settlement, the "NYSE agreed to an undertaking of $20 million to fund regulatory audits of the NYSE's regulatory program every two years through the year 2011." On that same date, the Commission "instituted administrative and cease-and-desist proceedings against 20 former New York Stock Exchange specialists for fraudulent and other improper trading practices."

- On May 31, 2005, the Securities and Exchange Commission "announced settled fraud charges against two subsidiaries of Citigroup, Inc. relating to

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

the creation and operation of an affiliated transfer agent that has served the Smith Barney family of mutual funds since 1999. Under the settlement, the respondents are ordered to pay $208 million in disgorgement and penalties and to comply with substantial remedial measures, including an undertaking to put out for competitive bidding certain contracts for transfer agency services for the mutual funds."

- On February 9, 2006, the Commission announced "the filing and settlement of charges that American International Group, Inc. (AIG) committed securities fraud. The settlement is part of a global resolution of federal and state actions under which AIG will pay in excess of $1.6 billion to resolve claims related to improper accounting, bid rigging and practices involving workers' compensation funds."

- On March 16, 2006, the Securities and Exchange Commission "announced a settled enforcement action against Bear, Stearns & Co., Inc. (BS&Co.) and Bear, Stearns Securities Corp. (BSSC) (collectively, Bear Stearns), charging Bear Stearns with securities fraud for facilitating unlawful late trading and deceptive market timing of mutual funds by its customers and customers of its introducing brokers. The Commission issued an Order finding that from 1999 through September 2003, Bear Stearns provided technology, advice and deceptive devices that enabled its market timing customers and introducing brokers to late trade and to evade detection by mutual funds. Pursuant to the Order, Bear Stearns will pay $250 million, consisting of $160 million in disgorgement and a $90 million penalty."

- On April 11, 2006, the Securities and Exchange Commission announced "charges against individuals involved in widespread and brazen international schemes of serial insider trading that yielded at least $6.7 million of illicit gains. The schemes were orchestrated by..a research analyst in the Fixed Income division of Goldman Sachs, and a former employee of Goldman Sachs."

- "On May 23, 2006, the (Securities and Exchange) Commission filed a settled enforcement proceeding charging the Federal National Mortgage Association ('Fannie Mae'), a shareholder-owned government-sponsored enterprise, with fraudulent accounting in violation of the anti-fraud, books and records, internal controls and reporting provisions of the Securities Exchange Act of 1934 (the 'Exchange Act') and the anti-fraud provisions of the Securities Act of 1933 (the 'Securities Act')."

- On May 31, 2006, Bear, Stearns & CO. Inc.; Citigroup Global Markets, Inc.; Goldman, Sachs & Co.; J.P. Morgan Securities, Inc.; Lehman Brothers Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Incorporated and Morgan Stanley DW Inc.; RBC Dain Rauscher Inc.; Banc of America Securities LLC; A.G. Edwards & Sons, Inc.; Morgan Keegan & Company, Inc.; Piper Jaffray & Co.; Suntrust Capital Markets inc.; and Wachovia Capital Markets, LLC,  settled "SEC Charges Involving Violative Practices in the Auction Rate Securities Market."

- "On September 27, 2007, the Securities and Exchange Commission filed a settled enforcement action charging the Federal Home Loan Mortgage Corporation ('Freddie Mac'), a shareholder-owned government-sponsored enterprise, with securities fraud in connection with improper earnings management that occurred from at least the second quarter of 1998 through and including the third quarter of 2002."

- "The Libor scandal was a series of fraudulent actions connected to the Libor (London Inter-bank Offered Rate) and also the resulting investigation and reaction. Libor is an average interest rate calculated through submissions of interest rates by major banks across the world. The scandal arose when it was discovered that banks were falsely inflating or deflating their rates so as to profit from trades, or to give the impression that they were more creditworthy than they were. Libor underpins approximately $350 trillion in derivatives. This scandal dwarfs by orders of magnitude any financial scam in the history of markets." From https://en.wikipedia.org/wiki/Libor_scandal

- On December 11, 2008, the Securities and Exchange Commission "finalized settlements with Citigroup Global Markets, Inc. (Citi) and UBS Securities LLC and UBS Financial Services, Inc. (UBS) that will provide nearly $30 billion to tens of thousands of customers who invested in auction rate securities before the market for those securities froze in February, 2008."

- On December 11, 2008, the Securities and Exchange Commission "charged Bernard L. Madoff and his investment firm, Bernard L. Madoff Investment Securities LLC, with securities fraud for a multi-billion dollar Ponzi scheme that he perpetrated on advisory clients of his firm."

- On August 3, 2009, the Securities and Exchange Commission "charged Bank of America Corporation for misleading investors about billions of dollars in bonuses that were being paid to Merrill Lynch & Co. executives at the time of its acquisition of the firm. Bank of America agreed to settle the SEC's charges and pay a penalty of $33 million."

- On December 7, 2009, the Securities and Exchange Commission "charged three former top officers of New Century Financial Corporation with securities fraud for misleading investors as New Century's subprime mortgage business was collapsing in 2006. At the time of the fraud, New

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Century was one of the largest subprime lenders in the nation."

- On January 20, 2010, the Securities and Exchange Commission "charged General Re Corporation for its involvement in separate schemes by American International Group (AIG) and Prudential Financial, Inc. to manipulate and falsify their reported financial results."

- On April 16, 2010, the Securities and Exchange Commission "charged Goldman, Sachs & Co. and one of its vice presidents for defrauding investors by misstating and omitting key facts about a financial product tied to subprime mortgages as the U.S. housing market was beginning to falter."

- On May 7, 2010, Jerry Brown, then California's attorney general, announced a lawsuit targeting "two former officials from Calpers, the nation's largest public pension fund, alleging that they took kickbacks in exchange for a piece of the fund's lucrative investment portfolio." The lawsuit alleges "that former chief executive Federico Buenrostro Jr. accepted tens of thousands of dollars in gifts and promises of a future employment from Alfred Villalobos, a former Calpers board member who is now a placement agent. Brown's office secured a court order to freeze the assets of Villalobos's firm and to recover more than $40 million in commissions. Brown also said the court will take control of Villalobos's 20 bank accounts and all of his assets, including two Bentleys, art worth more than $2.7 million and 14 properties."

- On July 15, 2010, the Securities and Exchange Commission "announced that Goldman, Sachs & Co. will pay $550 million and reform its business practices to settle SEC charges that Goldman misled investors in a subprime mortgage product just as the U.S. housing market was starting to collapse."

- On July 29, 2010, the Securities and Exchange Commission "charged Citigroup Inc. with misleading investors about the company's exposure to subprime mortgage-related assets. Between July and mid-October 2007, Citigroup represented that subprime exposure in its investment banking unit was $13 billion or less, when in fact it was more than $50 billion."

- On October 15, 2010, the Securities and Exchange Commission "announced that former Countrywide Financial CEO Angelo Mozilo will pay a record $22.5 million penalty to settle SEC charges that he and two other former Countrywide executives misled investors as the subprime mortgage crisis emerged."

- On June 21, 2011, the Securities and Exchange Commission "announced that J.P. Morgan Securities LLC will pay $153.6 million to settle SEC charges that it misled investors in a complex mortgage securities transaction just as the housing market was starting to plummet."