# United States Court of Appeals for the Fifth Circuit

---

No. 21-60626

---

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

---

ORDER:

IT IS ORDERED that the motion filed by William Michael Cunningham for leave to file out of time motion to file brief as amicus curiae is DENIED.

IT IS FURTHER ORDERED that the motion filed by William Michael Cunningham for leave to file brief as amicus curiae is DENIED.

IT IS FURTHER ORDERED that the motion for leave to accept filings in present form is DENIED.

No. 21-60626

IT IS FURTHER ORDERED that the motion for leave to file electronically is DENIED.

>LYLE W. CAYCE, CLERK
>United States Court of Appeals
>   for the Fifth Circuit
>   /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT