# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, et al.,<br>    *Petitioners,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>    *Respondent.* | )<br>)<br>)  No.  21-60626<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

After November 15, 2022, Juliana C. DeVries, counsel to *Amicus Curiae* Ad Hoc Coalition of Nasdaq-Listed Companies, will no longer be associated with Akin Gump Strauss Hauer & Feld LLP, and therefore will no longer be serving as counsel to *Amicus Curiae* in this matter. Akin Gump and its other individual lawyer who has appeared in this case will remain as counsel to *Amicus Curiae*.

Respectfully submitted,

*/s/ Juliana C. DeVries*
Juliana C. DeVries
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, D.C. 20006
Phone: 202-887-4207
Jdevries@akingump.com

November 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/Juliana C. DeVries*
Juliana C. DeVries
