**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
www.gibsondunn.com

Allyson N. Ho
Direct: +1 214.698.3233
Fax: +1 214.571.2971
AHo@gibsondunn.com

March 17, 2023

VIA CM/ECF

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130

Re:    *Alliance for Fair Board Recruitment v. SEC*, No. 21-60626

Dear Mr. Cayce:

Intervenor Nasdaq writes in response to petitioner Alliance for Fair Board Recruitment's letter regarding *Oklahoma v. United States*, No. 22-5487, 2023 WL 2336726 (6th Cir. Mar. 3, 2023). If anything, that decision—which *rejected* a private nondelegation-doctrine challenge—confirms that Nasdaq's rulemaking authority doesn't pose any nondelegation issues, either.

Indeed, the Sixth Circuit noted that the self-regulatory-organization model of securities-market regulation at issue in this case has been upheld against private nondelegation challenges "[i]n case after case," Slip Op. 9, and concluded that the similar model in the *Oklahoma* case should fare no differently.

More fundamentally, *Oklahoma* doesn't cast any doubt whatsoever on the conclusion that Nasdaq isn't a state actor subject to constitutional scrutiny. *See* Slip Op. 9–15. It doesn't mention—let alone analyze—the state-action doctrine. And nothing in the Sixth Circuit's reasoning calls into question the long-settled precedent establishing that regulatory approval and oversight, even if extensive, don't convert a regulated entity's conduct into state action. *See Jackson v. Metro. Edison Co.*, 419 U.S. 345, 350 (1974); Nasdaq Br. 36–41.

GIBSON DUNN

Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
March 17, 2023
Page 2

Respectfully submitted,

*/s/ Allyson N. Ho*

Allyson N. Ho
*Counsel for Intervenor*
*The Nasdaq Stock Market LLC*