# United States Court of Appeals for the Fifth Circuit

No. 21-60626

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Securities & Exchange Commission
Agency No. 34-92590

_____

ORDER:

IT IS ORDERED that Respondent's unopposed motion to file a corrected Rule 28(j) response letter is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT