**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
www.gibsondunn.com

Allyson N. Ho
Direct: +1 214.698.3233
Fax: +1 214.571.2971
AHo@gibsondunn.com

July 24, 2023

VIA CM/ECF

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130

Re:   *Alliance for Fair Board Recruitment v. SEC*, No. 21-60626

Dear Mr. Cayce:

Nasdaq submits this response to the Alliance's July 19 28(j) letters and NCPPR's July 20 28(j) letter.

1.   In *Alpine Securities*, a divided D.C. Circuit panel issued an unreasoned, three-sentence order granting an injunction pending appeal.

To the extent Judge Walker's solo concurrence suggests there's a "serious argument" that FINRA is a state actor, it is in direct conflict with numerous circuit courts—throughout the country and throughout history—that have rejected attempts to subject private self-regulatory organizations to constitutional scrutiny. *See* Nasdaq Br. 28 & n.2 (citing *D.L. Cromwell Invs., Inc. v. NASD Regul., Inc.*, 279 F.3d 155, 162 (2d Cir. 2002) (FINRA predecessor NASD); *Desiderio v. NASD, Inc.*, 191 F.3d 198, 206–07 (2d Cir. 1999); *Duffield v. Robertson Stephens & Co.*, 144 F.3d 1182, 1200–02 (9th Cir. 1998) (same), *overruled on other grounds by EEOC v. Luce, Forward, Hamilton & Scripps*, 345 F.3d 742 (9th Cir. 2003); *Jones v. SEC*, 115 F.3d 1173, 1183 (4th Cir. 1997) (same); *First Jersey Secs., Inc. v. Bergen*, 605 F.2d 690, 698 (3d Cir. 1979) (same); *United States v. Solomon*, 509 F.2d 863, 871 (2d Cir. 1975) (Friendly, J.) (NYSE)); *see also* FINRA Amicus Br. 17–23 (providing a circuit-by-circuit analysis of cases holding that self-regulatory organizations aren't state actors).

There's good reason why those courts reached the same conclusion, and why it applies equally here: Nasdaq, like the other self-regulatory organizations, isn't a state actor because it wasn't "created by the Government," isn't "controlled by the Government," and doesn't "operate[] for the Government's benefit." *Dep't of Transp. v. Ass'n of Am. R.Rs.*, 575 U.S. 43, 53 (2015).

**GIBSON DUNN**

Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
July 24, 2023
Page 2

    2.    Because Nasdaq isn't a state actor and doesn't receive federal financial assistance, it isn't subject to either the First Amendment or the Equal Protection Clause. *See* Nasdaq Br. 28–45. So the Supreme Court's decisions in *Students for Fair Admissions* and *303 Creative* are beside the point.

    The only question in this case is whether the Commission reasonably concluded that Nasdaq's Diversity Rules are consistent with the Exchange Act. Because it did, the petitions should be denied.

Respectfully submitted,

*[signature: Allyson N. Ho]*

Allyson N. Ho
*Counsel for Intervenor*
*The Nasdaq Stock Market LLC*