# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 18, 2023
Lyle W. Cayce
Clerk

No. 21-60626

_____

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review of an Order of
the United States Securities and Exchange Commission
Agency No. 34-92590

_____

Before Stewart, Dennis, and Higginson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of Alliance for Fair Board Recruitment and National Center for Public Policy Research for review of an order of the United States Securities and Exchange Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petitions for review are DENIED.

No. 21-60626

IT IS FURTHER ORDERED that petitioners pay to respondent the costs on appeal to be taxed by the Clerk of this Court.