# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

Mr. Seth D. Berlin
Ballard Spahr, L.L.P.
1909 K Street, N.W.
12th Floor
Washington, DC 20006-1157

Ms. Tracey A. Hardin
U.S. Securities & Exchange Commission
100 F Street, N.E.
Room 9254
Washington, DC 20549

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Bradley G. Hubbard
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Stephen J. Kastenberg
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Mr. Paul Lantieri III
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Mr. Daniel Matro
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Paulette Miniter
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Ms. Joanne Pedone
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

Mr. John Robert Rady
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Amalia Elizabeth Reiss
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. Amir Cameron Tayrani
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. John Yetter
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

Mr. John Zecca
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

      No. 21-60626    Alliance for Fair Board Recruitment v. SEC
                      Agency No. 34-92590


Dear Mr. Berlin, Ms. Hardin, Ms. Ho, Mr. Hubbard, Mr. Kastenberg, Mr. Lantieri, Mr. Matro, Ms. Miniter, Ms. Pedone, Mr. Rady, Ms. Reiss, Mr. Tayrani, Mr. Yetter, and Mr. Zecca,

The court has requested a response to the petitions for rehearing filed by the Petitioners in this case.  Your response must be electronically filed on or before Friday, December 8, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
 Mr. Getzel Berger
 Mr. Jonathan Berry
 Ms. Elisabeth Catherine Butler
 Mr. Jeffrey B. Dubner
 Mr. Drew C. Ensign
 Ms. Elaine Patricia Golin
 Mr. Brian Matthew Hauss
 Mr. Sheng Tao Li
 Ms. Margaret A. Little
 Ms. Karen Lee Loewy
 Mr. R. Trent McCotter
 Ms. Carrie M. Reilly
 Mr. Peter C. Renn
 Mr. Kevin S. Schwartz
 Mr. Pratik A. Shah
 Mr. Steven Shepard
 Mr. Aaron Michael Streett
 Mr. Marc Wolinsky