# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT, NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
  *Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
  *Respondent*.

No. 21-60626

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PETITIONS FOR REHEARING EN BANC**

  Respondent Securities and Exchange Commission respectfully requests a two-seek extension of time, to and including December 22, 2023, for filing its response to the petitions for rehearing en banc. Petitioners Alliance for Fair Board Recruitment (AFBR) and National Center for Public Policy Research (NCPPR) oppose this motion. Intervenor Nasdaq Stock Market, LLC (Nasdaq) consents.

  1. On October 18, 2023, the panel issued a decision rejecting petitioners' constitutional, statutory, and Administrative Procedure Act challenges to the Commission order under review. AFBR filed a petition for rehearing en banc on October 25, 2023, and NCPPR filed a separate petition for rehearing on banc on November 27, 2023.

2.  On November 28, 2023, this Court directed the Commission and Nasdaq to respond to the petitions by December 8, 2023.

3.  The Commission respectfully requests a two-week extension of time, to and including December 22, 2023, in which to file a response.  Good cause supports the requested extension.  Petitioners filed two separate en banc petitions in this matter.  Despite some overlap, the petitions raise multiple distinct constitutional, statutory, and APA arguments.  The Commission's consolidated response will involve consultation with several internal divisions and must go through multiple layers of review.

4.  The current deadline provides the Commission only eight full business days in which to engage in the necessary consultation, drafting, review, and revision process.  The requested extension will allow sufficient time for internal consultation and review while still ensuring that the response will be filed just a little more than two months after the panel opinion issued and less than four weeks after the second rehearing petition was filed.

For these reasons, the Commission respectfully requests a two-week extension of time to file a response to the petitions for rehearing.

Dated: November 29, 2023

Respectfully submitted,

/s/ Daniel E. Matro

MEGAN BARBERO
General Counsel

MICHAEL A. CONLEY
Solicitor

TRACEY A. HARDIN
Assistant General Counsel

DANIEL E. MATRO
Senior Appellate Counsel

JOHN R. RADY
Appellate Counsel

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-8248 (Matro)
matrod@sec.gov

*Counsel for Respondent*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 300 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

I also certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface—Garamond, 14 point—using Microsoft Word.

/s/ Daniel E. Matro
Daniel E. Matro

November 29, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on November 29, 2023, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the Court's CM/ECF system, which will send notice to all the parties.

/s/ Daniel E. Matro
Daniel E. Matro

November 29, 2023