# United States Court of Appeals for the Fifth Circuit

---

No. 21-60626

---

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

---

ORDER:

    IT IS ORDERED that Respondent's opposed motion for an extension of time to file a response to the petition for rehearing en banc is GRANTED IN PART. A response is due December 18, 2023.

_____
Stephen A. Higginson
*United States Circuit Judge*