# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-60626    Alliance for Fair Bd Recruitment v. SEC
                          Agency No. 34-92590

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Christopher Bates
Mr. Getzel Berger
Mr. Seth D. Berlin
Mr. Jonathan Berry
Ms. Elisabeth Catherine Butler
Mr. Jeffrey B. Dubner
Mr. Drew C. Ensign
Ms. Elaine Patricia Golin
Ms. Tracey A. Hardin
Mr. Brian Matthew Hauss
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Stephen J. Kastenberg
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard

Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca