# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>Petitioners,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 21-60626 |

**INTERVENOR THE NASDAQ STOCK MARKET LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONS FOR REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Intervenor The Nasdaq Stock Market LLC ("Nasdaq") respectfully requests a 10-day extension of time, to December 18, 2023, to file its response to the petitions for rehearing en banc. Petitioners Alliance for Fair Board Recruitment ("AFBR") and National Center for Public Policy Research ("NCPPR") and Respondent Securities and Exchange Commission do not oppose this request.

1. On October 18, 2023, this Court denied AFBR's and NCPPR's petitions for review of the Commission's approval of two rules proposed by Nasdaq.

2. On October 25, 2023, AFBR filed a petition for rehearing en banc. On November 27, 2023, NCPPR filed a separate petition for rehearing en banc.

3. On November 28, 2023, this Court directed the Commission and Nasdaq to respond to the petitions by December 8, 2023.

4. On November 29, 2023, the Commission filed a motion for a two-week extension of time to respond to the petitions. That same day, this Court granted the motion in part, ordering the Commission to respond by December 18, 2023.

5. Nasdaq respectfully requests a commensurate extension to December 18, 2023, to respond to the petitions for rehearing en banc. Good cause supports the requested extension because lead counsel for Nasdaq has a multi-day hearing scheduled to begin on December 4, 2023 in *M.D. v. Abbott*, No. 2:11-cv-00084 (S.D. Tex.).

6. The requested extension of time will not prejudice the Court or the parties, given that the Court has already granted the same extension to the Commission.

For these reasons, Nasdaq respectfully requests that the Court grant a 10-day extension of time, to December 18, 2023, to file a response to the petitions for rehearing en banc.

Dated:  November 30, 2023

Respectfully submitted,

/s/ *Allyson N. Ho*

| | |
|---|---|
| John Zecca | Allyson N. Ho |
| Jeffrey S. Davis | Bradley G. Hubbard |
| John Yetter | Paulette C. Miniter |
| Joanne Pedone | GIBSON, DUNN & CRUTCHER LLP |
| THE NASDAQ STOCK MARKET LLC | 2001 Ross Avenue, Suite 2100 |
| 805 King Farm Boulevard | Dallas, Texas  75201 |
| Rockville, Maryland  20850 | Telephone:  (214) 698-3100 |
| | Facsimile:  (214) 571-2971 |
| Stephen J. Kastenberg | *aho@gibsondunn.com* |
| Paul Lantieri III | *bhubbard@gibsondunn.com* |
| BALLARD SPAHR LLP | *pminiter@gibsondunn.com* |
| 1735 Market Street, 51st Floor | |
| Philadelphia, Pennsylvania  19103 | Amir C. Tayrani |
| | Amalia E. Reiss |
| Seth D. Berlin | GIBSON, DUNN & CRUTCHER LLP |
| BALLARD SPAHR LLP | 1050 Connecticut Avenue, N.W. |
| 1909 K Street, N.W., 12th Floor | Washington, D.C.  20036 |
| Washington, D.C.  20006 | |

*Counsel for Intervenor*
*The Nasdaq Stock Market LLC*

4

## CERTIFICATE OF SERVICE

I certify that, on November 30, 2023, a true and correct copy of the foregoing motion was served via the Court's CM/ECF system on all counsel of record.

*/s/ Allyson N. Ho*
Allyson N. Ho

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface and typestyle requirements of Rule 27(d)(1)(E) because this motion was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word 2019. This motion complies with the type-volume limitation of Rule 27(d)(2)(a) because it contains 286 words, excluding the parts exempted under Rule 32(f).

*/s/ Allyson N. Ho*
Allyson N. Ho
