# United States Court of Appeals for the Fifth Circuit

No. 21-60626

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

ORDER:

IT IS ORDERED that Intervenor's unopposed motion for an extension of time until December 18, 2023 to file a response to the petitions for rehearing en banc is GRANTED.

Stephen A. Higginson
*United States Circuit Judge*