# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, et al.,<br>*Petitioners,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 21-60626 |

## NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

After December 31, 2023, Getzel Berger, counsel to *Amici Curiae* Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance, will no longer be associated with Wachtell, Lipton, Rosen & Katz, and therefore will no longer be serving as counsel in this matter. Wachtell Lipton and its other individual lawyers who have appeared in this case will remain as counsel to *Amici Curiae* Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance.

                                                      Respectfully submitted,

                                                      */s/ Getzel Berger*
                                                      Getzel Berger
                                                      WACHTELL, LIPTON, ROSEN & KATZ
                                                      51 West 52nd Street
                                                      New York, NY 10019
                                                      (212) 403-1000
                                                      GBerger@wlrk.com

December 28, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Getzel Berger*
Getzel Berger
