# United States Court of Appeals for the Fifth Circuit

No. 21-60626

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

___

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

___

ORDER:

A judge of this Court withholds issuance of the mandate in this case.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT