# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2024

Mr. Seth D. Berlin
Ballard Spahr, L.L.P.
1909 K Street, N.W.
12th Floor
Washington, DC 20006-1157

Mr. Jonathan Berry
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Tracey A. Hardin
U.S. Securities & Exchange Commission
100 F Street, N.E.
Room 9254
Washington, DC 20549

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Bradley G. Hubbard
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Mr. Stephen J. Kastenberg
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Mr. Paul Lantieri III
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor

Philadelphia, PA 19103-7599

Mr. Sheng Tao Li
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Mr. Daniel Matro
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. R. Trent McCotter
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Washington, DC 20006

Ms. Paulette Miniter
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Ms. Joanne Pedone
Nasdaq, Incorporated
805 King Farm Boulevard
Rockville, MD 20850

Mr. John Robert Rady
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Amalia Elizabeth Reiss
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. Amir Cameron Tayrani
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. John Yetter  
Nasdaq, Incorporated  
805 King Farm Boulevard  
Rockville, MD 20850

Mr. John Zecca  
Nasdaq, Incorporated  
805 King Farm Boulevard  
Rockville, MD 20850

     No. 21-60626   Alliance for Fair Bd Recruitment v. SEC  
                     USDC No. 34-92590

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Petitioners' will have until March 21, 2024, to file an en banc brief. The Respondent's en banc brief is due on April 22, 2024. Intervenor's en banc brief is due on April 29, 2024. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the petitioner, red for the respondent, and green for intervenor). The case will be heard sometime during the week of May 13, 2024. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, addendums, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by March 5, 2024. Please contact me if you have any questions.

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Christopher Bates
    Ms. Elisabeth Catherine Butler
    Mr. Jeffrey B. Dubner
    Mr. Drew C. Ensign
    Ms. Elaine Patricia Golin
    Mr. Brian Matthew Hauss
    Ms. Karen Lee Loewy
    Ms. Carrie M. Reilly
    Mr. Peter C. Renn
    Mr. Kevin S. Schwartz
    Mr. Pratik A. Shah
    Mr. Steven Shepard
    Mr. Aaron Michael Streett
    Mr. Marc Wolinsky