# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
    *Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
    *Respondent*.

No. 21-60626

### UNOPPOSED MOTION FOR ONE- WEEK EXTENSION OF TIME TO FILE EN BANC BRIEF

Pursuant to Fifth Circuit Rules 27 and 31, Respondent Securities and Exchange Commission respectfully requests a one-week extension of time, to and including April 29, 2024, for filing its en banc brief. Because that date is the deadline for Intervenor Nasdaq Stock Market, LLC's en banc brief, the request should have no other impact on the timing of the Court's en banc proceedings. Petitioners Alliance for Fair Board Recruitment and National Center for Public Policy Research and Intervenor do not oppose this motion.

1. On February 19, 2024, the Court granted the petitions for rehearing en banc in the above-captioned matter. The Clerk set briefing deadlines of March 21, 2024, for Petitioners' en banc briefs, April 22, 2024, for the Commission's en banc brief,

and April 29, 2024, for Intervenor's en banc brief. The Clerk indicated that oral argument will be held sometime during the week of May 13, 2024.

2. The Commission respectfully requests a one-week extension of time in which to file its en banc brief, from April 22 to April 29, 2024. Good cause supports the requested extension. Tracey Hardin and Daniel Matro are the attorneys with principal responsibility for preparing the Commission's en banc brief. They are also primarily responsible for handling a challenge relating to the Consolidated Audit Trail in the Eleventh Circuit, in which the Commission's response brief is due on April 15, 2024. *Am. Sec. Ass'n v. SEC*, No. 23-13396 (11th Cir.). In addition, Ms. Hardin has supervisory responsibilities in a third appellate matter—*Coinbase Inc. v. SEC*, No. 23-3202 (3d Cir.)—in which the Commission's response brief is due on April 10, 2024.

3. The requested extension would shift the deadline for the Commission's en banc brief to coincide with the deadline for Intervenor's en banc brief. It should therefore not affect the Court's ability to hold en banc argument during the week of May 13, 2024, as scheduled.

4. Counsel for the Commission has consulted with counsel for Petitioners and Intervenor, who have stated that they do not oppose this motion.

For these reasons, the Commission respectfully requests a one-week extension of time to file its en banc brief.

Dated: February 27, 2024             Respectfully submitted,

/s/ Daniel E. Matro

TRACEY A. HARDIN
Assistant General Counsel

DANIEL E. MATRO
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-8248 (Matro)
matrod@sec.gov

*Counsel for Respondent*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 371 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

I also certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface—Garamond, 14 point—using Microsoft Word.

/s/ Daniel E. Matro
Daniel E. Matro

February 27, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 27, 2024, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the Court's CM/ECF system, which will send notice to all the parties.

                                                /s/ Daniel E. Matro
                                                Daniel E. Matro

February 27, 2024