# United States Court of Appeals for the Fifth Circuit

---

No. 21-60626

---

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

---

ORDER:

IT IS ORDERED that Respondent's unopposed motion for an extension of 7 days, or, to and including April 29, 2024 to file the supplemental brief is GRANTED.

_____
Priscilla Richman
*United States Circuit Judge*