# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 29, 2024

Mr. Jonathan Berry
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Mr. Daniel Matro
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

    No. 21-60626   Alliance for Fair Bd Recruitment v. SEC
                       USDC No. 34-92590

Dear Counsel,

A number of issues have been raised in the briefing. Please be prepared at oral argument to discuss all issues, including the Diversity Rule's relation to the Exchange Act and what was raised before the SEC in that regard.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
 Mr. Christopher Bates
 Mr. Seth D. Berlin
 Ms. Elisabeth Catherine Butler
 Mr. Michael A. Conley, Solicitor
 Mr. Jeffrey B. Dubner
 Mr. Drew C. Ensign
 Ms. Elaine Patricia Golin
 Ms. Tracey A. Hardin
 Mr. Brian Matthew Hauss
 Mr. Bradley G. Hubbard
 Mr. Stephen J. Kastenberg
 Mr. Paul Lantieri III
 Mr. Sheng Tao Li
 Ms. Karen Lee Loewy
 Mr. R. Trent McCotter
 Ms. Paulette Miniter
 Ms. Joanne Pedone
 Mr. John Robert Rady
 Ms. Carrie M. Reilly
 Ms. Amalia Elizabeth Reiss
 Mr. Peter C. Renn
 Mr. Kevin S. Schwartz
 Mr. Pratik A. Shah
 Mr. Steven Shepard
 Mr. Aaron Michael Streett
 Mr. Amir Cameron Tayrani
 Mr. Marc Wolinsky
 Mr. John Yetter
 Mr. John Zecca