# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2024

Mr. Jonathan Berry
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 21-60626   Alliance for Fair Bd Recruitment v. SEC
                           Agency No. 34-92590

Dear Mr. Berry,

You must submit 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Roeshawn Johnson, Deputy Clerk
                                        504-310-7998

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Ms. Elisabeth Catherine Butler
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Ms. Elaine Patricia Golin
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Ms. Allyson Newton Ho
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li
     Ms. Margaret A. Little
     Ms. Karen Lee Loewy
     Mr. Daniel Matro
     Mr. R. Trent McCotter
     Ms. Paulette Miniter
     Ms. Joanne Pedone
     Mr. John Robert Rady

```
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca
```