No. 21-60626

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT;
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
*Respondent*.

On Petition for Review of an Order of the
Securities and Exchange Commission
Agency No. 34-92590

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29, The Buckeye Institute moves for leave to file the attached amicus curiae brief. As grounds for this Motion, The Buckeye Institute states:

1. The parties have all consented to the filing of this amicus brief.

2. The Buckeye Institute writes in support of Petitioners in order to note how the proposed mandate is both inconsistent with the SEC's role and with the fiduciary and other incentives that guide corporate directors in their duty to increase shareholder value. Amicus also points out how the supporting literature that has been advanced to justify the mandate is flawed.

3. The Buckeye Institute believes that its brief will be of assistance to this Court without duplicating the efforts of the parties or other amici.

Wherefore this Court should grant this Motion for Leave and accept the brief of The Buckeye Institute in support of Petitioners.

Respectfully submitted,

/s/ Jay R. Carson
Jay R. Carson
  *Counsel of Record*
David C. Tryon
Alex M. Certo
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, Ohio 43215
(614) 224-4422
Email: j.carson@buckeyeinstitute.org

John J. Park Jr.
P.O. Box 3073
Gainesville, GA 30503
(678) 608-1920
(m) 703-888-8329
jackparklaw@gmail.com

*Attorneys for Amicus Curiae*

March 28, 2024