No. 21-60626

# In the United States Court of Appeals for the Fifth Circuit

---

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, *Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION, *Respondent*.

---

**On Petition for Review of an Order of the Securities and Exchange Commission Agency No. 34-92590**

---

**MOTION OF AMICI CURIAE ADVANCING AMERICAN FREEDOM; MANHATTAN INSTITUTE; DR. ALLEN MENDENHALL, EXECUTIVE DIRECTOR, MANUEL H. JOHNSON CENTER FOR POLITICAL ECONOMY, SORRELL COLLEGE OF BUSINESS; AMAC ACTION; AMERICAN VALUES; AMERICANS FOR LIMITED GOVERNMENT; CATHOLICS COUNT; CENTER FOR POLITICAL RENEWAL; CENTER FOR URBAN RENEWAL AND EDUCATION (CURE); EAGLE FORUM; CHARLIE GEROW; INTERNATIONAL CHRISTIAN AMBASSADORS ASSOCIATION; INTERNATIONAL CONFERENCE OF EVANGELICAL CHAPLAIN ENDORSERS; TIM JONES, FMR. SPEAKER, MISSOURI HOUSE; CHAIRMAN, MISSOURI CENTER-RIGHT COALITION; NATIONAL RELIGIOUS BROADCASTERS; NEW JERSEY FAMILY FOUNDATION; RIO GRANDE FOUNDATION; ROUGHRIDER POLICY CENTER; SETTING THINGS RIGHT; 60 PLUS ASSOCIATION; RICHARD VIGUERIE; YANKEE INSTITUTE; AND YOUNG AMERICA'S FOUNDATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONERS AND REVERSAL**

---

J. MARC WHEAT
  *Counsel of Record*
Timothy Harper (Admitted in DC)
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

Counsel continued on inside cover

ILYA SHAPIRO
Tim Rosenberger
MANHATTAN INSTITUTE
52 VANDERBILT AVE.
NEW YORK, NY 10017
(212) 599-7000
ISHAPIRO@MANHATTAN.INSTITUTE

DR. ALLEN MENDENHALL
EXECUTIVE DIRECTOR, MANUEL
H. JOHNSON CENTER FOR
POLITICAL ECONOMY
SORRELL COLLEGE OF BUSINESS
JOHN ROBERT LEWIS HALL
TROY, ALABAMA 36081
334-808-6205
AMENDENHALL@TROY.EDU

March 28, 2024

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Advancing American Freedom Manhattan Institute; Dr. Allen Mendenhall, Executive Director, Manuel H. Johnson Center for Political Economy, Sorrell College of Business; AMAC Action; American Values; Americans for Limited Government; Catholics Count; Center for Political Renewal; Center for Urban Renewal and Education (CURE); Eagle Forum; Charlie Gerow; International Christian Ambassadors Association; International Conference of Evangelical Chaplain Endorsers; Tim Jones, Fmr. Speaker, Missouri House; Chairman, Missouri Center-Right Coalition; National Religious Broadcasters; New Jersey Family Foundation; Rio Grande Foundation; Roughrider Policy Center; Setting Things Right; 60 Plus Association; Richard Viguerie; Yankee Institute; and Young America's Foundation respectfully move for leave to file an amicus curiae brief in support of petitioners and reversal. The brief follows immediately after this motion. The parties have consented to Advancing American Freedom's intent to file this brief.

Advancing American Freedom (AAF) is a nonprofit organization that promotes and defends policies that elevate traditional American values, including the uniquely American idea that all men are created equal and endowed by their Creator with unalienable rights to life, liberty, and the pursuit of happiness.[1] AAF

---

[1] No counsel for a party authored this brief in whole or in part. No person other than Amicus Curiae and its counsel made any monetary contribution intended to fund the preparation or submission of this brief. All parties have consented to the filing of this amicus brief.

1

"will continue to serve as a beacon for conservative ideas, a reminder to all branches of government of their responsibilities to the nation"[2] and believes that every American has a right to be treated equally by the government, without regard to irrelevant characteristics like race. Industrious and thrifty families are the stewards of American civilization; regulatory capture of the SEC by institutional investors and Nasdaq-listed corporate executives to further impair board oversight will lower returns for saving and investing, which diminishes the American dream for all of us.

The Manhattan Institute for Policy Research ("MI") is a nonpartisan public policy research foundation whose mission is to develop and disseminate ideas that foster greater economic choice and individual responsibility. MI's constitutional studies program aims to preserve the Constitution's original public meaning. As the foremost policy researchers in the world's financial capital, it has a particular interest in fair markets and economic liberty. MI scholars and affiliates are sought after experts on financial regulation and have conducted research demonstrating the transformative power of open markets on unlocking American prosperity.

*Amici* Dr. Allen Mendenhall, Executive Director, Manuel H. Johnson Center for Political Economy, Sorrell College of Business; AMAC Action; American Values; Americans for Limited Government; Catholics Count; Center for Political

---

[2] Edwin J. Feulner, Jr, *Conservatives Stalk the House: The Story of the Republican Study Committee*, 212 (Green Hill Publishers, Inc. 1983).

Renewal; Center for Urban Renewal and Education (CURE); Eagle Forum; Charlie Gerow; International Christian Ambassadors Association; International Conference of Evangelical Chaplain Endorsers; Tim Jones, Fmr. Speaker, Missouri House; Chairman, Missouri Center-Right Coalition; National Religious Broadcasters; New Jersey Family Foundation; Rio Grande Foundation; Roughrider Policy Center; Setting Things Right; 60 Plus Association; Richard Viguerie; Yankee Institute; and Young America's Foundation are concerned that shareholder interests protected by corporate boards are being harmed by political projects pursued by Nasdaq and the Securities and Exchange Commission that go beyond their authorities to ensure sound stewardship of a free and fair marketplace for shares in public companies.

The following brief presents evidence and arguments that the Nasdaq-proposed rule at issue in this case is inconsistent with the statutory purposes of the Securities and Exchange Commission (SEC). It argues that the evidence provided by Nasdaq to the SEC to justify the adoption of this rule does not support the adoption of the rule and that evidence ignored by Nasdaq shows that the rule should not be adopted. Because the evidence and arguments contained in the accompanying brief would provide information relevant to this Court's consideration of the case at bar, *amici* respectfully move for leave to file this *amicus curiae* brief.

Respectfully submitted,

/s/ J. Marc Wheat

J. Marc Wheat
Advancing American Freedom, Inc.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
mwheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*