No. 21-60626

# In the United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR FAIR BOARD RECRUITMENT, and
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
*Petitioners*,

*v.*

SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

On Petition for Review of an Order of the
United States Securities and Exchange Commission
No. 34-92590

**MOTION OF THE STATE OF UTAH AND 23 OTHER STATES FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF PETITIONERS**

| | |
|---|---|
| Drew C. Ensign | Sean D. Reyes |
| Holtzman, Vogel, Baran, | Attorney General |
| Torchinsky & Josefiak PLLC | Stanford E. Purser |
| 2300 N Street NW | Utah Solicitor General |
| Suite 643 | Christopher A. Bates |
| Washington, DC 20037 | Deputy Solicitor General |
| Phone: (202) 737-8808 | Office of the Utah |
| | Attorney General |
| | 160 E. 300 S., 5th Floor |
| | Salt Lake City, UT 84114 |
| | Phone: (801) 366-0260 |

*Counsel for Amici Curiae*

*Additional counsel listed at end of brief*

Dated: March 28, 2024

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Petitioner National Center for Public Policy Research is a non-profit corporation and has no parent corporations or subsidiaries.

2. Margaret A. Little and Sheng Li of The New Civil Liberties Alliance—*Counsel* for Petitioner National Center for Public Policy Research.

3. Petitioner Alliance for Fair Board Recruitment is a non-profit membership corporation and has no parent corporations or subsidiaries.

4. Jonathan Berry, R. Trent McCotter, Michael Buschbacher, and Jordan E. Smith of Boyden Gray & Associates—*Counsel* for Petitioner Alliance for Fair Board Recruitment.

5. The Securities and Exchange Commission is a federal agency.

6. Michael A. Conley, Daniel E. Matro, Vanessa Ann Countryman, and Tracy A. Hardin of the Securities and Exchange Commission—*Counsel* for Respondent Securities and Exchange Commission.

7. Allyson N. Ho, Bradley G. Hubbard, Amir C. Tayrani, and Amalia E. Reiss of Gibson, Dunn & Crutcher LLP; John Zecca, Jeffrey S. Davis, John Yetter, and Joanne Pedone of The Nasdaq Stock Market L.L.C.; and Burt M. Rublin, Stephen J. Kastenberg, Paul Lantieri III, Peter F. Andrews, and Seth D. Berlin of Ballard Spahr LLP—*Counsel* for Intervenor Nasdaq Stock Market, L.L.C.

8. The States of Utah, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Virginia, and West Virginia.

9. Drew C. Ensign, Stanford E. Purser, and Christopher A. Bates—

   *Counsel* for Amici States.[1]

| | |
|---|---|
| March 28, 2024 | */s/ Christopher A. Bates* <br> Christopher A. Bates |

---

[1] Because the States are amici curiae listed in the first sentence of FRAP 29(a)(2), they are not subject to FRAP 29(a)(4)(E). The Interests of Amici section, *see infra* attached brief at 1, sets forth the identity of the Amici States, as well as their interests and authority. *See* FRAP 29(a)(4)(E).

## MOTION FOR LEAVE

Proposed amici curiae the States of Utah, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Virginia, and West Virginia ("Amici States") respectfully move for leave to file the attached proposed amicus brief in support of Petitioners.[2] Petitioners, Federal Respondents, and Nasdaq consent to this motion.

As set forth in the attached proposed brief, the States have important and unique interests in this litigation because States are traditionally the primary regulators of corporate structure and organization within their jurisdictions. As the traditional and principal regulators, the States have a unique perspective that they can share with the Court. For these reasons, a similar group of States has previously

---

[2] Although the States are generally permitted to file amicus briefs supporting parties on the merits without leave of court, *see* Fed. R. App. P. 29(a)(2), (b)(2), no rule specifically grants them authority to do so for supplemental briefing following the grant of rehearing en banc. Amici States therefore seek leave to file the attached amicus brief. In the event the Court determines that such leave is not required, Amici States request that the Court ignore this motion and file the attached brief as if submitted as of right.

filed amicus briefs at the panel stage and the rehearing-petition stage in this case.

In addition, many Amici States have constitutional or statutory prohibitions against race- and sex-based classifications, which the challenged Quota Rule would compel companies to violate. Many companies listed on Nasdaq might also assert that the Quota Rule (if upheld by this Court) preempts contrary requirements of state law, thereby causing Amici States obvious injury.

## CONCLUSION

For the foregoing reasons, the Court should grant the requested leave and file the attached amicus brief supporting Petitioners.

| | |
|---|---|
| Dated: March 28, 2024 | Respectfully submitted, |
| | */s/ Christopher A. Bates* |
| Drew C. Ensign<br>Holtzman, Vogel, Baran,<br>Torchinsky & Josefiak PLLC<br>2300 N Street NW<br>Suite 643<br>Washington, DC 20037<br>Phone: (202) 737-8808 | Sean D. Reyes<br>Attorney General<br>Stanford E. Purser<br>Utah Solicitor General<br>Christopher A. Bates<br>Deputy Solicitor General<br>Office of the Utah<br>Attorney General<br>160 E. 300 S., 5th Floor<br>Salt Lake City, UT 84114<br>Phone: (801) 366-0260 |

*Counsel for Amici Curiae*

## ADDITIONAL COUNSEL
*Counsel for Amici States*

STEVE MARSHALL
Attorney General
State of Alabama

TREG R. TAYLOR
Attorney General
State of Alaska

TIM GRIFFIN
Attorney General
State of Arkansas

ASHLEY MOODY
Attorney General
State of Florida

CHRISTOPHER M. CARR
Attorney General
State of Georgia

RAÚL LABRADOR
Attorney General
State of Idaho

THEODORE E. ROKITA
Attorney General
State of Indiana

BRENNA BIRD
Attorney General
State of Iowa

KRIS KOBACH
Attorney General
State of Kansas

RUSSELL COLEMAN
Attorney General
Commonwealth of Kentucky

LIZ MURRILL
Attorney General
State of Louisiana

LYNN FITCH
Attorney General
State of Mississippi

ANDREW BAILEY
Attorney General
State of Missouri

AUSTIN KNUDSEN
Attorney General
State of Montana

MICHAEL T. HILGERS
Attorney General
State of Nebraska

DREW WRIGLEY
Attorney General
State of North Dakota

DAVE YOST
Attorney General
State of Ohio

ALAN WILSON
Attorney General
State of South Carolina

| | |
|---|---|
| MARTY J. JACKLEY<br>Attorney General<br>State of South Dakota | JONATHAN SKRMETTI<br>Attorney General<br>State of Tennessee |
| KEN PAXTON<br>Attorney General<br>State of Texas | JASON S. MIYARES<br>Attorney General<br>State of Virginia |
| PATRICK MORRISEY<br>Attorney General<br>State of West Virginia | |

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 302 words, excluding the parts exempted by Rule 27(d)(2); and (2) the typeface and type style requirements of Rules 27(d)(1)(E), 32(a)(5), and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

| | |
|---|---|
| March 28, 2024 | */s/ Christopher A. Bates*<br>Christopher A. Bates |

## CERTIFICATE OF SERVICE

I, Christopher A. Bates, hereby certify that I electronically filed the foregoing Motion of the State of Utah and 23 Other States for Leave to File a Brief as Amici Curiae In Support of Petitioners with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on March 28, 2024, which will send notice of such filing to all registered CM/ECF users.

*/s/ Christopher A. Bates*
Christopher A. Bates
