No. 21-60626

# In the United States Court of Appeals for the Fifth Circuit

---

ALLIANCE FOR FAIR BOARD RECRUITMENT;
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners,*

*v.*

SECURITIES EXCHANGE COMMISSION,

*Respondents.*

---

On Petition for Review of an Order of the
United States Securities and Exchange Commission
No. 34-92590

---

**MOTION OF CORY R. LIU FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PETITIONERS**

---

Devon Westhill
CENTER FOR EQUAL OPPORTUNITY
1054 31st NW, Suite 330
Washington, D.C. 20007
(202) 886-2000

Daniel I. Morenoff
  *Counsel of Record*
Joseph A. Bingham
AMERICAN CIVIL RIGHTS PROJECT
Post Office Box 12207
Dallas, TX 75225
(214) 504-1835

*Counsel for Amicus Curiae*

# SUPPLEMENTAL STATEMENT OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 29.2, the undersigned counsel certifies that the following listed persons and entities have an interest in the outcome of this case. These representations are made so that this Court may evaluate possible disqualification or recusal.

1. *Amicus curiae* Cory R. Liu;

2. Daniel I. Morenoff and Joseph A. Bingham of the American Civil Rights Project, counsel for *amicus curiae* Cory R. Liu;

3. Devon Westhill of the Center for Equal Opportunity, counsel for *amicus curiae* Cory R. Liu.

Dated March 28, 2024

<u>*/s/Daniel I. Morenoff*</u>
Daniel I. Morenoff

*Counsel for Amicus Curiae*

# MOTION FOR LEAVE

Proposed *amicus curiae* Cory Liu respectfully moves for leave to file the attached proposed amicus brief in support of Petitioners. Petitioners, Federal Respondents, and Nasdaq consent to this motion.

Cory R. Liu is an attorney and civil-rights scholar whose *amicus* brief on behalf of Professor David E. Bernstein was relied upon by the Supreme Court in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181 (2023). He is the author of *Affirmative Action's Badge of Inferiority on Asian Americans*, 22 TEX. REV. L. & POL. 317 (2018), and co-author of *Individual Dignity as the Foundation of an Inclusive Society*, 77 SMU L. REV. (forthcoming 2024).

Given his expertise in the issues raised by this case, Mr. Lui offers the attached short brief for this Court's consideration.

# CONCLUSION

For the foregoing reasons, the Court should grant the requested leave and file the attached amicus brief supporting Petitioners.

Respectfully submitted,

*/s/ Daniel I. Morenoff*
Daniel I. Morenoff
Joseph A. Bingham
AMERICAN CIVIL RIGHTS PROJECT
Post Office Box 12207
Dallas TX 75225
(214) 504-1835
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

Devon Westhill
CENTER FOR EQUAL OPPORTUNITY
1054 31st NW, Suite 330
Washington, D.C. 20007
(202) 886-2000
devon.westhill@ceousa.org

*Counsel for Amicus Curiae*

# CERTIFICATE OF SERVICE

On March 28, 2024, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Microsoft Defender and is free of viruses.

*/s/ Daniel I. Morenoff*
Daniel I. Morenoff

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of FED. R. APP. P. 29(d)(2), because excluding the parts of the document exempted by FED. R. APP. P. 27(d)(2), this document contains 155 words.

This document complies with the typeface and typestyle requirements of FED. R. APP. P. 27(d)(1)(E), FED. R. APP. P. 32(a)(5), and FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook, Size 14.

*/s/ Daniel I. Morenoff*
Daniel I. Morenoff