# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2024

Lyle W. Cayce
Clerk

—————————

No. 21-60626

—————————

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

—————————————————————————

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

—————————————————————————

ORDER:

IT IS ORDERED that the motion of Cory R. Liu for leave to file an En Banc Amicus Curiae brief is GRANTED.

IT IS FURTHER ORDERED that the motion of Sean J. Griffith for leave to file an En Banc Amicus Curiae brief is GRANTED.

IT IS FURTHER ORDERED that the motion of the States of Utah, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of North Dakota, State of Ohio, State of South Dakota, State of Tennessee,

State of Virginia and State of West Virginia for leave to file an En Banc Amicus Curiae brief is GRANTED.

IT IS FURTHER ORDERED that the motion of Advancing American Freedom, Manhattan Institute, Allen Mendenhall, Manuel H. Johnson, AMAC Action, American Values, Americans for Limited Government, Catholics Count, Center For Political Renewal, Center For Urban Renewal And Education, Eagle Forum, Charlie Gerow, International Christian Ambassadors Association, International Conference Of Evangelical Chaplain Endorsers, Tim Jones, Missouri Center-Right Coalition, National Religious Broadcasters, New Jersey Family Foundation, Rio Grande Foundation, Roughrider Policy Center, Setting Things Right, 60 Plus Association, Richard Viguerie and Yankee Institute for leave to file an En Banc Amicus Curiae brief is GRANTED.

IT IS ORDERED that the motion of Party Buckeye for leave to file an En Banc Amicus Curiae brief is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT