# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2024

Mr. Daniel I. Morenoff
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225

    No. 21-60626   Alliance for Fair Bd Recruitment v. SEC
                          Agency No. 34-92590

Dear Mr. Morenoff,

You must submit 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                    Roeshawn Johnson, Deputy Clerk
                                    504-310-7998

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Mr. Jonathan Berry
     Ms. Elisabeth Catherine Butler
     Mr. Jay R. Carson
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Mr. Aman Tewari George
     Ms. Elaine Patricia Golin
     Ms. Heather Gebelin Hacker
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Ms. Allyson Newton Ho
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li
     Ms. Margaret A. Little
     Ms. Karen Lee Loewy
     Mr. Daniel Matro

Mr. R. Trent McCotter
Ms. Paulette Miniter
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca