# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2024

Mr. John Marc Wheat
Advancing American Freedom, Incorporated
801 Pennsylvania Ave., N.W.
Suite 930
Washington, DC 20004

        No. 21-60626    Alliance for Fair Bd Recruitment v. SEC
                        Agency No. 34-92590

Dear Mr. Wheat,

You must submit 22 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant
to 5th Cir. ECF Filing Standard E.1.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Mr. Jonathan Berry
     Ms. Elisabeth Catherine Butler
     Mr. Jay R. Carson
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Mr. Aman Tewari George
     Ms. Elaine Patricia Golin
     Ms. Heather Gebelin Hacker
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Ms. Allyson Newton Ho
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li
     Ms. Margaret A. Little

Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca