No. 21-60626

# United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR FAIR BOARD RECRUITMENT,
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH;

*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*

On Petition for Review of an Order of the
Securities and Exchange Commission

**MOTION BY THE
INTERFAITH CENTER ON CORPORATE RESPONSIBILITY
FOR LEAVE TO FILE AN EN BANC *AMICUS CURIAE* BRIEF
IN SUPPORT OF RESPONDENT**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and Fifth Circuit Rules and Internal Operating Procedures, the Interfaith Center on Corporate Responsibility ("ICCR") hereby moves to file the attached *amicus curiae* brief in support of Respondent. The parties do not object to the filing of this brief.

ICCR's coalition of more than 300 institutional investors collectively holding over $4 trillion in assets under management has an interest a uniform resource for governance-related disclosures yielding information to help compliance with state-law fiduciary duties. Good corporate governance contributes to the enhancement of corporate and shareholder value.

ICCR wishes to share with the *en banc* Court its views on: (i) how the Exchange Act-consistent Nasdaq Diversity Rules help compliance with state-law-mandated governance requirements; and (ii) the coalition's experience on how the rules will help resolve historic difficulties arising from inconsistent access to disclosure. The uniformity associated with the rules will likely have the profound impact of reducing costs for both corporations and the asset holders that rely on those disclosures to comply with their fiduciary duties.

> Respectfully submitted,
>
> /s/ Beth-ann Roth
>
> Beth-ann Roth
> R|K INVEST LAW, PBC
> 1725 I St. NW Ste 300
> Washington, DC 20006
> (202) 664-7171
>
> *Counsel for Amicus Curiae*
> *Interfaith Center on Corporate Responsibility*

April 29, 2024