# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 30, 2024

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

        No. 21-60626    Alliance for Fair Bd Recruitment v. SEC
                        USDC No. 34-92590

Dear Ms. Ho,

You must submit 22 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant
to 5th Cir. ECF Filing Standard E.1.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Mr. Jonathan Berry
     Ms. Elisabeth Catherine Butler
     Mr. Jay R. Carson
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Mr. Aman Tewari George
     Ms. Elaine Patricia Golin
     Ms. Heather Gebelin Hacker
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li
     Ms. Margaret A. Little
     Ms. Karen Lee Loewy
     Mr. Daniel Matro
     Mr. R. Trent McCotter
     Ms. Paulette Miniter

Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca