# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2024

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

    No. 21-60626   Alliance for Fair Bd Recruitment v. SEC
                        USDC No. 34-92590

Dear Ms. Ho,

You must submit 22 paper copies of your addendum required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Monica R. Washington, Deputy Clerk
                                  504-310-7705

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Mr. Jonathan Berry
     Ms. Elisabeth Catherine Butler
     Mr. Jay R. Carson
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Mr. Aman Tewari George
     Ms. Elaine Patricia Golin
     Ms. Heather Gebelin Hacker
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Paul Lantieri III
     Mr. Sheng Tao Li
     Ms. Margaret A. Little
     Ms. Karen Lee Loewy
     Mr. Daniel Matro
     Mr. R. Trent McCotter
     Ms. Paulette Miniter

Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca