# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2024

Mr. Richard A. Kirby
R K Invest Law, P.B.C.
1725 I Street, N.W.
Suite 300
Washington, DC 20006

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                         USDC No. 34-92590

Dear Mr. Kirby,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793