Case No. 21-60626

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

ALLIANCE FOR FAIR BOARD RECRUITMENT;
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
*Petitioners,*
v.
SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

---

On Petition for Review of an Order of the
United States Securities and Exchange Commission

---

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENT AND INTERVENOR ON THE STATE-ACTION ISSUE

---

Aaron M. Streett
Elisabeth C. Butler
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234

Bridget Moore
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7700

*Counsel for Amicus Curiae*

## <u>CERTIFICATE OF INTERESTED PARTIES</u>

Case No. 21-60626; *Alliance for Fair Board Recruitment; National Center for Public Policy Research v. Securities and Exchange Commission*.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Petitioner National Center for Public Policy Research is a non-profit corporation and has no parent corporations or subsidiaries.

2. Margaret A. Little, Sheng Li, and Mark Chenoweth of The New Civil Liberties Alliance—*Counsel for Petitioner National Center for Public Policy Research*.

3. Petitioner Alliance for Fair Board Recruitment is a non-profit membership corporation and has no parent corporations or subsidiaries.

4. Jonathan Berry, R. Trent McCotter, Michael Buschbacher, Jared M. Kelson, and James R. Conde of Boyden Gray & Associates—*Counsel for Petitioner Alliance for Fair Board Recruitment*.

5. The Securities and Exchange Commission is a federal agency.

6. Megan Barbero, Michael A. Conley, Tracy A. Hardin, Daniel E. Matro, and John R. Rady of the Securities and Exchange Commission— *Counsel for Respondent Securities and Exchange Commission*.

7. The Nasdaq Stock Market, L.L.C. is a private limited liability company.

8. Allyson N. Ho, Bradley G. Hubbard, Amir C. Tayrani, and Amalia R. Reiss of Gibson, Dunn & Crutcher LLP; John Zecca, Jeffrey S. Davis, John Yetter, and Joanne Pedone of The Nasdaq Stock Market L.L.C.; and Burt M. Rublin, Stephen J. Kastenberg, Paul Lantieri III, Peter F. Andrews, and Seth D. Berlin of Ballard Spahr LLP—*Counsel for Intervenor Nasdaq Stock Market, L.L.C.*

9. The States of Arizona, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, Tennessee, Texas, Utah, Virginia, and West Virginia.

10. Drew C. Ensign, Joseph A. Kanefield, Brunn ("Beau") W. Roysden III, Wilson C. Freeman, James Rogers, Sean D. Reyes, Stanford E. Purser, and Christopher A. Bates—*Counsel for Amici States*.

11. The Financial Industry Regulatory Authority, Inc. ("FINRA") is a private, not-for-profit Delaware corporation. FINRA has no stock or

parent corporation. No publicly held corporation owns 10% or more of any FINRA stock.

12. Aaron M. Streett, Bridget Moore, and Elisabeth C. Butler of Baker Botts L.L.P.—*Counsel for Amicus FINRA.*

13. Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance.

14. Mark Wolinsky, Elaine P. Golin, Carrie M. Reilly, Kevin S. Schwartz, Jeohn Salone Favors, Getzel Berger of Wachtell, Lipton, Rosen & Katz—*Counsel for Amici Nonpartisan Group of Academics and Practitioners in the Field of Corporate Governance.*

15. Ad Hoc Coalition of Nasdaq-Listed Companies.

16. Pratik A. Shah and Juliana C. DeVries of Akin Gump Strauss Hauer & Feld LLP—*Counsel for Amici Ad Hoc Coalition of Nasdaq-Listed Companies.*

17. Investors and Investment Advisers.

18. Steven M. Shepard, Arun Subramanian, and Neal S. Manne of Susman Godfrey L.L.P.—*Counsel for Amici Investors and Investment Advisers.*

19. American Civil Liberties Union.

20. Brian Hauss and Sandra S. Park—*Counsel for Amicus American Civil Liberties Union*.

21. Academic Experts in the Fields of Business, Management, and Economics.

22. Jeffrey Dubner and Aman T. George of Democracy Forward Foundation; Peter C. Renn and Karen L. Loewy of Lambda Legal Defense and Education Fund, Inc.—*Counsel for Amici Academic Experts in the Fields of Business, Management, and Economics*.

