No. 21-60626

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners,*

*v.*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

On Petitions for Review from the Securities & Exchange Commission,
Release No. 34-92590

MOTION OF *AD HOC* COALITION OF NASDAQ-LISTED COMPANIES FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENT

| | |
|---|---|
| Kerry E. Berchem<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, N.Y. 10036<br><br>Zach ZhenHe Tan<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>100 Pine Street, Suite 3200<br>San Francisco, CA 94114 | Pratik A. Shah<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>202-887-4000<br>pshah@akingump.com |

*Counsel for Amicus Curiae*

# CERTIFICATE OF INTERESTED PERSONS

No. 21-60626, *Alliance for Fair Board Recruitment v. SEC*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. The following interested nongovernmental corporations have no parent corporations or publicly held corporations that own 10% or more of their stock: 2U, Inc.; Airbnb, Inc.; FactSet Research Systems Inc.; Fossil Group, Inc.; Henry Schein, Inc.; Ideanomics, Inc.; Intel Corporation; Micron Technology, Inc.; Microsoft Corporation; Morningstar, Inc.

2. Brighthouse Financial, Inc. is a nongovernmental corporation with no parent corporations. BlackRock Inc. is the only publicly held company that owns 10% or more of the stock of Brighthouse Financial, Inc.

3. Lyft, Inc. is a publicly held corporation traded on the Nasdaq Global Select Market with no parent corporation. Based on Lyft, Inc.'s knowledge from publicly available U.S. Securities and Exchange Commission filings, no publicly held corporation or entity owns ten percent or more of Lyft, Inc.'s outstanding common stock.

4. United Therapeutics Corporation is a nongovernmental corporation with no parent corporations. BlackRock Inc. is the only publicly held company that owns 10% or more of the stock of United Therapeutics Corporation.

5. Pratik A. Shah, Kerry E. Berchem, and Zach ZhenHe Tan of Akin Gump Strauss Hauer & Feld, LLP—*Counsel for Amicus Curiae.*

6. The Securities and Exchange Commission is a federal agency.

7. Dan M. Berkovitz, Michael A. Conley, Tracey A. Hardin, Daniel E. Matro, and John R. Rady of the Securities and Exchange Commission—*Counsel for Respondent Securities and Exchange Commission*.

8. Vanessa Ann Countryman of the Securities and Exchange Commission—*Secretary of the Securities and Exchange Commission*.

9. Petitioner Alliance for Fair Board Recruitment is a non-profit membership corporation and has no parent corporations or subsidiaries.

10. Jonathan Berry, R. Trent McCotter, Michael Buschbacher, Jared Kelson, and James R. Conde of Boyden Gray & Associates—*Counsel for Petitioner Alliance for Fair Board Recruitment*.

11. Petitioner National Center for Public Policy Research is a non-profit corporation and has no parent corporations or subsidiaries.

12. Margaret A. Little, Sheng Li, and Mark Chenoweth of The New Civil Liberties Alliance—*Counsel for Petitioner National Center for Public Policy Research*.

13. Allyson N. Ho, Bradley G. Hubbard, Amir C. Tayrani, Amalia E. Reiss, and Paulette Miniter of Gibson, Dunn & Crutcher LLP; John Zecca, Jeffrey S. Davis, John Yetter, and Joanne Pedone of The Nasdaq Stock Market, LLC; and Burt M. Rublin, Stephen J. Kastenberg, Paul Lantieri, III, Peter F. Andrews, and Seth D. Berlin of Ballard Spahr LLP—*Counsel for Intervenor Nasdaq Stock Market, LLC*.

*s/Pratik A. Shah*
Pratik A. Shah

*Attorney of Record for Amicus Curiae*

## MOTION FOR LEAVE

Proposed amicus "*Ad Hoc* Coalition of Nasdaq-Listed Companies" is comprised of companies listed on the Nasdaq Stock Market and subject to the Board Diversity Disclosure Rule, Nasdaq Rules 5605(f) and 5606, challenged in this case. Members are all publicly traded, Nasdaq-listed companies of differing sizes in an array of industries.

The following companies are members of amicus Ad Hoc Coalition of Nasdaq-Listed Companies: 2U, Inc., Airbnb, Inc., Brighthouse Financial, Inc., FactSet Research Systems Inc., Fossil Group, Inc., Henry Schein, Inc., Ideanomics, Inc., Intel Corporation, Lyft, Inc., Micron Technology, Inc., Microsoft Corporation, Morningstar, Inc., United Therapeutics Corporation.

As set forth in the attached proposed brief, amicus's members are the entities directly subject to—and which have been complying with—the Rule. Accordingly, these members provide a unique perspective and can attest from their own experience that the Rule imposes minimal burdens on Nasdaq-listed companies. For these reasons, a similar group of members previously filed an amicus brief at the panel stage of these proceedings.

Accordingly, the Court should grant the requested leave and file the attached amicus brief supporting Respondent.

2

Respectfully submitted,

*s/Pratik A. Shah*
Pratik A. Shah
Kerry E. Berchem
Zach ZhenHe Tan
AKIN GUMP STRAUSS HAUER
  & FELD LLP

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

*s/Pratik A. Shah*
Pratik A. Shah

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(5) because it contains 182 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 27(d)(2).

This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word Version 2016, 14-point Times New Roman font.

*s/Pratik A. Shah*
Pratik A. Shah
