# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 30, 2024
Lyle W. Cayce
Clerk

No. 21-60626

_____

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

_____

ORDER:

IT IS ORDERED that the motion of Interfaith Center on Corporate Responsibility for leave to file an En Banc Amicus Curiae brief is GRANTED.

> LYLE W. CAYCE, CLERK
> United States Court of Appeals
> for the Fifth Circuit
> /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

No. 21-60626