**No. 21-60626**

# In the United States Court of Appeals for the Fifth Circuit

—————————————

ALLIANCE FOR FAIR BOARD RECRUITMENT,
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners,*

— v. —

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

—————————————

ON PETITION FOR REVIEW OF AN ORDER OF THE UNITED
STATES SECURITIES AND EXCHANGE COMMISSION

No. 34-92590

═══════════════════════════

**UNOPPOSED MOTION OF ACADEMIC EXPERTS IN THE
FIELDS OF BUSINESS, MANAGEMENT, AND ECONOMICS
FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT
OF RESPONDENT SECURITIES AND EXCHANGE
COMMISSION**

═══════════════════════════

Dated: May 3, 2024

Aman T. George*
Victoria Nugent
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ageorge@democracyforward.org
vnugent@democracyforward.org

Peter C. Renn
Lambda Legal Defense and
Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 382-7600
prenn@lambdalegal.org

Karen L. Loewy
Lambda Legal Defense and
Education Fund, Inc.
111 K Street NE, 7th Floor
Washington, D.C. 20002
(202) 809-8585
kloewy@lambdalegal.org

*Counsel of Record*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following

listed persons and entities as described in the fourth sentence of Rule

28.2.1 have an interest in the outcome of this case. These

representations are made in order that the judges of this court may

evaluate possible disqualification or recusal.

### *Petitioners*
Alliance for Fair Board Recruitment
National Center for Public Policy Research

### *Counsel for Petitioners*
Jonathan Berry, Boyden Gray & Associates
R. Trent McCotter, Boyden Gray & Associates
Michael Buschbacher, Boyden Gray & Associates
Jared Kelson, Boyden Gray & Associates
James R. Conde, Boyden Gray & Associates
Mark Chenoweth, New Civil Liberties Alliance
Margaret A. Little, New Civil Liberties Alliance
Sheng Tao Li, New Civil Liberties Alliance

### *Respondent*
U.S. Securities and Exchange Commission

### *Counsel for Respondent*
Megan Barbero, U.S. Securities and Exchange Commission
Michael A. Conley, U.S. Securities and Exchange Commission
Daniel Matro, U.S. Securities and Exchange Commission
Tracey A. Hardin, U.S. Securities and Exchange Commission
John Robert Rady, U.S. Securities and Exchange Commission

### *Intervenor*
Nasdaq Stock Market, L.L.C.

### *Counsel for Intervenor*
Allyson Newton Ho, Gibson, Dunn & Crutcher, L.L.P.
Seth D. Berlin, Ballard Spahr, L.L.P.
Bradley G. Hubbard, Gibson, Dunn & Crutcher, L.L.P.
Stephen J. Kastenberg, Ballard Spahr, L.L.P.
Paul Lantieri, III, Ballard Spahr, L.L.P.
Paulette Miniter, Gibson, Dunn & Crutcher, L.L.P.
Joanne Pedone, Nasdaq Incorporated
Amalia E. Reiss, Gibson, Dunn & Crutcher, L.L.P.
Amir C. Tayrani, Gibson, Dunn & Crutcher, L.L.P.
John Yetter, Nasdaq, Incorporated
John Zecca, Nasdaq, Incorporated

### *Amicus Curiae Cory R. Liu*

### *Counsel for Amicus Curiae Cory R. Liu*
Devon Westhill, Center for Equal Opportunity
Daniel I. Morenoff, American Civil Rights Project
Joseph A. Bingham, American Civil Rights Project

### *State Amici Curiae in Support of Petitioners*
State of Arizona, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Virginia, State of West Virginia

### *Counsel for State Amici*
Drew C. Ensign, Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
Sean D. Reyes, Office of the Utah Attorney General
Stanford E. Pursuer, Office of the Utah Attorney General
Christopher A. Bates, Office of the Utah Attorney General

### *Amicus Curiae Buckeye Institute*

### *Counsel for Amicus Curiae Buckeye Institute*
Jay R. Carson, Buckeye Institute
David C. Tyron, Buckeye Institute
Alex M. Certo, Buckeye Institute
John J. Park Jr.

### *Amicus Curiae Advancing American Freedom, Inc. et al.*

### *Counsel for Advancing American Freedom, Inc. et al.*
J. Marc Wheat, Advancing American Freedom, Inc.
Tiomthy Harper, Advancing American Freedom, Inc.
Ilya Shapiro, Manhattan Institute
Tim Rosenberger, Manhattan Institute

### *Amici Curiae Nonpartisan Group of Academics and Petitioners in the Field of Corporate Governance\* in Support of Respondent*

### *Counsel for Nonpartisan Group of Academics and Petitioners in the Field of Corporate Governance*
Marc Wolinsky, Wachtell, Lipton, Rosen & Katz
Elaine P. Golin, Wachtell, Lipton, Rosen & Katz
Carrie M. Reilly, Wachtell, Lipton, Rosen & Katz
Kevin S. Schwartz, Wachtell, Lipton, Rosen & Katz
Jeohn Salone Favors, Wachtell, Lipton, Rosen & Katz

### *Amici Curiae Investors and Investment Advisers in Support of Respondent*
Council of Institutional Investors
Investment Adviser Association
Northern Trust Investments, Incorporated
Ariel Investments, L.L.C.
Boston Trust Walden Company
Lord, Abett & Company, L.L.C.
Gaingels, Incorporated
Robert F. Kennedy Center for Justice & Human Rights

***Counsel for Amici Curiae Investors and Investment Advisers***
Neal S. Manne, Susman Godfrey L.L.P.
Seven M. Shepard, Susman Godfrey L.L.P.
Arun Subramanian, Susman Godfrey L.L.P.

