# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**                                              **TEL. 504-310-7700**
**CLERK**                                              **600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 06, 2024

Ms. Jennifer A. Holmes
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

        No. 21-60626    Alliance for Fair Board Recruitment v. SEC
                        USDC No. 34-92590

Dear Ms. Holmes,

We received your attorney appearance form.  As the NAACP Legal
Defense & Education Fund, Incorporated is not a party to this
appeal, we are taking no action on this document.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca Andry, Deputy Clerk

cc:
        Counsel