# United States Court of Appeals
*for the*
# Fifth Circuit

Case No. 21-60626

ALLIANCE FOR FAIR BOARD RECRUITMENT, NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

ON PETITION FOR REVIEW OF AN ORDER OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION NO. 34-92590

**UNOPPOSED MOTION OF JOSEPH A. GRUNDFEST, ESQ., FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF RESPONDENT SECURITIES AND EXCHANGE COMMISSION**

STEVEN M. SHEPARD
SUSMAN GODFREY L.L.P.
*Attorneys for Amicus Curiae*
One Manhattan West
295 Ninth Avenue
New York, New York 10001
(212) 336-8330
sshepard@susmangodfrey.com

CP COUNSEL PRESS    (800) 4-APPEAL • (329433)

*No. 21-60626, Alliance for Fair Board Recruitment; National Center for Public Policy Research v. Securities and Exchange Commission*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.2 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluation possible disqualifications or recusal.

## *Petitioners*
Alliance for Fair Board Recruitment
National Center for Public Policy Research

## *Counsel for Petitioners*
Jonathan Berry, Boyden Gray & Associates
R. Trent McCotter, Boyden Gray & Associates
Michael Buschbacher, Boyden Gray & Associates
Jared Kelson, Boyden Gray & Associates
James R. Conde, Boyden Gray & Associates
Mark Chenoweth, New Civil Liberties Alliance
Margaret A. Little, New Civil Liberties Alliance
Sheng Tao Li, New Civil Liberties Alliance

## *Respondent*
U.S. Securities and Exchange Commission
Counsel for Respondent
Megan Barbero, U.S. Securities and Exchange Commission
Michael A. Conley, U.S. Securities and Exchange Commission
Daniel Matro, U.S. Securities and Exchange Commission
Tracey A. Hardin, U.S. Securities and Exchange Commission
John Robert Rady, U.S. Securities and Exchange Commission

*Intervenor*
Nasdaq Stock Market, L.L.C.

*Counsel for Intervenor*
Allyson Newton Ho, Gibson, Dunn & Crutcher, L.L.P.
Seth D. Berlin, Ballard Spahr, L.L.P.
Bradley G. Hubbard, Gibson, Dunn & Crutcher, L.L.P.
Stephen J. Kastenberg, Ballard Spahr, L.L.P.
Paul Lantieri, III, Ballard Spahr, L.L.P.
Paulette Miniter, Gibson, Dunn & Crutcher, L.L.P.
Joanne Pedone, Nasdaq Incorporated
Amalia E. Reiss, Gibson, Dunn & Crutcher, L.L.P.
Amir C. Tayrani, Gibson, Dunn & Crutcher, L.L.P.
John Yetter, Nasdaq, Incorporated
John Zecca, Nasdaq, Incorporated

*Amicus Curiae Cory R. Liu*

*Counsel for Amicus Curiae Cory R. Liu*
Devon Westhill, Center for Equal Opportunity
Daniel I. Morenoff, American Civil Rights Project
Joseph A. Bingham, American Civil Rights Project
State Amici Curiae in Support of Petitioners
State of Arizona, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Virginia, State of West Virginia

*Counsel for State Amici*
Drew C. Ensign, Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
Sean D. Reyes, Office of the Utah Attorney General
Stanford E. Pursuer, Office of the Utah Attorney General
Christopher A. Bates, Office of the Utah Attorney General

*Amicus Curiae Buckeye Institute*

*Counsel for Amicus Curiae Buckeye Institute*
Jay R. Carson, Buckeye Institute
David C. Tyron, Buckeye Institute
Alex M. Certo, Buckeye Institute
John J. Park Jr.

*Amicus Curiae Advancing American Freedom, Inc. et al.*

*Counsel for Advancing American Freedom, Inc. et al.*
J. Marc Wheat, Advancing American Freedom, Inc.
Timothy Harper, Advancing American Freedom, Inc.
Ilya Shapiro, Manhattan Institute
Tim Rosenberger, Manhattan Institute

*Amici Curiae Nonpartisan Group of Academics and Petitioners in the Field of Corporate Governance\* in Support of Respondent*

*Counsel for Nonpartisan Group of Academics and Petitioners in the Field of Corporate Governance*
Marc Wolinsky, Wachtell, Lipton, Rosen & Katz
Elaine P. Golin, Wachtell, Lipton, Rosen & Katz
Carrie M. Reilly, Wachtell, Lipton, Rosen & Katz
Kevin S. Schwartz, Wachtell, Lipton, Rosen & Katz
Jeohn Salone Favors, Wachtell, Lipton, Rosen & Katz

*Amici Curiae Investors and Investment Advisers in Support of Respondent*
*Council of Institutional Investors*
Investment Adviser Association
Northern Trust Investments, Incorporated
Ariel Investments, L.L.C.
Boston Trust Walden Company
Lord, Abett & Company, L.L.C.
Gaingels, Incorporated
Robert F. Kennedy Center for Justice & Human Rights

3

*Counsel for Amici Curiae Investors and Investment Advisers*
Neal S. Manne, Susman Godfrey L.L.P.
Seven M. Shepard, Susman Godfrey L.L.P.
Arun Subramanian, Susman Godfrey L.L.P.

