No. 21-60626

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR FAIR BOARD RECRUITMENT;
NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,
*Petitioners,*
v.
SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

ON PETITION FOR REVIEW OF AN ORDER OF THE
SECURITIES AND EXCHANGE COMMISSION
AGENCY NO. 34-92590

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENT AND INTERVENOR

Janai S. Nelson
  *President & Director-Counsel*
Samuel Spital
Elizabeth G. Caldwell
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, Fifth Floor
New York, NY 10006

May 6, 2024

Jin Hee Lee
Michaele N. Turnage Young
Jennifer A. Holmes
  *Counsel of Record*
Amber M. Koonce
Molly M. Cain
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(212) 965-2200
jholmes@naacpldf.org

*Counsel for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29, the NAACP Legal Defense and Educational Fund, Inc. ("LDF") respectfully moves this Court for leave to file a brief as *amicus curiae* in support of Respondent and Intervenor. The proposed brief accompanies this motion as an attachment. *Amicus curiae* sought consent for the filing of this brief from all parties. On May 2 and 3, 2024, counsel for Alliance for Fair Board Recruitment, National Center for Public Policy Research, the SEC, and Nasdaq provided their consent.

LDF is the nation's first and foremost civil rights law organization. Founded in 1940 under the leadership of Thurgood Marshall, LDF's mission is to achieve racial justice, equality, and an inclusive society. LDF pursues equal justice under the law for all Americans, including the full, fair, and free exercise of constitutional and statutory rights for Black people and other people of color. Through litigation, LDF seeks to defend and advance the proper interpretation of the Equal Protection Clause and anti-discrimination law to ensure that our judicial system champions equality and opportunity.

For over five decades, LDF has advocated for racial integration and worked to eradicate exclusionary practices that are unjust and undermine the function of free and fair markets in the private sector. To that end, LDF has litigated several matters to ensure corporate markets are free from racial exclusion, fraud, manipulation or discrimination. *See, e.g.*, *Hall v. Coburn Corp. of Am.*, 26 N.Y.2d 396 (N.Y. 1970);

*Cline v. Credit Bureau of Santa Clara Valley*, 1 Cal.3d 908 (Cal. 1970); *Sniadach v. Fam. Fin. Corp.*, 395 U.S. 337 (1969); *Russell v. Coburn Corp. of Am.*, 298 N.Y.S.2d 893 (N.Y. App. Div. 1969). Through policy advocacy, public education, and outreach, LDF also educates the corporate sector on how it may lawfully expand opportunities to individuals from all backgrounds so that its ranks reflect all the available talent in our diverse society.

LDF submits the attached brief to highlight the important role that board diversity disclosures play in financial markets and aid the Court's consideration of AFBR's equal protection claim under the Fifth Amendment. LDF seeks to provide important background about the role that diversity disclosures play in improving economic performance, the broad investor demand for these disclosures, and the limited progress achieved in board diversity. By outlining this relevant background, LDF's brief seeks to show why Nasdaq's rules align with the Exchange Act.

As to the constitutional claims raised by Petitioners, the panel opinion and Respondent's and Intervenor's briefs focus their analysis on the question of state action, an understandable approach given the clear case law that exchange rules are not state action. However, LDF's brief will assist the Court by providing a detailed analysis of why Nasdaq's rules would not be subject to heightened scrutiny and would not violate equal protection even if they did involve state action. LDF has significant experience litigating issues of equal protection and advocating for

measures that eliminate barriers to opportunity, including through disclosure mechanisms. LDF's brief will explain that courts do not subject the collection and reporting of demographic information to heightened scrutiny, and the level of constitutional scrutiny does not change merely because the disclosures may lead to greater diversity. LDF seeks to ensure that courts continue to analyze demographic disclosures under the proper legal framework given the crucial role of such disclosures in many industries in promoting transparency, accountability, and compliance with antidiscrimination law.

## CONCLUSION

Accordingly, *amicus curiae* respectfully requests that this Court grant leave to file the accompanying amicus brief in support of SEC and Nasdaq.

Dated: May 6, 2024                    Respectfully submitted,

*/s/ Jennifer A. Holmes*
Jin Hee Lee
Michaele N. Turnage Young
Jennifer A. Holmes
  *Counsel of Record*
Amber M. Koonce
Molly M. Cain
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005

Janai S. Nelson
 *President & Director-Counsel*
Samuel Spital
Elizabeth G. Caldwell
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify on this 6th day of May, 2024, that I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF filing system. I further certify that all participants in this case are registered CM/ECF users and that all service will be accomplished by the appellate CM/ECF system.

*/s/ Jennifer A. Holmes*
Jennifer A. Holmes

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(C), I certify on this 6th day of May, 2024, that this motion complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) and 32(a)(6). This motion totals 589 words and has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, 14-point font.

*/s/ Jennifer A. Holmes*
Jennifer A. Holmes

*Counsel for Amicus Curiae*