# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 7, 2024
Lyle W. Cayce
Clerk

No. 21-60626

―――――――――

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

―――――――――――――――――――――――

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

―――――――――――――――――――――――

ORDER:

IT IS ORDERED that the motion of Ad Hoc Coalition of Nasdaq-Listed Companies for leave to file an En Banc Amicus Curiae brief is GRANTED.

IT IS FURTHER ORDERED that the motion of Financial Industry Regulatory Authority, Inc., for leave to file an En Banc Amicus Curiae brief is GRANTED.

No. 21-60626

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT