# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 07, 2024

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                         Agency No. 34-92590

Dear Mr. Streett,

You must submit 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

cc:  Mr. Christopher Bates
     Mr. Seth D. Berlin
     Mr. Jonathan Berry
     Ms. Elisabeth Catherine Butler
     Mr. Jay R. Carson
     Mr. Jeffrey B. Dubner
     Mr. Drew C. Ensign
     Mr. Aman Tewari George
     Ms. Elaine Patricia Golin
     Ms. Heather Gebelin Hacker
     Ms. Tracey A. Hardin
     Mr. Brian Matthew Hauss
     Ms. Allyson Newton Ho
     Ms. Jennifer A. Holmes
     Mr. Bradley G. Hubbard
     Mr. Stephen J. Kastenberg
     Mr. Richard A. Kirby

```
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Ms. Beth-Ann Roth
Mr. John Paul Schnapper-Casteras
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca
```