# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2024

Lyle W. Cayce
Clerk

———————

No. 21-60626

———————

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

———————————————————————

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

———————————————————————

ORDER:

IT IS ORDERED that the unopposed motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file an En Banc Amicus Curiae brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT