# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 07, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
              Agency No. 34-92590

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Mr. Christopher Bates
Mr. Seth D. Berlin
Mr. Jonathan Berry
Ms. Elisabeth Catherine Butler
Mr. Jay R. Carson
Mr. Michael A. Conley, Solicitor
Mr. Jeffrey B. Dubner
Mr. Drew C. Ensign
Mr. Aman Tewari George
Ms. Elaine Patricia Golin
Ms. Heather Gebelin Hacker
Ms. Tracey A. Hardin
Mr. Brian Matthew Hauss
Ms. Allyson Newton Ho
Ms. Jennifer A. Holmes
Mr. Bradley G. Hubbard
Mr. Stephen J. Kastenberg
Mr. Richard A. Kirby
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly

Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Ms. Beth-Ann Roth
Mr. John Paul Schnapper-Casteras
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca