# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 07, 2024

Ms. Jennifer A. Holmes
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

  No. 21-60626  Alliance for Fair Board Recruitment v. SEC
         Agency No. 34-92590

Dear Ms. Holmes,

You must submit 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Monica R. Washington, Deputy Clerk
            504-310-7705

cc: Mr. Christopher Bates
   Mr. Seth D. Berlin
   Mr. Jonathan Berry
   Ms. Elisabeth Catherine Butler
   Mr. Jay R. Carson
   Mr. Jeffrey B. Dubner
   Mr. Drew C. Ensign
   Mr. Aman Tewari George
   Ms. Elaine Patricia Golin
   Ms. Heather Gebelin Hacker
   Ms. Tracey A. Hardin
   Mr. Brian Matthew Hauss
   Ms. Allyson Newton Ho
   Mr. Bradley G. Hubbard
   Mr. Stephen J. Kastenberg
   Mr. Richard A. Kirby
   Mr. Paul Lantieri III

Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Ms. Beth-Ann Roth
Mr. John Paul Schnapper-Casteras
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Steven Shepard
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca