# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 7, 2024
Lyle W. Cayce
Clerk

No. 21-60626

_____

Alliance for Fair Board Recruitment; National Center for Public Policy Research,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

_____

ORDER:

IT IS ORDERED that the unopposed motion of Joseph A. Grundfest, Esq., for leave to file an En Banc Amicus Curiae brief is GRANTED.

No. 21-60626

IT IS FURTHER ORDERED that the unopposed motion of Better Markets, Inc., for leave to file an En Banc Amicus Curiae brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT