# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 07, 2024

Mr. Steven Shepard
Susman Godfrey, L.L.P.
One Manhattan West
50th Floor
New York, NY 10001-8602

    No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                           Agency No. 34-92590

Dear Mr. Shepard,

You must submit 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Monica R. Washington, Deputy Clerk
                          504-310-7705

cc:
    Mr. Christopher Bates
    Mr. Seth D. Berlin
    Mr. Jonathan Berry
    Ms. Elisabeth Catherine Butler
    Mr. Jay R. Carson
    Mr. Jeffrey B. Dubner
    Mr. Drew C. Ensign
    Mr. Aman Tewari George
    Ms. Elaine Patricia Golin
    Ms. Heather Gebelin Hacker
    Ms. Tracey A. Hardin
    Mr. Brian Matthew Hauss
    Ms. Allyson Newton Ho
    Ms. Jennifer A. Holmes
    Mr. Bradley G. Hubbard
    Mr. Stephen J. Kastenberg

```
Mr. Richard A. Kirby
Mr. Paul Lantieri III
Mr. Sheng Tao Li
Ms. Margaret A. Little
Ms. Karen Lee Loewy
Mr. Daniel Matro
Mr. R. Trent McCotter
Ms. Paulette Miniter
Mr. Daniel I. Morenoff
Ms. Joanne Pedone
Mr. John Robert Rady
Ms. Carrie M. Reilly
Ms. Amalia Elizabeth Reiss
Mr. Peter C. Renn
Ms. Beth-Ann Roth
Mr. John Paul Schnapper-Casteras
Mr. Kevin S. Schwartz
Mr. Pratik A. Shah
Mr. Aaron Michael Streett
Mr. Amir Cameron Tayrani
Mr. John Marc Wheat
Mr. Marc Wolinsky
Mr. John Yetter
Mr. John Zecca
```