# United States Court of Appeals
# for the Fifth Circuit

―――――――

No. 21-60626

―――――――

ALLIANCE FOR FAIR BOARD RECRUITMENT; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

―――――――――――――――――――――――

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 34-92590

―――――――――――――――――――――――

ORDER:

IT IS ORDERED that the motion of Petitioner National Center for Public Policy Research for leave to file a supplemental reply brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

No. 21-60626