# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 18, 2024

Ms. Allyson Newton Ho
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Mr. Daniel Matro
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

  No. 21-60626   Alliance for Fair Board Recruitment v. SEC
                 Agency No. 34-92590

Dear Ms. Ho, Ms. Little, and Mr. Matro,

The court has directed the parties to file electronically simultaneous letter briefs filed on or before 5:00 pm on July 25, 2024, addressing the following questions.

Nasdaq's Rule IM-5900-9 ("the Rule") allows companies to request access to a service containing "a network of board-ready diverse candidates, allowing these companies to identify and evaluate such candidate if they choose to use the service to increase diverse representation on their boards." JA3. The Rule only allowed companies to request access to the service for a one-year period beginning no later than December 1, 2022. JA173. In October 2022, SEC approved a rule proposed by Nasdaq that extended the access-request deadline to December 1, 2023. *See Notice of Filing and Immediate Effectiveness of Proposed Rule Change to Extend Nasdaq's Program Providing Eligible Companies*

with Complimentary Board Recruiting Services, 87 Fed. Reg. 63113 (Oct. 18, 2022). Nasdaq's online rulebook currently reflects the December 1, 2023, deadline. *See* Nasdaq, [https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-5900-series](https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-5900-series).

1. Does the foregoing represent an accurate description of the recruiting-service provision?

2. What are the justiciability consequences, if any?

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Christopher Bates
    Mr. Seth D. Berlin
    Mr. Jonathan Berry
    Ms. Elisabeth Catherine Butler
    Mr. Jay R. Carson
    Mr. Jeffrey B. Dubner
    Mr. Drew C. Ensign
    Mr. Aman Tewari George
    Ms. Elaine Patricia Golin
    Ms. Heather Gebelin Hacker
    Ms. Tracey A. Hardin
    Mr. Brian Matthew Hauss
    Ms. Jennifer A. Holmes
    Mr. Bradley G. Hubbard
    Mr. Stephen J. Kastenberg
    Mr. Richard A. Kirby
    Mr. Paul Lantieri III
    Mr. Sheng Tao Li
    Ms. Karen Lee Loewy
    Mr. R. Trent McCotter
    Ms. Paulette Miniter
    Mr. Daniel I. Morenoff
    Ms. Joanne Pedone
    Mr. Stanford E. Purser
    Mr. John Robert Rady
    Ms. Carrie M. Reilly
    Ms. Amalia Elizabeth Reiss
    Mr. Peter C. Renn
    Ms. Beth-Ann Roth

Mr. John Paul Schnapper-Casteras  
Mr. Kevin S. Schwartz  
Mr. Pratik A. Shah  
Mr. Steven Shepard  
Mr. Aaron Michael Streett  
Mr. Amir Cameron Tayrani  
Mr. John Marc Wheat  
Mr. Marc Wolinsky  
Mr. John Yetter  
Mr. John Zecca