23. Professor Sean J. Griffith.

24. Heather Gebelin Hacker of Hacker Stephens LLP—*Counsel for Amicus Professor Sean J. Griffith*.

25. The Buckeye Institute.

26. Jay R. Carson, David C. Tryon, and Alex M. Certo of the Buckeye Institute; John J. Park Jr.—*Counsel for Amicus the Buckeye Institute*.

27. Advancing Academic Freedom et al.

28. J. Marc Wheat and Timothy Harper of Advancing American Freedom, Inc.; Ilya Shapiro and Tim Rosenberger of Manhattan Institute—*Counsel for Amici Advancing American Freedom et al*.

29. Cory R. Liu.

30. Daniel I. Morenoff and Joseph A. Bingham of American Civil Rights Project; Devon Westhill of Center for Equal Opportunity—*Counsel for Amicus Cory R. Liu*.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel of Record for Amicus Curiae*

*Amicus curiae* the Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully requests that this Court grant leave to file the attached brief in support of Respondent U.S. Securities and Exchange Commission ("SEC" or "Commission") and Intervenor Nasdaq Stock Market, L.L.C. ("Nasdaq"). FINRA's brief is limited to addressing whether the challenged rule constitutes "state action" subject to scrutiny under the Constitution. FINRA takes no position on any other issue.

FINRA is a private, not-for-profit corporation that is registered with the SEC as a national securities association under the Maloney Act of 1938, 15 U.S.C. § 78*o*-3, *et seq.*, amending the Securities Exchange Act of 1934, 15 U.S.C. § 78a, *et seq.* ("Exchange Act"). Like Nasdaq, FINRA is a self-regulatory organization ("SRO"). As part of its obligations as a national securities association and SRO, FINRA reviews the qualifications of broker-dealer firms and their associated persons; promulgates rules that govern FINRA members; and enforces compliance by its members with those rules and federal securities laws. 15 U.S.C. §§ 78*o*-3(b)(2), 78s(b), 78s(g)(1). In 2022, FINRA's members included 3,378 securities firms with 150,647 branch offices and 620,882 registered representatives.

FINRA believes that the attached brief will aid the Court's consideration of this case. FINRA is interested in safeguarding SROs' long-recognized status as private actors, rather than governmental actors. In enacting the Exchange Act, Congress carefully crafted a system of cooperative regulation in which the private

entities that historically self-regulated the securities industry could continue to perform that function, subject to SEC oversight. FINRA seeks to ensure that courts continue to respect the deliberate balance struck by Congress and acknowledge the SROs' status as private actors not subject to the Constitution's constraints on state action. FINRA's brief will assist the Court by providing the history of and purpose behind the finely calibrated self-regulatory framework and discussing the adverse consequences that would flow from holding that Nasdaq's rule is state action.

For the foregoing reasons, *amicus* FINRA respectfully requests that this Court grant leave to file the attached brief in support of SEC and Nasdaq on the state-action issue.

Respectfully submitted,

*/s/ Aaron M. Streett*
Aaron M. Streett
Elisabeth C. Butler
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Bridget Moore
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7700

*Counsel for Amicus Curiae*

## **CERTIFICATE OF CONFERENCE**

I certify that on April 26, 2024 I contacted Jonathan Berry, counsel for Petitioner Alliance for Fair Board Recruitment, Margaret Little, counsel for Petitioner National Center for Public Policy Research, Daniel Matro, counsel for Respondent Securities and Exchange Commission, and Amir Tayrani, counsel for Intervenor Nasdaq Stock Market, L.L.C., regarding the relief requested in this motion.  Counsel for all parties stated they were unopposed.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the above document was served on this the 30th day of April, 2024, via the Court's CM/ECF system on all counsel of record.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel of Record for Amicus Curiae*

## <u>CERTIFICATE OF COMPLIANCE</u>

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements

1.     This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 341 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2.     This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using the Microsoft Office Word software in 14-point Times New Roman type style.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel of Record for Amicus Curiae*