***Amicus Curiae Financial Industry Regulatory Authority, Inc. in Support of Respondent***

***Counsel for Amicus Curiae Financial Industry Regulatory Authority, Inc.***
Aaron Streett, Baker Botts L.L.P.
Elisabeth Butler, Baker Botts L.L.P.
***Amici Curiae Ad Hoc Coalition of Nasdaq-Listed Companies in Support of Respondent***

***Counsel for Amici Curiae Ad Hoc Coalition of Nasdaq-Listed Companies***
Pratik Shah, Akin Gump Strauss Hauer & Feld LLP
Juliana DeVries, Akin Gump Strauss Hauer & Feld LLP

***Amicus Curiae American Civil Liberties Union***

***Counsel for Amicus Curiae American Civil Liberties Union***
Brian Hauss, American Civil Liberties Union
Sandra S. Park, American Civil Liberties Union

***Amicus Curiae Sean J. Griffith***

***Counsel for Amicus Curiae Sean J. Griffith***
Heather Gebelin Hacker, Hacker Stephens LLP

***Amicus Curiae Interfaith Center on Corporate Responsibility***

***Counsel for Amicus Curiae Interfaith Center on Corporate Responsibility***
Beth-Ann Roth, R|K Invest Law, PBC

Richard A. Kirby, R | K Invest Law, PBC

### ***Amici Curiae Academic Experts in the Fields of Business, Management, and Economics in Support of Respondent***
Gennaro Bernile
Douglas Cumming
Daniel P. Forbes
Aida Sijamic Wahid
Scott E. Yonker
K.J. Martijn Cremers
Amy Hillman
Frances J. Milliken
Quinetta M. Roberson

### ***Counsel for Amici Curiae Academic Experts in the Fields of Business, Management and Economics***
Victoria Nugent, Democracy Forward Foundation
Aman T. George, Democracy Forward Foundation
Peter C. Renn, Lambda Legal Defense and Education Fund, Inc.
Karen L. Loewy, Lambda Legal Defense and Education Fund, Inc.

Dated: May 3, 2024                    Respectfully submitted,


                                      */s/ Aman T. George*
                                      Aman T. George
                                      Victoria Nugent
                                      Democracy Forward Foundation
                                      P.O. Box 34553
                                      Washington, D.C. 20043
                                      (202) 448-9090

                                      Peter C. Renn
                                      Lambda Legal Defense and
                                      Education Fund, Inc.
                                      4221 Wilshire Blvd., Suite 280
                                      Los Angeles, CA 90010
                                      (213) 382-7600

                                      Karen L. Loewy
                                      Lambda Legal Defense and
                                      Education Fund, Inc.
                                      111 K Street NE, 7th Floor
                                      Washington, D.C. 20002
                                      (202) 809-8585

## <u>MOTION FOR LEAVE TO FILE AMICUS BRIEF</u>

Proposed Amici Curiae Douglas Cumming,[1] Daniel P. Forbes,[2] Aida Sijamic Wahid,[3] and Scott E. Yonker,[4] joined by Frances J. Milliken[5] and Quinetta M. Roberson,[6] (collectively, "Amici Academics") respectfully move for leave to file the attached proposed amicus brief in support of Respondent Securities and Exchange Commission. Petitioners, Respondent, and Nasdaq consent to this motion.

Amici Academics are academic experts in business, management, and economics, with particular expertise in studying the role of corporate board diversity in company performance. Their written works are frequently cited in their field, including, as detailed further below, in the record underlying the Nasdaq Proposal, Nasdaq, Notice of Filing

---

[1] DeSantis Distinguished Professor of Finance and Entrepreneurship at the Florida Atlantic University College of Business

[2] Associate Professor of Strategic Management & Entrepreneurship at the University of Minnesota, Carlson School of Management

[3] Associate Professor of Accounting at the University of Toronto Department of Management

[4] Associate Professor of Finance at the Cornell SC Johnson College of Business

[5] Professor of Management at the New York University Leonard N. Stern School of Business

[6] John A. Hannah Distinguished Professor in Management and Psychology at the Michigan State University Eli Broad College of Business and College of Social Science

of Amendment No. 1, SR-NASDAQ-2020-081  (Feb. 26, 2021), JA256

("Nasdaq Proposal"), and the SEC's order approving it, Order Approving

Proposed Rule Changes to Adopt Listing Rules Related to Board

Diversity and to Offer Certain Listed Companies Access to a

Complimentary Board Recruiting Service at 35 (Aug. 12, 2021), JA1

("SEC Order").

The Petitioners in this case have argued that the SEC's approval

of the Nasdaq Proposal must be vacated because the proffered benefits

of the Nasdaq Proposal were not supported by substantial evidence in

the record. *See* En Banc Br. for Pet'r AFBR at 56; En Banc Br. for Pet'r

NCPPR at 24.

Given Amici's expertise in studying the role of board diversity in

company performance, they are particularly well-positioned to

synthesize and explain the state of the empirical research relating to

the Nasdaq Proposal to inform this Court's evaluation of the evidence

underpinning the Proposal and the SEC's decision to approve it.

## CONCLUSION

For the foregoing reasons, the Court should grant the requested leave and file the attached amicus brief supporting Respondent.

Dated: May 3, 2024                          Respectfully submitted,

*/s/ Aman T. George*
Aman T. George
Victoria Nugent
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

Peter C. Renn
Lambda Legal Defense and
Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
(213) 382-7600

Karen L. Loewy
Lambda Legal Defense and
Education Fund, Inc.
111 K Street NE, 7th Floor
Washington, D.C. 20002
(202) 809-8585