*Amicus Curiae Financial Industry Regulatory Authority, Inc. in Support of Respondent*

*Counsel for Amicus Curiae Financial Industry Regulatory Authority, Inc.*
Aaron Streett, Baker Botts L.L.P.
Elisabeth Butler, Baker Botts L.L.P.

*Amici Curiae Ad Hoc Coalition of Nasdaq-Listed Companies in Support of Respondent*

*Counsel for Amici Curiae Ad Hoc Coalition of Nasdaq-Listed Companies*
Pratik Shah, Akin Gump Strauss Hauer & Feld LLP
Juliana DeVries, Akin Gump Strauss Hauer & Feld LLP

*Amicus Curiae American Civil Liberties Union*

*Counsel for Amicus Curiae American Civil Liberties Union*
Brian Hauss, American Civil Liberties Union
Sandra S. Park, American Civil Liberties Union

*Amicus Curiae Sean J. Griffith*

*Counsel for Amicus Curiae Sean J. Griffith*
Heather Gebelin Hacker, Hacker Stephens LLP

*Amicus Curiae Interfaith Center on Corporate Responsibility*

*Counsel for Amicus Curiae Interfaith Center on Corporate Responsibility*
Beth-Ann Roth, R|K Invest Law, PBC
Richard A. Kirby, R|K Invest Law, PBC

*<u>Amici Curiae Academic Experts in the Fields of Business, Management, and Economics in Support of Respondent</u>*
Gennaro Bernile
Douglas Cumming
Daniel P. Forbes
Aida Sijamic Wahid
Scott E. Yonker
K.J. Martijn Cremers
Amy Hillman
Frances J. Milliken
Quinetta M. Roberson

*<u>Counsel for Amici Curiae Academic Experts in the Fields of Business, Management and Economics</u>*
Victoria Nugent, Democracy Forward Foundation
Aman T. George, Democracy Forward Foundation
Peter C. Renn, Lambda Legal Defense and Education Fund, Inc.
Karen L. Loewy, Lambda Legal Defense and Education Fund, Inc.

Dated: May 6, 2024                    Respectfully submitted,

*<u>/s/ Steven M. Shepard</u>*
Steven M. Shepard
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
sshepard@susmangodfrey.com

*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Proposed Amicus Curiae Joseph A. Grundfest, Esq. respectfully moves for leave to file the attached proposed amicus brief in support of Respondent Securities and Exchange Commission. All parties consent to this motion.

Joseph A. Grundfest, Esq., is the William A, Franke Professor of Law and Business at Stanford Law School (emeritus). He served as a Commissioner of the United States Securities and Exchange Commission from 1985 to 1990. He is a leading authority in the fields of securities and corporate law. His scholarship has been published in the Harvard, Yale, and Stanford Law reviews, among other leading journals. He has for decades taught securities regulation, including analyses of the relationship between SEC and Exchange regulation, both to law students and to corporate counsel and executives as part of professional education programs. Professor Grundfest has been recognized as among the nation's most influential attorneys and leading authorities on corporate governance.

Professor Grundfest's scholarship and pedagogy relating to Exchange regulation is amplified by his real-world experience as a director, and audit committee member or chair, of three publicly traded corporations, two of which were Nasdaq-listed at the time of Professor Grundfest's board service: Oracle Corp., KKR & Co. Inc., and Financial Engines, Inc.

6

Petitioners in this case contend that the Exchange Act imposes a "materiality" constraint on the rules that Exchanges may enact, and the Commission may approve. Professor Grundfest addresses that question presented from the perspective of a director of a listed corporation subject to the challenged Diversity Rules, as well as from the perspective of an academic expert in the field.

## CONCLUSION

For the foregoing reasons, the Court should grant the requested leave and file the attached amicus brief supporting Respondent.

Dated: May 6, 2024                                   Respectfully submitted,

*/s/ Steven M. Shepard*
Steven M. Shepard
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
sshepard@susmangodfrey.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify that this Motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(5) because the brief contains 288 words, excluding those parts of the Motion that are exempted by Federal Rule of Appellate Procedure 27(d)(2).

This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in 14-point Times New Roman Font.

*/s/ Steven M. Shepard*
Steven M. Shepard

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I caused the foregoing Motion to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will effect electronic service on all counsel of record.

*/s/ Steven M. Shepard*
Steven M. Shepard
